**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RALPH SIMON,                              ) | Case No.  4:14-cv-1136 (JAR) |
|                                           ) | |
|     Plaintiff,        ) | |
|                                           ) | |
| v.                                        ) | |
|                                           ) | |
| SELECT COMFORT RETAIL CORP.,              ) | |
|                                           ) | |
| and                                       ) | |
|                                           ) | |
| SELECT COMFORT CORPORATION,               ) | |
|                                           ) | |
|     Defendant.        ) | |

## DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PATSY DUNCAN

Pursuant to Federal Rule of Evidence 702, Defendants Select Comfort Retail Corp. and Select Comfort Corporation hereby move to exclude the testimony of Plaintiff's proposed expert, Patsy Duncan, because Ms. Duncan lacks the requisite qualifications, her sampling methodology on which her opinions are based is unreliable, and her testimony is irrelevant and will not assist the trier of fact.

Defendants' motion is based on all the files, records, and proceedings herein, including memoranda of law to be filed in support of the motion, supporting affidavits and exhibits, and arguments of counsel.

Pursuant to Rule 78-4.02(B) of the Local Rules of the United States District Court for the Eastern District of Missouri, Defendants request this Court to hold oral argument on the issues presented by Defendants' Motion for Summary Judgment and accompanying *Daubert* motions, and Simon's response thereto. The issues raised in Defendants' motions and Plaintiff's response involve complex and technical matters involving, *inter alia*, expert qualifications, product

1

design, and medical causation.  Defendants believe that oral argument on the above issues will assist the Court in its deliberation on the arguments presented in the written motion papers and the just resolution of the issues presented therein.

Date:  August 28, 2015.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By:   s/ Andrew S. Hansen
Andrew S. Hansen (MN #285894) (*pro hac vice*)
Heidi A.O. Fisher (MN #320638) (*pro hac vice*)
Ellie J. Barragry (MN #395207) (*pro hac vice*)
Campbell Mithun Tower, Suite 2000
222 South Ninth Street
Minneapolis, MN 55402-3338
Telephone:  (612) 607-7000
Facsimile:  (612) 607-7100

**BRYAN CAVE**

Eric Martin, #47558
Jamie Hais, #64882
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone:  (314) 259-2324
Facsimile:  (314) 259-2020

**ATTORNEYS FOR DEFENDANTS**