# Exhibit 9

**to**
**Declaration of Declaration of Andrew S. Hansen**

**Ralph Simon v. Select Comfort Retail Corp.,**
**and Select Comfort Corporation**
**Case No.:  4:14-cv-1136 (JAR)**

**Dr. Ernest Chiodo**
**August 20, 2015**

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


RALPH SIMON,              )
                         )
Plaintiff,               )
                         )
     vs.                 )  No.
                         )  4:14-cv-1136
SELECT COMFORT RETAIL,   )  (JAR)
CORP.,                   )
                         )
and                      )
                         )
SELECT COMFORT           )
CORPORATION,             )
                         )
                         )
Defendants.              )
```

The discovery deposition of

DR. ERNEST CHIODO, called by the

Defendants, for examination, pursuant to

notice, taken before LAURA MUKAHIRN, CSR, a

notary public within and for the County of

Cook and State of Illinois, at 227 West

Monroe Street, Chicago, Illinois, on

August 20, 2015, scheduled to commence at

10:40 o'clock a.m.

Dr. Ernest Chiodo
August 20, 2015

---

**Page 2**

```
 1   A P P E A R A N C E S :
 2      SHER CORWIN WINTERS
        190 Carondelet Plaza
 3      Suite 1100
        St. Louis, Missouri 63105
 4      (314)721-5200
        BY:  MR. DAVID S. CORWIN
 5         Appeared on behalf of the
           Plaintiff;
 6
 7   OPPENHEIMER WOLFF & DONNELLY LLP
        Campbell Mithun Tower
 8      222 South Ninth Street
        Suite 2000
 9      Minneapolis, Minnesota 55402-3338
        (612)607-7450
10      BY:  MS. HEIDI A. O. FISHER
           Appeared on behalf of the
11         Defendants;
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1           I N D E X
 2   Examinations              Page
 3   Examination                 4
     By Ms. Fisher
 4
           E X H I B I T S
 5   No.                       Page
 6   Dr. Chiodo Exhibit No. 1    12
 7   Dr. Chiodo Exhibit No. 2    66
 8   Dr. Chiodo Exhibit No. 3    79
 9   Dr. Chiodo Exhibit No. 4    90
10   Dr. Chiodo Exhibit No. 5    96
11   Dr. Chiodo Exhibit No. 6   110
12   Dr. Chiodo Exhibit No. 7   143
13   Dr. Chiodo Exhibit No. 8   147
14   Dr. Chiodo Exhibit No. 9   150
15   Dr. Chiodo Exhibit No. 10  152
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1              (Witness sworn.)
 2           DR. ERNEST CHIODO,
 3   called as a witness herein, having been
 4   first duly sworn, was examined and
 5   testified as follows:
 6              Examination
 7            By Ms. Fisher
 8      Q.   Good morning, Dr. Chiodo.  Did
 9   I say that right?
10      A.   Yes, ma'am.  That's fine.
11      Q.   Chiodo?
12      A.   I say Chiodo, but don't worry.
13   Everybody in my family pronounces it
14   differently.
15      Q.   I'm going to try to recall that
16   as we move on.  We met previously.  My name
17   is Heidi Fisher.  I'm an attorney with
18   Oppenheimer, Wolff & Donnelly out of
19   Minneapolis, and I represent Select Comfort
20   Corporation and Select Comfort Retail
21   Corporation in this litigation.
22              You understand you're at a
23   deposition today to answer questions in the
24   case of Ralph Simon vs. Select Comfort.
25   When I say Select Comfort, I'm going to
```

---

**Page 5**

```
 1   refer to both Select Comfort Retail
 2   Corporation and Select Comfort Corporation.
 3           Can you state your entire name
 4   for the record, please?
 5      A.   Ernest Paul Chiodo,
 6   C-H-I-O-D-O.
 7      Q.   And, Mr. Chiodo -- or
 8   Dr. Chiodo, I understand you've been
 9   deposed multiple times before?
10      A.   Yes, ma'am.
11      Q.   So I'm going to dispense with
12   most of the preliminary instructions with
13   respect to depositions.  If at any time you
14   misunderstand my question, just please ask
15   me to rephrase, or need to take a break.
16   And I think with that, we'll just get
17   started.
18           Where do you currently live?
19      A.   My domicile is Michigan,
20   suburban Detroit.  But I do have homes and
21   offices in Chicago and West Palm Beach,
22   Florida, in addition to suburban Detroit.
23      Q.   You said homes and businesses.
24   Let's talk about your businesses first.
25   What business do you -- Do you have a
```

**Dr. Ernest Chiodo**
**August 20, 2015**

## Page 6

1  business in Michigan?
2      A.   Well, I don't call it a
3  business.  I call it a practice.  But I
4  have a professional office in Clinton
5  Township Michigan.
6      Q.   Okay.  When you say
7  professional office, is that a medical
8  office or a legal office?
9      A.   Both.
10      Q.   Okay.  Same office for both
11  practices?
12      A.   Yes.  Yes, ma'am.  I'm
13  obviously not the attorney for people that
14  I'm their physician, and not the physician
15  for the people that I'm their attorney.
16      Q.   Understood.  You have a
17  business in Florida.  Can you tell me about
18  that a little bit?
19      A.   I have a professional practice
20  there.  I'm not practice -- I'm not
21  licensed to practice law in Florida, so my
22  practice is my practice other than the
23  practice of law.  When I say "my practice,"
24  my practice includes being a physician and
25  a physician utilizing my various other

## Page 7

1  expertise:  Biomedical engineering,
2  industrial hygiene, toxicology,
3  epidemiology.  So I maintain a medical
4  office in West Palm Beach, Florida.
5      Q.   What is the focus of that
6  practice in West Palm Beach, Florida?
7      A.   The focus of that practice is
8  where I have a clinical relationship, that
9  would be a physician/patient relationship,
10  with individuals is occupational and
11  environmental medicine and toxicology.
12      Q.   What percentage of the patients
13  in your West Palm Beach, Florida business
14  are litigants or potential litigants in a
15  court case?
16      A.   I think it would be 100
17  percent, because I just opened up that
18  office.  And the people that I've dealt
19  are -- have some litigation going on, which
20  is not unusual with occupational medicine.
21  Because occupational medicine is one of
22  those specialties that if you're -- you are
23  uncomfortable with being deposed, you don't
24  want to do that specialty.  Because
25  virtually every patient you have is going

## Page 8

1  to have some type of litigation going on;
2  third-party litigation or workers' comp
3  litigation.  So that's part and parcel of
4  occupational medicine.  It's not with other
5  personalities like general internal
6  medicine.  I don't do any general internal
7  medicine in Florida.  I do have a small
8  general internal medicine practice in
9  Michigan.  And then those patients I would
10  say none of them have any litigation going
11  on.
12      Q.   Okay.  With respect to your --
13      A.   None that I know of.
14      Q.   With respect to your Florida
15  business, you say you just opened the
16  office.  When was that?
17      A.   Probably had the office for
18  about a year, but setting things up and
19  just started seeing people -- started kind
20  of -- started taking people into the
21  occupational medicine practice recently.
22  Within the last couple months.
23      Q.   Okay.  With respect to the
24  patients that you've seen within the last
25  couple months, are they plaintiffs or

## Page 9

1  defendants or -- I'm sorry.  Are they all
2  plaintiffs or were you hired by the defense
3  in any of those cases?
4      A.   Well, if I was hired by
5  defense, then I'm not their doctor.  So
6  what I'm referring to is where I have a
7  physician/patient relationship with the
8  individual.  Now, I've done in Florida
9  other work as a forensic expert, and there
10  I would say the vast majority of my work in
11  Florida has been as a defense expert.
12  Because not only toxin and occupational
13  environmental medicine cases, usually mold
14  cases, but also -- I'm also a biomedical
15  engineer.  So I get involved in vehicular
16  impact biomechanics cases.  And in those
17  cases I'm almost always a defense expert.
18      Q.   When you say mold cases, is it
19  your testimony that you're usually a
20  defense expert in mold cases?
21      A.   No.  It's just that the cases
22  where I've been down in Florida to date I
23  would say -- I'm trying to think about how
24  many cases.  It's hard for me to say.  I
25  would be guessing, and I'm not supposed to

Dr. Ernest Chiodo
August 20, 2015

---

**Page 10**

1   guess.  But I don't recall, as I'm sitting
2   here, being an expert for plaintiff in a
3   mold case as of date.  I have been an
4   expert for defense in mold cases, in at
5   least a couple mold cases that I can think
6   of, I can think of offhand.
7       Q.    So your total number of mold
8   cases would be -- would you put it under
9   five?
10      A.    I would say it would be in that
11  general magnitude.
12          MR. CORWIN:  In Florida?
13          THE WITNESS:  In Florida.
14  BY MS. FISHER:
15      Q.    In Florida.  Okay.  How about
16  elsewhere?
17      A.    Oh, quite a few.  I mean
18  it's --
19      Q.    More than 50?
20      A.    No.  I don't know if it would
21  be -- I would be guessing, but it's
22  something that comes up not infrequently.
23      Q.    In a little while we'll take a
24  look at your CV and you can -- Would you be
25  able to, by looking at your CV, figure out

---

**Page 11**

1   which ones of those were related to mold?
2       A.    CV, no.
3       Q.    Or your list of cases?
4       A.    I brought a Federal Rule 26
5   testimony list.  I may or -- I may or may
6   not be able to.  If you want go through it,
7   I can see if I -- if it rings a bell.
8       Q.    Yeah.  Why don't we go through
9   that right now, as long as we're talking
10  about it.
11      A.    I'm going to hand you, ma'am,
12  both my current CV, and then underneath
13  that is my current Federal Rule 26
14  testimony.
15      Q.    Is this a copy for me?
16      A.    You can keep that.
17      Q.    And you have a copy in front of
18  you?
19      A.    I do not.
20      Q.    Okay.
21      A.    I can loop around you, if you
22  wish, to look over your shoulder.
23          MS. FISHER:  Let's go ahead and
24  mark this Exhibit 1.
25          MR. CORWIN:  And we're doing

---

**Page 12**

1   Chiodo 1.
2          (Document marked as Dr.
3           Chiodo Exhibit No. 1 for
4           identification.)
5          THE WITNESS:  And, of course,
6   the Federal Rule 26 testimony was only
7   those cases where I provided testimony, not
8   necessarily cases where I'd been involved
9   or retained as an expert.
10  BY MS. FISHER:
11      Q.    Have you ever been retained as
12  an expert or asked to be an expert, and
13  after your initial assessment you've
14  advised that with respect to plaintiffs you
15  don't have a case?
16      A.    Yes.  In fact, that's usually
17  my mode, that if -- I have a flat fee
18  typically.  And if I don't believe that I
19  can be the expert, I give them back their
20  money, and that has happened.  I can't
21  recall specific times.  But, you know,
22  there's a flat fee, but you obviously -- I
23  don't know whether I'm going to be able to
24  be plaintiff or defense expert until I've
25  done my review.

---

**Page 13**

1       Q.    And your flat fee is $30,000?
2       A.    $30,000 for a review of
3   records, writing up reports, preparation
4   for testimony.  But not for testimony time,
5   examination.  Also it doesn't cover travel
6   time; which, of course, there's really no
7   travel time today, because it's just by my
8   Chicago office.
9       Q.    Okay.  So with respect to
10  Exhibit 1, there's a portion of this that
11  is, I would say, a little more than halfway
12  through.
13      A.    About 26 pages or so.
14      Q.    Which starts at a new Page 1
15  after -- it looks like after the CV that's
16  entitled Testimony.  This is your Rule 26
17  testimony that we were just talking about?
18      A.    Yes, ma'am.
19      Q.    I'm going to hand it back to
20  you.
21      A.    And if you want to look over my
22  shoulder, that's fine, too.
23      Q.    Yeah.  It appears to me -- I'm
24  just going to -- I was reviewing the
25  document you previously provided to see if

---

4 (Pages 10 to 13)

Dr. Ernest Chiodo
August 20, 2015

**Page 14**

1  it was the same with just a couple of
2  additions, but it looks like there's more
3  than just a few additions to it.
4       A.    Right.
5       Q.    Okay.  Let's do it this way.
6  I'll come to you.  If you could tell me on
7  this list, I don't know if you can put an X
8  by anything there that, as you review the
9  list, that related to mold.
10      A.    Okay.  What I think what my
11 suggestion is, we start at the back.
12 Because my recollection will be clearer.
13      Q.    That works fine.
14      A.    X next to it?
15      Q.    Yeah.  I handed the witness a
16 pencil and he's going to mark it with an X
17 next to each one of them.
18      A.    Mold case.
19      Q.    That happens to relate to a
20 mold case to the best of his recollection.
21      A.    Yes, ma'am.
22      Q.    Thank you.  Now, pursuant to
23 Rule 26, this is your list of testimony in
24 the last four years, correct?
25      A.    In the last four years.

**Page 15**

1       Q.    You have previous testimony,
2  true?
3       A.    I do have previous testimony.
4  But again, just to be clear, those are
5  cases where I actually provided testimony,
6  not cases where I have been retained and
7  for whatever reason there was no testimony.
8       Q.    Okay.  Understood.  I'm going
9  to handle this the same way you handled it
10 so that things are more clear in your
11 memory.
12           And before I start with this,
13 can you tell me how much of your income is
14 derived from being an expert?
15      A.    I don't know, because I don't
16 keep a log breaking it down that way.  I
17 mean I pay my taxes.  My total income, the
18 IRS doesn't need me to break down whether
19 it's from being a forensic expert versus
20 treating physician versus practicing law,
21 teaching law, whatever.  Because they give
22 you a percentage, I'd have to have a -- I
23 know my denominator, I know my gross
24 income, but I don't have a log or keep a
25 record to break it down based upon

**Page 16**

1  different areas of activity.
2           However, that being said, I
3  recognize that you're entitled to some type
4  of approximation.  I don't know how much it
5  is.  However, I think it's a lot of what I
6  do.  It's a lot of my income.  So I don't
7  differ with the assertion that 90 percent
8  or more of my income comes from being a
9  forensic expert.  I don't know that that's
10 the case.  It could be less.  But if asked
11 at trial the following question:
12           Dr. Chiodo, do you differ with
13 the assertion that 90 percent or more of
14 your income comes from being a forensic
15 expert?  I will simply answer, no, I don't
16 differ with that assertion.
17           Now, if you start trying to
18 play games with, well, percentage this, and
19 take 90 percent.  I didn't testify that it
20 was 90 percent.  I've had people try to do
21 that.  And they say, well, you said 90.
22 And I said I won't differ with the
23 assertion that it's 90 percent, but I don't
24 know that that's the case.  But just so
25 that you have it clearly stated on the

**Page 17**

1  record.  Again, if you ask at trial the
2  following question in this matter:
3           Dr. Chiodo, do you differ with
4  the assertion that 90 percent or more of
5  your income comes from being a forensic
6  expert?  I will simply answer, no, I do not
7  differ with that assertion.
8       Q.    Thank you.  Let's first talk
9  about the Moore Living Trust case.  Home
10 Sales vs. Bobbie Vocke, V-O-C-K-E.  What
11 can you tell me about that case?
12      A.    That was a case of a mobile
13 home sold to an individual -- Actually,
14 there were two individuals that it was sold
15 to where there was mold contamination.  And
16 it appears that there was an attempt to
17 conceal the mold contamination with paint.
18 So I was retained by the plaintiffs in that
19 matter.
20      Q.    What kind of mold was present
21 in the mobile home?
22      A.    Just mold.  Just mold.  There
23 was no claim concerning medical monitoring
24 or health effects due to mold micro toxins.
25 So the allergic effects of mold, there's no

Dr. Ernest Chiodo
August 20, 2015

Page 18

1  need to speciate.  So if it's mold, any
2  mold can cause allergic effects.  The need
3  to try to determine what type of molds were
4  present, that comes into play if you're
5  talking about disease or risk of disease
6  due to mold micro toxins.
7      Q.    So this is -- This case was
8  purely a fraud or breach of warranty or
9  some sort or product case with no
10  health-related issues?
11      A.    No.  I think they were
12  health-related issues, but they were
13  health-issues related to the allergenic
14  effects of mold and not due to the mold
15  micro toxins.
16      Q.    So they were claiming health
17  effects in this case?
18      A.    You know, I believe the actual
19  case had to do with fraud concerning the
20  product.  But I think my testimony got into
21  the issue of the minor child as to whether
22  or not there would be some -- his health
23  effects had a causal connection, either
24  caused by or aggravated by mold exposure.
25  So I did provide testimony along those

Page 19

1  lines.  Although I think the actual case,
2  he was not included, because he was a
3  minor.  They may sue on that matter later
4  for him, but I think the actual case was
5  basically the fraud case.  I don't handle
6  the pleadings, but I think that's the
7  nature of the claim.
8      Q.    So was it your assertion that
9  in order to determine whether there's a
10  causal effect with respect to the mold
11  presence, it's not necessary to find out
12  what kind of mold was present?
13      A.    If you're talking about the
14  allergenic effects, that's correct.
15      Q.    What would you characterize as
16  allergenic effects?
17      A.    Oh, effects due to
18  hypersensitivity; that is, sinusitis,
19  rhinitis, skin rash, asthma.  The effects
20  of the mold due to mold antigens and the
21  body's reaction to mold antigens in an
22  individual who is sensitized to that mold.
23      Q.    Well, wouldn't you need to know
24  what mold antigens that individual is
25  sensitized and compare that with what the

Page 20

1  mold exposure was?
2      A.    No.
3      Q.    Why not?
4      A.    Because there are over 100,000
5  different molds, and you're not going to
6  test somebody for 100,000 different molds.
7  There are mold antibody panels, but usually
8  they have 10, maybe 20 molds on them.  So,
9  no, that's not -- That's not the approach.
10  An occupational medicine doctor would not
11  take that approach.  They would say, okay,
12  is there mold?  And is somebody having
13  disease manifestation consistent with
14  hypersensitivity?  And what's the exposure,
15  what are the temporal manifestations?
16  That's how it's done.  It's not done by a
17  simple test.  If that were the case, there
18  would be no need for occupational or
19  environmental medicine doctors.  The
20  allergist could do it, but they can't do it
21  because they don't have the background
22  concerning industrial hygiene sorting out
23  causation from an occupational
24  environmental medicine perspective.  That's
25  a very specialized area of practice that

Page 21

1  most physicians do not have, and that is
2  not taught in medical school.  To get that
3  type of additional expertise, you have to
4  have an additional degree in addition to a
5  medical degree, and that's a Master of
6  Public Health or something analogous to a
7  Master of Public Health.
8      Q.    So you mention that you need to
9  know the exposure.  How do you know the
10  exposure?
11      A.    Well, first off, there's -- Is
12  there visible mold?  If there's visible
13  mold, there's mold contamination.  And so
14  there's visible mold, there's mold
15  contamination.  And looking at the
16  circumstances, does that lead to an
17  individual being exposed?  Well, if there's
18  visible mold on the first -- on one room on
19  the first floor of a 30-floor high-rise,
20  then there may not be mold exposure to
21  somebody on Floor 30.  But if there's
22  visible mold in the area of an individual,
23  the work area, their living area, and it is
24  more than just a little bit of mold along
25  the crevices in your shower, there's a mold

6 (Pages 18 to 21)

Dr. Ernest Chiodo
August 20, 2015

**Page 22**

1  contam -- visible mold contamination.  Then
2  that is manifestation of mold contamination
3  and then that leads the occupational
4  medicine doctor to be able to sort out
5  whether or not disease manifestation was
6  caused by or not caused by that exposure.
7      Q.   Do you need to know if there's
8  mold exposure in the air so that the person
9  can inhale it?
10      A.   No.  In fact -- No.  That's not
11  the case.  In fact, I'm going to cite to
12  you, just so that -- and I'll tell you what
13  I'm citing from.
14      Q.   Please.
15      A.   Bioaerosols:  Assessment and
16  Control by the American Conference of
17  Governmental Industrial Hygienists.  What
18  is the American Conference of Governmental
19  Hygienists?  That is on organization that
20  is not part of the U.S. government.  It's
21  not a governmental entity.  However, it is
22  a very well-respected entity.  Its
23  recommendations advise and guide
24  governments throughout the world, including
25  the U.S. government, concerning

**Page 23**

1  occupational and environmental exposure
2  standards.  And to give an idea, when OSHA
3  came into play in the early 1970s, the
4  permissible exposure limits for chemicals
5  adopted as law were the threshold limit
6  values of the American Conference of
7  Governmental Industrial Hygienists in 1968.
8  So it's a well-respected organization.
9  They have a publication called
10  Bioaerosols:  Assessment and Control.  The
11  copyright is 1999.  However, within the
12  last month or two I checked with them to
13  see if this is still their current
14  publication, and it is.  So I believe that
15  this is a reliable authority.  If somebody
16  is involved with mold issues, this tends to
17  be the Bible, Bioaerosols:  Assessment and
18  Control.
19          I'm reading now from section --
20  It's not laid out in pages.  It's laid out
21  in sections, chapters and then sections.
22  And I'm reading from the seventh chapter in
23  Section 7.4.2, Fungi.  Okay.  It reads the
24  following, "Many fungi produce allergens
25  and some fungi produce toxins.  Fungal

**Page 24**

1  growth in buildings is undesirable and may
2  cause health problems for building
3  occupants.  Although it may be difficult to
4  establish that exposure to fungal aerosols
5  occurs or that exposure represents a
6  hazard, indoor fungal growth is
7  inappropriate and should be removed.
8  Further steps should be taken to correct
9  conditions that lead to fungal growth so
10  that it does not occur."
11          Now I'm going to get to the
12  specific point.  "Visible contamination
13  that is confirmed by source sampling to be
14  fungal growth is evidence of indoor
15  contamination.  Air sampling (culture or
16  sport trap sampling) may also indicate
17  indoor fungal growth, but should be
18  followed by inspection and source sampling
19  to identify the location of the fungal
20  contamination."
21          Section continues on to say,
22  "In the presence of the inevitable
23  background concentration, the challenge for
24  environmental sampling is to detect indoor
25  fungal growth or entry of fungal aerosols

**Page 25**

1  from sources near OAIs."  I don't know what
2  OAIs is referring to in this matter.  I
3  think it's the occupants.  "And to document
4  the distribution of such sources to
5  occupant exposure.  Interpretation of
6  possible indoor fungal exposure has been
7  addressed using, A, indoor/outdoor total
8  concentration ratios; B, comparison of the
9  species compositions indoors and outdoors;
10  and, C, the presence of indicator species
11  in the indoor environment."
12          So what that passage means is,
13  if you see visible mold contamination, it
14  is mold contamination.  You don't need, nor
15  would it be appropriate, to do air testing.
16  Air testing is for when you go into a
17  building and somebody -- people think that
18  they are having problems related to mold
19  and you want to know whether there's mold
20  contamination.  So you do air testing
21  indoors and outdoors, you speciate them so
22  that you can do a comparison to see the
23  species.  Are the species indoors similar
24  to those outdoors, or is there a difference
25  indicating mold contamination.  So if you

7 (Pages 22 to 25)

Dr. Ernest Chiodo
August 20, 2015

**Page 26**

have visible mold, you don't do air testing. It's just not indicated.

Q.   It's not indicated by your profession?

A.   By the profession.  And, as I've just indicated, visible mold contamination is confirmed by source sampling to be fungal growth is evidence of indoor contamination.  Now, I realize this case we're talking about a bed.  Usually they don't write books on bed contamination.

Q.   That was going to be my next question.  The -- What they're discussing in that book is mold contamination in buildings and walls and things of that nature.  Isn't that true?

A.   Or things in buildings.  I understand in this matter, the bed was in a building.  In any event, visible mold contamination confirmed by sampling, which was the case here, is mold contamination.  To do air testing just simply doesn't apply, and is either an intentional red herring or a statement by somebody that

**Page 27**

doesn't understand the process.

Q.   Let me give you a hypothetical.  If I were to soak a beach towel with all the good things that mold liked to eat and zip it up in a plastic bag and allow it to grow mold.  And you can see through the plastic bag visible mold contamination, but we know that that mold cannot get outside of the plastic bag, would it still pose a health risk to those standing outside the plastic bag?

A.   If it's impermeable, no, it would not.  Now, I think it's completely different than the fact scenario in this matter.  And to answer your question -- and I think it's more general.  If you have a hazard.  Say I have this bottle, this plastic battle.

Q.   The witness is holding up his plastic water bottle.

A.   I'm holding up a plastic water bottle.  And this was filled, instead of with water, some very toxic substance, and it's hazardous.  But if the substance is contained in this water bottle, it doesn't

**Page 28**

permeate through the bottle, there's no exposure.  There may be a hazard.  There may be something that you're concerned about.  You don't want it to break open.  But I'm not going to get sick if I don't have exposure.

So I think that goes to your -- the essence of your question.  If you have mold and it's contained, it truly is contained, there's no exposure, then somebody is not going to get sick due to mold exposure.  However, I don't believe that refers to the scenario in this matter, and it doesn't, in general, refer to buildings in general.  For example, I've had involvement in claims where somebody will say, well, the mold is behind the wall, so nobody should get sick.  No, that's -- You can still have exposure through movement of air and the spores from mold behind the wall.  And the standard is that you have to remove the mold behind the wall.  You just can't paper over it.

Q.   So there -- So you would agree with me that if there's mold contamination,

**Page 29**

there must be a path to exposure?

A.   You have to -- Yeah, you have to have exposure.  That's really a general principal within industrial hygiene and toxicology, that you have to have some path of exposure, which I believe is the case in this matter.  Experts on the other side may not agree with that, but I believe that there was exposure.

Q.   And one thing that I heard you read from your book there was there's a comparison -- it's helpful to do a comparison between indoor and outdoor concentrations.  Isn't it true that often, though the indoor air test done and that compared in the same time of day on the same day to an outdoor concentration, so that one can determine whether or not the level of mold indoors is actually higher than the level of the normal outdoor concentration of mold, and that that is an indication that there's indoor exposure as opposed to outdoor exposure just coming in?

A.   Well, as I've testified earlier, if you go into -- and I'm going to

Dr. Ernest Chiodo
August 20, 2015

**Page 30**

1  use -- use buildings for an example,
2  because that's the usual case.  It's sort
3  of unusual to have a circumstance where you
4  have a hidden defect as you do in this
5  matter that's a bed.  This is sort of an
6  unusual circumstance.  But say I go into a
7  building and there's mold growing on the
8  wall.  You can see the visible mold and you
9  test it and it is mold.  It's not just some
10 dirt, then that's mold contamination.  You
11 don't do air testing unless you say, okay,
12 fine, I want to clean this visible mold up.
13 I want to make sure I got rid of it all.
14 Then you could do air testing as clearance
15 testing.  But there would be no indication
16 to go forward and say, well, fine, there's
17 visible mold, there's mold contamination,
18 but then let's do air testing.  That is
19 done, but it's not properly done.  Because
20 why would you do the indoor and outdoor air
21 testing?
22        Now, back to your specific
23 statement.  It's more than just saying
24 there's higher levels indoors or outdoors.
25 You also compare the different species.

**Page 31**

1  But, in general, you should have the same
2  types of mold and mold species indoors as
3  outdoors, and usually a little bit lower
4  indoors than outdoors.
5        Did that answer your question,
6  ma'am?
7     Q.    What I'm -- Let's bring this
8  conversation back to causation.  If you
9  don't -- If you just see what you claim is
10 mold, according to the literature that you
11 cited, any visible mold outside of the
12 small amount you might see in a shower, is
13 considered or termed mold contamination.
14 How do you rule out other causes of
15 potential mold exposure to an individual
16 that is claiming health effects if you
17 don't do any sort of comparison?
18    A.    Excellent question.  Well, the
19 next step is this, and I'm going to give
20 you another reference.  Because, you know,
21 it's one thing for me to say as an expert,
22 but another thing because you have experts
23 on the other side saying something
24 different.  So how does a finder of fact,
25 how does the judge know what's so?  So it's

**Page 32**

1  good to have external confirmation.
2        If you go to the Reference
3  Manual of Scientific Evidence, Third
4  Edition, from the Federal Judicial Center
5  and the National Research Council, National
6  Research Council.  National Research
7  Council is made up of the National
8  Academies of Science, National Academies of
9  Engineering and Institute of Medicine.
10 It's a joint publication.  It's a joint
11 publication meant for judges, primarily
12 federal judges, but also state judges to
13 rule out, to kind of -- I shouldn't say
14 rule out.  To assess scientific testimony,
15 qualifications of experts who give
16 scientific testimony, what should be done,
17 proper methodologies.  So what one does in
18 a matter like this, because, you know,
19 there's mold -- there's mold everywhere,
20 but there's not mold contamination
21 everywhere.  Virtually everywhere that's
22 mold, but there's not mold contamination
23 everywhere.  So how does one, as a
24 physician, sort out mold -- whether or not
25 some person is due to mold exposure due to

**Page 33**

1  some other cause.  Well, first off, most
2  doctors are not trained to determine
3  causation of disease.  Most doctors are
4  trained to diagnose a disease and treat it,
5  but not to figure out what it is being
6  caused from -- by from some type of
7  occupational and environmental exposure
8  circumstance.  There are only three
9  specialties that are specifically trained,
10 and in the normal course of their practice
11 determine causation of disease due to an
12 occupational or environmental exposure
13 circumstance.  All three of these
14 specialties are under the American Board of
15 Preventative Medicine.  And, by the way,
16 these are the only three specialties to my
17 knowledge that a doctor requires an
18 additional degree beyond a medical degree,
19 M.D., or D.O., in order to sit for the
20 boards.  Because you have to have
21 additional training and education beyond
22 what they teach you in medical school to
23 sort out causation of disease due to an
24 occupational and environmental exposure
25 that they don't teach you in medical

**9 (Pages 30 to 33)**

Dr. Ernest Chiodo
August 20, 2015

**Page 34**

1  school.  And that degree is a Master of
2  Public Health, where you get epidemiology,
3  biostatistics, toxicology, learn a little
4  bit about industrial hygiene, the tools
5  that a doctor needs in order to sort out
6  causation.
7        Well, those three specialties,
8  first off, are aerospace medicine.  Those
9  are the NASA doctors.  The NASA doctors
10  have to figure out if there's something
11  about the design of a high-flying aircraft
12  or spacecraft that is causing somebody to
13  become ill --
14  Q.   Excuse me.  I don't mean to
15  interrupt you.  But we're getting pretty
16  far afield of my question --
17  A.   No, no, no --
18  Q.   -- so if you could get to the
19  point, please.
20  A.   No, no, no.  Ma'am, once I
21  start answering, you got to let me finish
22  answering.
23  Q.   You can finish answering.  This
24  isn't -- I'm going to have to do additional
25  deposition -- I mean I'm going to have to

**Page 35**

1  ask the judge for more time if we can't get
2  this done in the three hours that we've
3  agreed to.
4  A.   Ma'am, I just -- Once I start
5  answering, I have to finish, because I have
6  to keep a record.  So you're the master of
7  your questions.  I'm the master of my
8  answers.  So let me continue.
9        So the aerospace medicine, and
10  this is -- because your question is a
11  complicated question.  It is not a simple
12  yes or no.  So let me finish, and you will
13  learn something.
14        Aerospace medicine doctors have
15  to figure out there's something about the
16  design of a high -- that's causing the
17  interior of a high-flying aircraft or
18  spacecraft to get somebody sick.  And it's
19  an expensive matter.  Because if there is,
20  Boeing, which is right down the street, or
21  North American Rockwell has to redesign
22  that spacecraft or aircraft, and it's going
23  to cost hundreds of millions or billions of
24  dollars.  So we want a doctor that actually
25  knows what he's doing.  So it's for that

**Page 36**

1  reason an aerospace medicine doctor has to
2  be able to sort out causation of disease
3  from an occupational or environmental
4  exposure perspective, and that's why they
5  need a Master of Public Health for the
6  degree.
7        The next specialty is
8  occupational medicine.  Those are the guys
9  that are the medical directors of major
10  industrial corporations, or they're the
11  better educated plant doctors.  Somebody
12  can come in to the plant physician and say,
13  gee whiz, I have symptoms of shortness of
14  breath, cough, what have you.  And a lot of
15  doctors can diagnose asthma and treat
16  asthma, but not many doctors can figure out
17  the cause of that asthma.  And it's
18  important for the occupational medicine
19  doctor to know the cause.  So, for that
20  reason, the occupational -- because the
21  cause might be the new chemical being used
22  on line five of the plant.  And if that's
23  the case, this one individual is the tip of
24  the iceberg of an epidemic of asthma in the
25  plant.  So that occupational medicine

**Page 37**

1  doctor has to be trained and in the normal
2  course of the practice sort out causation
3  of disease due to an occupational or
4  environmental exposure perspective.  And,
5  for that reason, an occupational medicine
6  doctor has to have a Master of Public
7  Health to sit for the boards.
8        The third specialty is public
9  health and general preventative medicine.
10  Those are -- That's the epidemiological and
11  biostatistical specialty within medicine.
12  Those are the CDC hot zone doctors or the
13  medical directors of a major city or state
14  health department.  And they have to figure
15  out causation of disease because Patient A
16  may have diarrhea.  Is it due to the person
17  having flu, or did they eat at a dirty
18  restaurant?  So a public health and general
19  preventative medicine doctor has to be able
20  to sort out causation.
21        So that's -- Those three
22  specialties -- By the way, I'm board
23  certified in two of those, occupational
24  medicine and public health and general
25  preventative medicine.  Those two

**10 (Pages 34 to 37)**

**Dr. Ernest Chiodo**
**August 20, 2015**

Page 38

1  specialties -- pardon me -- those three
2  specialties, two of which I'm boarded in,
3  then what they do is they do something
4  different than the average physician.  Most
5  doctors are trained to do a differential
6  diagnosis.  That is, person has symptoms:
7  Sinusitis, allergic rhinitis, shortness of
8  breath.  Differential diagnosis, what could
9  be causing this?  A number of different
10 disease processes, but they rule out the
11 different disease processes and they come
12 to the proper diagnosis such as, in this
13 case with Mr. Ralph Simon, allergic
14 disease.  Some allergic exposure is causing
15 his problems.  Many doctors, many -- many
16 doctors are trained to do a differential
17 diagnosis.  However, not many doctors are
18 trained to do a differential diagnosis of
19 etiology; that is, what are the possible
20 causes from an occupational and
21 environmental medicine perspective?  And,
22 by the way, Reference Manual of Scientific
23 Evidence, Third Edition, gets into this
24 around Page 689 of that treatise.  And what
25 do you do?  Well, you take the history from

Page 39

1  the individual, you see what type of
2  exposures the individual had, when was the
3  onset of the disease process, what may have
4  caused the disease process to get better or
5  resolve?  And you consider all the
6  plausible causes for the person's problem,
7  and then you exclude, through a process of
8  elimination, those that would not apply.
9  And then what is left is the -- is the
10 answer to the differential diagnosis of
11 etiology that is the cause of the person's
12 problems.
13     Q.    Is that what you -- the process
14 you went through with Mr. Simon?
15     A.    Yes.
16     Q.    How did you rule out -- Let me
17 back up.  What do you do when -- Strike
18 that.
19         So part of your analysis must
20 necessarily rely on the history that the
21 patient gives you; isn't that right?
22     A.    Yes.  But not -- But not
23 solely.  I --
24     Q.    Part of it --
25     A.    Part of it.  Part of it.

Page 40

1     Q.    -- was the question.
2         And what do you do when the
3  patient doesn't give you an accurate
4  history?
5     A.    Well --
6     Q.    Let me ask you a different
7  question.
8         Would it affect your diagnosis
9  if the patient does not give you an
10 accurate history?
11     A.    In this case, I don't think
12 there's any question about that.  Because I
13 have medical records that corroborate the
14 history that he provided to me.  So medical
15 records formulated in the course of his
16 treatment years and years and years before
17 he ever thought about a possible lawsuit
18 against Select Comfort.  So the history
19 that he provided was consistent with his
20 medical records that corroborate his
21 history.  I can point some of those out to
22 you, if you wish.
23     Q.    Mr. Simon told you that about
24 three or four years after buying the Select
25 Comfort bed he began suffering from a host

Page 41

1  of maladies that he now attributes to the
2  Sleep Number bed?
3     A.    That is in my report.  Yes.  It
4  says about three or four years after buying
5  the bed, Mr. Simon began suffering
6  recurrent sinusitis, ringing in the ears, a
7  sensation of pressure in the bilateral
8  ears, dry and burning eyes, and skin
9  irritation.
10     Q.    On what date did you first meet
11 Mr. Simon?
12     A.    On the date of my report, which
13 I believe is June the 4th, 2015.
14     Q.    You also note in here that
15 Mr. Simon denies any allergies?
16     A.    That's his statement that
17 denies allergy, yes.
18     Q.    Okay.  So he reported to you
19 that he has no allergies?
20     A.    That's what he says.  That is a
21 layman telling me -- answering my question
22 concerning allergies.  But that's what he
23 said.  Now, I don't see any indication that
24 that's any sign of a lack of truthfulness
25 on his part.  That's his perception as a

U.S. LEGAL SUPPORT
(619) 573-4883

Dr. Ernest Chiodo
August 20, 2015

---

**Page 42**

1   layman.
2       Q.    So whether or not he truly has
3   allergies, his perception as a layman is
4   that he does not have allergies?
5       A.    Yeah.  Because we know he does
6   have allergies because he's allergic to
7   mold, right?  Because -- And that's the
8   whole basis of this thing.  So his
9   statement of allergies is something that he
10  doesn't feel that he is, in general, an
11  allergic person.  It's not something that
12  he feels is part of his general state of
13  health.  But we know that he is allergic to
14  mold, because that's the reason why he had
15  the adverse health consequences that led to
16  this issue.
17      Q.    And we know that he's allergic
18  to mold because Dr. Wedner tested him?
19      A.    No.  We know he's allergic
20  to -- well, Dr. -- We know he's allergic to
21  mold based upon the temporal onset of his
22  symptomatology, testing confirming that his
23  bed was contaminated with mold, and
24  resolution of his symptoms that would be
25  related to the allergic manifestation of

---

**Page 43**

1   mold after he discovered the mold
2   contamination and no longer was sleeping on
3   a moldy bed.  However, Dr. Wedner, I
4   believe, moved forward and also did mold
5   testing that did confirm that he is
6   allergic to mold in addition.
7       Q.    Did you review the skin test
8   chart that Dr. Wedner's office did?
9       A.    I don't recall when I saw that.
10  I do recall having seen such a chart.  I
11  don't recall when I saw that, whether I saw
12  that at the time I wrote up this report or
13  not, and it isn't necessary.  I was able to
14  make the analysis as an occupational
15  medicine doctor in the manner that I
16  described.  Allergy testing isn't necessary
17  because you could test -- for example,
18  somebody could come back with -- that was
19  negative to mold testing and somebody --
20  so, what, he's not allergic to mold.  No,
21  he's not allergic to one or ten or 20 of
22  the 100,000 molds.  So that's not -- that's
23  why occupational medicine doctor,
24  particularly one that's trained to deal and
25  does have experience dealing with

---

**Page 44**

1   building-related disease, doesn't do it
2   based upon allergy testing.  However, you
3   know, give Dr. Wedner my regards for
4   thinking -- thanking him for confirming
5   that he is, in fact, allergic to mold with
6   his testing.  Because he is -- That's
7   consistent with my finding and my analysis.
8       Q.    Are you qualified to read the
9   skin chart that was prepared by
10  Dr. Wedner's office?
11      A.    Hand it to me.  I'll tell you.
12      Q.    It's -- This is my copy, and I
13  don't --
14      A.    I won't make any marks on it,
15  and I'll give it back to you.
16      Q.    And I don't know that I brought
17  extras.  Do you have it in your file?  Did
18  you review it?
19      A.    I don't know offhand.  I'd have
20  to look.  You're interested in making sure
21  this flows quickly, so I want to help you
22  do that.
23          So I'm looking at this.
24          MR. CORWIN:  For the record, she
25  handed the witness, I'll help you out a

---

**Page 45**

1   little bit, handed the witness the skin
2   test results from Dr. Wedner's clinic.
3   Dr. Wedner did not perform these tests.
4           THE WITNESS:  And, well, the
5   first question is, there's some notation
6   here that I've seen skin testing many
7   times.  Usually what happens, they'll make
8   little hash marks.  Like if there's --
9   Somebody is not reacting, they'll be blank.
10  And then if somebody has a mild reaction,
11  they'll put one hash mark down.  And then
12  if they -- if it's more extreme, they'll
13  put two, and then it'll go on.  Or maybe
14  they have a bunch of -- three or four hash
15  marks and they have one through it.  That's
16  usually how the mold testing that I've
17  seen, and I've seen these, is recorded in
18  their little handwritten notes.  And then
19  what they do is then they'll say based
20  upon, because they did the testing or their
21  technician usually did the testing, that
22  they found that the individual had a skin
23  reaction to the mold.
24          Now, here looking at this little
25  testing note, they'll have different

---

**12 (Pages 42 to 45)**

Dr. Ernest Chiodo
August 20, 2015

Page 46

1  numbers.  Like maple, red maple, there's a
2  one.  Oak mix, two.  Somebody wrote Bermuda
3  grass, three.  Rag weed mix, four;
4  Alternaria, which is mold, is a mold.
5  Again, let's see, there's panel.  Panel 4
6  mold, okay.  There's Panel 5 mold two.
7  Then there's Panel 6.  These are -- There
8  are three panels for mold that have in each
9  panel about eight.  So --
10  BY MS. FISHER:
11      Q.    So --
12      A.    Let me finish, ma'am.  So we
13  have maybe about less than 24 molds, about
14  24 molds out of the 100,000 molds.  And on
15  this one they say Alternaria, 5;
16  aspergillins, 6; fumigatus, 7;
17  cladosporium.  Cladosporium is the one
18  we're concerned about as far as testing
19  that was shown in this mattress, 8.
20  Fusarium, 9.  So that's an indication to me
21  that with this notation that the skin
22  reactions were more extreme.  Two more
23  extreme than one, three more extreme than
24  two, four more extreme than three, five
25  more extreme than four.

Page 47

1      So that's how I would interpret
2  this from looking at the chicken scratch on
3  that report.
4      Q.    Okay.  So did you review at one
5  point Dr. Wedner's report in which he
6  listed out the items that Mr. Simon was
7  sensitized to?
8      A.    I did read his -- I did read
9  his report.  I don't have -- I think it was
10  a report, and then there was a rebuttal
11  report to my report.  I don't have a
12  photographic review of it.  If you want to
13  draw my attention to the report and have me
14  comment upon it, you have to show it to me
15  again and I'll look at it again.
16      Q.    Well, let me just -- I'll just
17  refresh your memory that the report
18  indicated that Mr. Simon was a highly
19  atopic individual allergic, or at least
20  sensitized, to multiple different things.
21  Do you recall that?
22      A.    I won't differ with your
23  assertion that that's what it says at this
24  moment.
25      Q.    With respect to Mr. Simon

Page 48

1  having what's considered an allergic
2  reaction, did you do anything to rule out
3  symptoms related to allergies to other
4  substances besides mold?
5      A.    Yes.
6      Q.    What did do you?
7      A.    The history from him and review
8  of the records.  He was in -- Well, in his
9  normal state of health as it would relate
10  to any allergic manifestation of disease
11  until first record of this.  Let me back up
12  for a second.
13      We have Dr. Spiro's records.  I
14  believe it's Thomas Spiro, who was his
15  internal medicine doctor.  And I, in
16  addition to being board certified in
17  occupational medicine and public health and
18  general preventative medicine, I'm also an
19  internal medicine physician.
20      And I have a note from
21  Dr. Spiro from July 16, 1999, that in the
22  systematic review, in essence, I'm not
23  seeing anything here that has to do with
24  any indication of sinusitis, skin rash,
25  rhinitis, or shortness of breath or cough.

Page 49

1  No phlegm production, night sweats,
2  hemoptysis, or cough.  No pain or
3  inflammation of the eyes or swelling of the
4  eyelids.  Ears, no ringing in the ears or
5  discharge from the ear canal.  Denies
6  history of headache or trauma to the head.
7  No history of dyspnea.  That's shortness of
8  breath on exertion.  And some history of
9  palpitations.
10      So from an allergic standpoint,
11  his allergic manifestations of disease,
12  July 16, 1999, he's fine.
13      By the way, long before he's
14  really -- I think that at the time of
15  either before or shortly after he bought
16  the Select Care bed.
17      Q.    In order to make --
18      A.    Let me finish, ma'am.
19      Then we have a history, a note,
20  from Dr. Spiro, October the 8th, 2002,
21  where Mr. Ralph Simon presents with --
22  presents for physical exam.  Patient today
23  complains of nasal stuffiness and shortness
24  of breath at night, at night is when he's
25  having it.  And then the records go on

13 (Pages 46 to 49)

Dr. Ernest Chiodo
August 20, 2015

Page 50

1  where he's having rhinitis and the like.
2  So we have documentation that he was not
3  having these allergic problems before the
4  issue with the bed.  They developed.  And
5  then they resolved after he had
6  discovered -- largely resolved, not
7  completely resolved, after he discovered
8  the mold contamination of his bed, and then
9  stopped sleeping on the mold-contaminated
10  bed.  So that allows me to have ruled out
11  some other allergic manifestation as the
12  cause of his problems.  Why?  Well, if he's
13  atopic, he's probably atopic his entire
14  life.  When he's living in St. Louis, if he
15  has problems with cladosporium or mold in
16  the air, he's been living with that for
17  years.  And he's still living in that
18  environment in St. Louis, the general air
19  environment.  It went away.  I'm not aware
20  of any assertion that somehow he had some
21  change in his diet that was consistent and
22  accordant with that time duration of his
23  symptomatology with the bed.  I'm not aware
24  of any other exposure circumstance that
25  matches the temporal sequence of his

Page 51

1  symptomatology other than the bed.  So that
2  light leads me to the recognized
3  methodology utilized by occupational
4  medicine doctors as enumerated in the
5  Reference Manual of Scientific Evidence,
6  Third Edition, to say, yes, the cause was
7  the bed.
8      Q.    What did you do to rule out
9  dust mites?
10      A.    Dust mites would have been part
11  of his environment before the bed.  I mean
12  he's been sleeping on beds.  There's dust
13  mites in beds.  There's bust mites in beds
14  after the fact.  So how did the rule change
15  relating to dust mites before and after the
16  time duration that he's sleeping on this
17  moldy bed from Select Care.  It's just --
18          MR. CORWIN:  Comfort.
19          THE WITNESS:  Select Comfort.
20  That's an exposure that he had before,
21  during, and after.  But his symptomatology
22  matches his duration of sleeping on the
23  moldy bed.
24
25  BY MS. FISHER:

Page 52

1      Q.    What facts in the record are
2  you relying on to show you that there was
3  mold in the bed in 2002?
4      A.    First off, there was no testing
5  in 2002 because he didn't know about it.
6  That's part of the problem with this whole
7  thing.  We have the fact that he bought the
8  bed some period of time beforehand, I think
9  1999.  That would have given ample time for
10  mold to have developed in the bed due to
11  the design defect of Select Comfort, that
12  specifically the impermeable barrier that
13  would lead to accumulation of liquid water
14  and mold growth.  And then we have the
15  later discovery of the mold, I think,
16  sometime in 2012.  So the deductive logic
17  analysis is that there was mold
18  contamination there during the relevant
19  time period.  Because it would have given
20  enough time for mold to have developed, and
21  there's no fact scenario that I'm aware of
22  that would say that the mold contamination
23  that was discovered in around the 2012/2013
24  time period suddenly, acutely developed
25  because there was some water intrusion into

Page 53

1  the home or water intrusion into the
2  mattress.  There's -- I'm not aware of any
3  fact scenario consistent with that.
4      Q.    So your opinion is based, at
5  least in part, on an assumption of mold in
6  the mattress in 2002?
7      A.    I wouldn't say an assumption of
8  mold in the mattress.  It's based upon the
9  facts in this matter.  There was mold
10  contamination found documented when he
11  discovered the mold.  He had it -- It was
12  tested.  It was contaminated with
13  cladosporium.  And he was sleeping on the
14  mattress.  The mattress has an impermeable
15  barrier in the form of its bladder, air
16  bladder, that led mold contamination to
17  happen is what I, given my expertise, would
18  expect to happen, and would give enough
19  time for that to happen.
20          And, by the way, when I talk
21  about that air bladder happening, I'm going
22  to also, so that you're not surprised at
23  trial, I'm also a biomedical engineer,
24  besides being a physician.  And biomedical
25  engineering has to do -- part of it would

14 (Pages 50 to 53)

Dr. Ernest Chiodo
August 20, 2015

**Page 54**

1   have to do with design of medical
2   equipment, including -- and also beds.  And
3   I am more familiar with beds than most
4   physicians.  Because I have, through my
5   career, been called upon to deal with the
6   care of catastrophic injury patients,
7   quadriplegics that would be susceptible to
8   bed sores.  So I'm familiar -- I'm more
9   familiar than the average physician with
10  beds, the properties of beds, and,
11  particularly, the properties of beds as a
12  biomedical engineer.  That, in addition as
13  an industrial hygienist, I know the
14  circumstances that would lead to mold
15  accumulation due to vapor intrusions.  In
16  this case, the vapor intrusion was
17  perspiration, vapor arising from his bed,
18  from his body, lying upon his bed
19  permeating through the sheets, permeating
20  down into the padding of the bed, and then
21  hitting an impermeable barrier, the bladder
22  of the Select Comfort bed, forming liquid
23  water and developing mold.  That is the
24  scenario that would happen in a building if
25  you're in an area that is a warm area where

**Page 55**

1   individuals have air conditioning, where
2   you have vapor intrusions coming in through
3   walls.  Because, you know, brick walls,
4   this building, brick still has vapor
5   intrusions coming in through the wall.
6   Brick and mortar doesn't keep water from
7   going through walls.  And then the water
8   will follow its radiant down until it hits
9   an impermeable barrier.  And that's why
10  you're supposed to be careful and not put
11  vinyl wallpaper upon the interior walls of
12  buildings that are cold in a warm
13  environment.  And the reference to that
14  that's, that supports my assertion is out
15  of Bioaerosols:  Assessment and Control,
16  10.4.3.2, Condensation Control in Hot and
17  Humid Climates.
18      Q.    Are you intending to opine on
19  the defective nature of the bed at trial?
20      A.    I'm intending to opine to all
21  my relevant areas of expertise if called
22  upon to do that.  That would include the
23  defect of the bed, because I am qualified
24  as a biomedical engineer, I believe, to
25  testify to that.  Now, I may not be the

**Page 56**

1   sole expert testifying upon that.  And it
2   may not -- I may not be called upon to
3   testify to that.  That will be Mr. Corwin's
4   decision.  But I do believe that I am
5   qualified as a graduate biomedical engineer
6   and a physician, along with my other
7   expertise, to comment upon the design
8   defect of the bed, yes.
9       Q.    You mentioned that it would
10  give ample time from the purchase of --
11  Mr. Simon's purchase of the bed several
12  years later for mold to have grown.  How
13  long does it take mold to start growing?
14      A.    Mold can start growing very
15  rapidly, within a matter of -- if you have
16  the right circumstances, within a matter of
17  a couple days.
18      Q.    When you locate mold, is it
19  possible for you to determine how long mold
20  has been there?
21      A.    If I have sufficient additional
22  information such as I have in this case,
23  yes.
24      Q.    Do you know the date at
25  which -- when the foam padding on

**Page 57**

1   Mr. Simon's bed was tested?
2       A.    I don't know as I'm sitting
3   here at the moment.  I don't have these
4   records memorized.  I mean so if you're
5   asking me the specific date, no, not at
6   this moment.  If I looked through records
7   and if you want me to take the time to do
8   that, I can start trying to look through
9   records to try to find that.
10      Q.    It's not --
11      A.    But I don't have that
12  memorized, no.
13      Q.    It's not necessary.  If mold
14  was, indeed, tested and found, at least
15  according to Ms. Duncan on a bed four
16  months after Mr. Simon ceased using the
17  bed, isn't it true that all that test shows
18  is that mold was present on the bed on the
19  day of the test?
20      A.    No.
21      Q.    That is not what that test
22  shows?
23      A.    I don't think so.  The test is
24  a snapshot, but the test is not the void or
25  absent of the history and information.  So

U.S. LEGAL SUPPORT
(619) 573-4883

Dr. Ernest Chiodo
August 20, 2015

**Page 58**

1  I believe I have sufficient information to
2  say that that mold developed over time, and
3  that his symptomatology where he -- where
4  there's a medical record indicating his
5  seeking medical attention for a disease,
6  allergic disease, mediated due to his mold
7  exposure in the bed, that he sought medical
8  attention on October the 8th, 2002.
9      Q.    Do you have any idea how the --
10  how the foam that was in the bed was stored
11  in the intervening time period between
12  Mr. Simon's alleged discovery and the date
13  that it was tested?
14      A.    I have no indication that it
15  was stored in a scenario or circumstance
16  that would lead to any spoilage of the --
17  of the sample.  If you have some
18  information that you think it was somehow
19  spoiled, let me know, and I may alter my
20  opinion.  But I'm -- but I'm operating
21  under the understanding that it was stored
22  in a manner that the visible mold
23  contamination that he saw when he opened up
24  the bed and found that hidden defect is
25  representative of the visible mold

**Page 59**

1  contamination that was confirmed with
2  testing by Ms. Duncan four months later.
3      But if there's something that
4  you think would lead -- that you think it
5  was somehow spoiled, led to mold growth in
6  the interval, let me know.  I'm not aware
7  of any -- any unique circumstance, but
8  perhaps you are.
9      Q.    If, indeed, it -- If, indeed,
10  there was a circumstance that could have
11  led to mold growth in the intervening
12  period, would that change your opinion?
13      A.    Tell me what the circumstance
14  is, otherwise you cause me to speculate.
15  It's caused -- Your asked question calls
16  for speculation.
17      Q.    Let me ask you a different
18  question.
19      Are you of the opinion that
20  Mr. Simon is sufficiently qualified to
21  identify mold contamination visually?
22      A.    I think people in general have
23  seen mold.  I don't think it's unique for
24  people to have looked at and see this looks
25  like mold, and then for him to have called

**Page 60**

1  upon somebody to do the testing which, in
2  fact, confirmed that it's mold.  So I see
3  nothing about Mr. Simon that would make him
4  any less qualified as a layman to look at a
5  circumstance and have strong suspicion that
6  it's mold.  And I believe that's what
7  happened in this matter.  And then it was,
8  in fact, confirmed that it was mold based
9  upon the testing.
10      Q.    Would you agree with me,
11  though, that the testing to be the most
12  accurate should have been confirmed
13  immediately?  Should have been performed so
14  that mold could have been confirmed
15  immediately on discovery?
16      A.    No, no.  I mean are you saying
17  that this is some type of -- there's
18  something about mold that if you don't
19  capture it at that moment that the results
20  are going to be different?  Now that's true
21  with different types of toxin exposures,
22  like carbon monoxide.  If you went into --
23  By the way, I am a toxicologist.  It's not
24  just me saying that.  If you go to the
25  Reference Manual of Scientific Evidence,

**Page 61**

1  Third Edition, on about Page 675, I qualify
2  in a number of points to be a toxicologist,
3  and I deal with toxicologic issues very
4  commonly.
5      For example, if somebody has
6  carbon monoxide exposure and they get
7  exposed to carbon monoxide, if they go to
8  the hospital very rapidly, then a
9  carboxyhemoglobin level can be drawn, and
10  that would document the level of
11  carboxyhemoglobin close to the time of the
12  exposure.  If you wait a day, even a number
13  of hours that -- you're going to lose that
14  information.  That's not the case with
15  mold.
16      So, in this circumstance, I --
17  Unless you have some unique -- if you have
18  some circumstance that would lead to
19  spoilage, the fact that the mold is sitting
20  there four months later and tested after
21  the initial discovery, that doesn't
22  question me -- lead me to question the
23  results.  And, in fact, that's very
24  commonly the case in buildings.  Somebody
25  sees mold and it's not tested until four

**Dr. Ernest Chiodo**
**August 20, 2015**

---

**Page 62**

1  months later, that, given the circumstances
2  and findings, doesn't say, oh, that mold
3  grew in the meantime. It could have, if
4  you can give indication that it would have.
5  But the fact that the testing is done four
6  months later doesn't -- doesn't nullify the
7  analysis. If somebody is saying something
8  different, I believe that they are not
9  making a statement that would be generally
10  accepted in the relevant industrial hygiene
11  and medical community. And I would say
12  that they should come up with some
13  peer-reviewed literature that would
14  corroborate their statements. Because I
15  think it would be junk science.
16      Q.   You just did confirm, though,
17  that mold can grow within a couple days?
18      A.   I did. But tell me the
19  circumstances that you think happened here
20  that caused this mold to grow in the
21  pattern that is found on his bed consistent
22  with perspiration coming in from the body.
23  In fact, maybe an analogy can be made, it
24  looks almost a little bit like the Shroud
25  of Turin. The mold is where you would

**Page 63**

1  expect the perspiration to come. Give me
2  the circumstance that you think created
3  that other than the vapor intrusions --
4                  (Interruption in
5                  deposition.)
6      MR. CORWIN:  Is this something
7  you need to take?
8      THE WITNESS:  No. The vapor
9  intrusions from the -- from somebody
10  sleeping on the bed and having mold
11  accumulate due to the design defect of the
12  bed and the failure of warning -- By the
13  way, I think I have expertise concerning
14  warnings, being an occupational medicine
15  doctor.
16      MS. FISHER:  No doubt you do.
17      THE WITNESS:  And industrial
18  hygienist to warn him to be able to look
19  for mold, be concerned about this as a
20  possibility so that he could then inform
21  his doctors -- discover the mold and then
22  inform the doctors that are treating him
23  for his symptomatology so that they would
24  be aware and avoid adverse health effects
25  that happen to him due to the doctors not

**Page 64**

1  knowing about the mold. Because I believe
2  in this circumstance his doctors did not
3  know, nor should they have been aware, of
4  the mold given the circumstances because it
5  was a hidden defect in the bed.
6      Q.   You know what, I'm going to
7  backtrack a little bit and take care of
8  some generalities before we run out of
9  time. When were you first contacted for
10  this case?
11      A.   Yes, ma'am. I don't recall.
12  It was obviously sometime before June the
13  4th, 2015. How long before that, I don't
14  know. I don't think it was years before.
15  Probably a matter of a few months, but I
16  don't have a present recollection.
17      Q.   Do you recall who contacted
18  you?
19      A.   I believe Mr. Corwin.
20      Q.   What was the scope of the
21  request?
22      A.   Well, I don't have a present,
23  you know, recollection of the request in
24  any detail, but I think he probably told me
25  the fact scenario. And I told them, well,

**Page 65**

1  listen, these are -- This is my area of
2  expertise, these are my -- the areas that I
3  can address. These are my charges.
4  Obviously I don't know what my opinion is
5  going to be until I've done my analysis. I
6  told him that my charge is $30,000 for the
7  review of the records, preparation, really
8  everything other than travel time, waiting
9  around time, and testimony time. But that,
10  you know, I don't know what my opinion is
11  until I see it. And if my opinion is in
12  favor of you and you wish me to write the
13  report, I keep the $30,000. If my opinion
14  is not in favor of your situation, I will
15  give back the $30,000. That's, in essence,
16  what I believe I told him. And then he
17  contacted me some period thereafter to say,
18  yes, I wish you to go forward with the
19  process, sent me -- I believe he sent me
20  records to look at initially. And then I
21  said, well, this looks like I may be able
22  to be favorable, and then I did my
23  examination of Mr. Simon and formulated my
24  opinion and then report.
25      Q.   I'm going to hand you a copy of

U.S. LEGAL SUPPORT
(619) 573-4883

Dr. Ernest Chiodo
August 20, 2015

Page 66

1  your report in case you don't have it right
2  in front of you.
3          (Document marked as Dr.
4          Chiodo Exhibit No. 2 for
5          identification.)
6  BY MS. FISHER:
7      Q.   Is that the report, the initial
8  report, that you wrote in this case?
9      A.   It looks like it.  Yes, ma'am.
10     Q.   Take your time if you need more
11 time.
12     A.   Yeah.  I -- It looks like my
13 report.
14     Q.   Are all the documents that you
15 reviewed listed under -- on Page 2 under
16 records reviewed?
17     A.   As of the date of my report.
18 Not necessarily all the records I
19 subsequently reviewed.
20     Q.   Okay.  What --
21     A.   What I call the records may be
22 something different than what you're
23 calling the records or Mr. Corwin may call
24 the records.  But this is my enumeration of
25 what I call the records as of the date that

Page 67

1  I wrote my report.
2      Q.   After, subsequent to the time
3  you wrote your report, are there additional
4  records that you've reviewed?
5      A.   Yes.
6      Q.   Can you --
7      A.   But I don't have an enumeration
8  of those.
9      Q.   Can you tell me what they are?
10     A.   Well, not with -- I mean I can
11 tell you in general I believe I reviewed
12 the reports from your experts and rebuttal
13 reports.  I don't know if I -- I can't
14 recall whether I reviewed deposition
15 testimony or not.  Mr. Corwin knows what he
16 sent me, but I don't have an enumeration of
17 that.
18     Q.   Did you ever review the
19 deposition testimony of Mr. Ralph Simon?
20     A.   I don't recall as I'm sitting
21 here today.
22     Q.   Does the report contain all the
23 opinions that you originally were requested
24 to provide an opinion on and testimony on?
25     MR. CORWIN:  Objection.  Calls

Page 68

1  for -- What was your objection at the first
2  depo we did?  Confidential or privileged
3  discussions.  Subject to that, you can go
4  ahead and answer.  I think it's also vague
5  as called for, but --
6          THE WITNESS:  Yeah.  I mean
7  there are my opinions that I have at that
8  time.  Whether I'm going to be called upon
9  to render additional opinions within my
10 relevant areas of expertise, I don't know.
11 And there may be opinions that come up due
12 to your questioning, cross-examination at
13 trial that I may not anticipate.  So I
14 don't necessarily anticipate all the
15 questions that Mr. Corwin is going to ask
16 me on direct examination that would get
17 into my analysis concerning this
18 circumstance utilizing my areas of
19 expertise.  Nor can I say -- So, therefore,
20 the report is not necessarily limited to
21 that.  I'm not saying that this is the
22 totality of all possible opinions.  I think
23 it is the central focus of my opinions in
24 this matter.  But you may also ask me
25 questions on cross-examination that will

Page 69

1  elicit answers and opinions that are not
2  enumerated in this report.
3  BY MS. FISHER:
4      Q.   So on Page 1 I see your
5  qualifications to opine, and it goes on to
6  Page 2.  And I understand that you also a
7  CV which we've got here marked as
8  Exhibit 1.  I just want to just make clear
9  a couple things.  You don't have any
10 continuing education or you're not board
11 certified in allergy or immunology,
12 correct?
13     A.   No.  I am board certified in
14 general internal medicine.  Allergy and
15 immunology is an internal medicine
16 subspecialty.  So I do have training, board
17 certification, recertification, and also
18 additional recertification in general
19 internal medicine that includes allergy and
20 immunology.  But I am not board certified
21 in the subspecialty of allergy and
22 immunology.  But that's -- But I am not
23 devoid of knowledge and expertise
24 concerning allergy and immunology.  And
25 that, of course, I have additional

18 (Pages 66 to 69)

Dr. Ernest Chiodo
August 20, 2015

---

**Page 70**

1   expertise being board certified in
2   occupational medicine. The actual board
3   certification certificate says occupational
4   medicine, and it's typically referred to as
5   occupational environmental medicine which
6   deals with allergic issues in this context
7   with mold. In fact, that's usually the
8   central expert, and also the central
9   clinician sorting out mold exposure issues
10  in this matter, whether or not the disease
11  was caused by a building-related issue.
12  And then also additional expertise as far
13  as epidemiology and biostatistics that
14  would call upon allergic-mediated disease
15  through my board certification in public
16  health and general preventative medicine.
17          And, of course, I'm one of the
18  few physicians, really in the world, that
19  is a certified industrial hygienist.
20  There's 6,600 certified industrial
21  hygienists in the world. Only about 5 to
22  10 of them are physicians, to the best of
23  my knowledge. And I have some stature in
24  that profession in that I'm one of the past
25  presidents of the Michigan Industrial

---

**Page 71**

1   Hygiene Society, which was the first
2   industrial hygiene organization in the
3   country.
4          So I would disagree with your
5   assertion that I don't have knowledge,
6   training, and continuing education
7   concerning allergy and immunology. And, in
8   fact, I happen to have brought along me
9   today, not for this deposition, just
10  because when I'm on the plane I read, the
11  American College of Physicians Medical
12  Knowledge Self-Assessment Program 17. Now
13  this one happens to be on cardiovascular
14  medicine. But one of the monographs on 16,
15  which I completed within the last year or
16  two, was on allergy and immunology. So I
17  keep up on the relevant discipline.
18  Q.    Are you trained in any special
19  way in the discipline of ophthalmology?
20  A.    I don't consider myself an
21  ophthalmologist, but I am trained
22  concerning toxicologic effects due to
23  substances, including drugs. So as to the
24  issue of cataracts caused by
25  corticosteroids, Prednisone is a

---

**Page 72**

1   corticosteroid. I believe that not only am
2   I qualified as an internal medicine doctor,
3   because internal medicine doctors are very
4   commonly the type of doctors that would
5   order corticosteroids, including
6   Prednisone, and must know about the
7   toxicity. I am also a toxicologist.
8   Again, if you -- not just a matter of
9   myself proclaiming such. If you go to the
10  Reference Manual of Scientific Evidence,
11  Third Edition, on or about Page 675 I meet
12  the qualifications on at least three points
13  of being a toxicologist. So I am an expert
14  concerning the toxicologic effects of drugs
15  and other substances as they relate to the
16  eye. But I'm not an ophthalmologist. And,
17  likewise, I don't think just because
18  somebody is an ophthalmologist they're
19  necessarily qualified to opine about the
20  toxicologic effects of substances as it may
21  relate to eyes. They're obviously
22  qualified in general about eyes, but not --
23  that doesn't make them a toxicologist.
24  Q.    How about an
25  otorhinolaryngologist. I'm going to

---

**Page 73**

1   butcher it. An ENT?
2   A.    ENT. That's good.
3   Q.    We'll do that.
4   A.    That's good enough. Again, I'm
5   not an ears, nose, and throat doctor, an
6   otorhinolaryngologist. But, again, the
7   issues of the toxicologic effects of
8   substances as it relates to the ears, nose,
9   and throat, as to the allergic consequences
10  of exposures as well within my expertise.
11  That's why there are general internal
12  medicine doctors. General internal
13  medicine is actually a very broad
14  specialty. You have to probably know more
15  and stay current on -- concerning more
16  issues as a general internist than any
17  other specialty. Ophthalmology, you have
18  the benefit that you can just -- entire
19  focus in life can be focus canned just on
20  eyes. As a general internal medicine
21  doctor, you have to know about hearts, you
22  have to know about kidneys, you have to
23  know about lungs, you have to know about
24  ears, nose, and throat. You have to know
25  about dermatology and neurology. It's a

---

19 (Pages 70 to 73)

Dr. Ernest Chiodo
August 20, 2015

**Page 74**

1  very broad specialty that you have to know
2  and be very conversant in broad specialty
3  in that you have to have an in-depth
4  knowledge, unlike family practice, where it
5  is a much more superficial knowledge than a
6  board certified general internal medicine
7  doctor.
8      Q.   You are of the opinion that
9  Mr. Simon's cataracts are due to
10  Prednisone?
11      A.   Yes, ma'am.
12      Q.   And you cite a -- You cite a
13  study or you cite some literature,
14  steroids, including Prednisone, are well
15  known to cause cataracts?
16      A.   Yes.
17      Q.   Or, actually, that's your
18  statement.  The literature that you cite is
19  Steroid Cataract.  Is that the literature
20  you're basing your opinion on?
21      A.   No, not solely.  That's
22  literature.  Also I brought with me today
23  the Merck Manual, 19th Edition, copyright
24  2011, Page 606 and 607.  Cataracts.  Talks
25  about etiology of cataracts, okay.  And it

**Page 75**

1  says etiology, cataracts can occur with
2  aging.  Other risk factors may include the
3  following:  Trauma, sometimes causing
4  cataracts years later.  Smoking, alcohol
5  use, exposure to x-rays, heat from infrared
6  exposure, systemic disease; e.g., diabetes.
7  Uveitis, which is like inflammation of part
8  of the eye.  Systemic drugs; e.g.,
9  corticosteroids, undernutrition, dark eyes,
10  possibly chronic ultraviolet exposure.
11  Many people have no risk factors other than
12  age.  Some cataracts are congenital
13  associated with numerous syndromes and
14  diseases.
15      In fact, it continues on.  This
16  is actually a good couple pages --
17      Q.   I really don't want you to read
18  a couple pages.
19      A.   No, ma'am.  I'm not going to
20  read the pages.  But I do have to complete
21  my answer.
22      And then at the bottom of 607,
23  prevention.  Many ophthalmologists
24  recommend ultraviolet-coated eyeglasses or
25  sunglasses as a preventive measure.

**Page 76**

1  Reduced risk factors such as alcohol,
2  tobacco, and corticosteroids and
3  controlling blood glucose in diabetes
4  delays onset.
5      Now, nothing in this treatise
6  that I saw said that cataracts, due to
7  steroids, are solely postocular lenticular
8  cataracts as Dr. Shear asserts.  So maybe
9  he's confused the initial study that I --
10  This is the early study that talked about
11  cataracts, mentioned that they were
12  posterior subcapsular lens opacities.
13  However, to my knowledge, the risk of
14  corticosteroids applies in general to
15  cataracts.
16      Now, if he somehow thinks I'm
17  different, I'll let him support his opinion
18  with whatever he thinks.  But as to my
19  opinion, I believe my opinion is supported
20  by the literature that I cite.  And that in
21  light of Dr. Shear's claim, I brought along
22  the Merck Manual, 19th edition, and I
23  believe that the risk to cataract applies
24  not solely to just subcapsular cataracts
25  from corticosteroids, but to cataracts in

**Page 77**

1  general.  That combined with the fact that
2  usually cataracts will develop in
3  individuals in their 60s or 70s.  That's
4  when you really start having manifestation.
5  And then Mr. Simons developed his cataracts
6  at a very young age.  That leads me to
7  believe that the cataracts were caused by,
8  at least in part, by his prescription of
9  Prednisone, a corticosteroid, due to the
10  lack of knowledge of his physicians that he
11  was sleeping on a moldy bed.  I'm not
12  criticizing his physicians at all.  There's
13  no criticism on my part of any of his
14  physicians, his treating physicians.  But
15  that his cataracts were caused by, at least
16  in part, if not solely, due to Prednisone.
17  And, again, I've just provided you the
18  literature cite that I believe corroborates
19  my opinion.
20      Q.   So the literature that you
21  are -- Do you need to take a break?
22      MR. CORWIN:  Yeah.
23      MS. FISHER:  Okay.  Can I
24  just --
25      MR. CORWIN:  Finish your

Dr. Ernest Chiodo
August 20, 2015

**Page 78**

1  thought.
2          MS. FISHER:  If the witness can
3  keep the answers confined and --
4          MR. CORWIN:  He's doing the best
5  he can.  Mr. Carlson, I had similar
6  problems with him -- not Carlson.
7  Hemmings.  But --
8          MS. FISHER:  So let me just ask
9  the next question on this line and then
10  we'll take a break.
11          MR. CORWIN:  Sure.  Okay.
12  BY MS. FISHER:
13      Q.    And I'm going to give you -- So
14  the question is --
15      A.    I can't promise a short answer,
16  so maybe we should just take a break now.
17      Q.    The question is you're relying
18  on the literature that you cited and the
19  book you just read from, and those are your
20  sources?
21      A.    Well, and my knowledge,
22  training, and experience.  These are just
23  corroborating what I know.
24      Q.    Okay.
25      A.    I mean Dr. Shear can say he

**Page 79**

1  knows certain things because he's been an
2  ophthalmologist for however long.  I know
3  certain things based upon my knowledge,
4  training, and experience.  So the
5  literature cites are not the basis of my
6  opinion.  They corroborate my opinion based
7  upon my knowledge, training, and
8  experience.
9      Q.    Why don't we take a break.  Go
10  off the record.
11          (Short break taken.)
12  BY MS. FISHER:
13      Q.    I'm going to have the court*
14  reporter mark the next exhibit as
15  Exhibit 3.
16          (Document marked as Dr.
17          Chiodo Exhibit No. 3 for
18          identification.)
19  BY MS. FISHER:
20      Q.    This is the article that you
21  referenced in your opinion, isn't it?
22      A.    Yes.  Well, that I referenced
23  in my report.
24      Q.    I'm sorry.  In your report.
25      A.    Also reference is another

**Page 80**

1  treatise, the Merck Manual, as I'm sitting
2  here today because of the assertion brought
3  up by Dr. Shear.
4      Q.    So you don't -- You don't
5  disagree with -- You don't agree with the
6  assertion in this article, at least, that
7  the type of steroids that was seen in the
8  study that was referenced in this article
9  entitled Steroid Cataract was a posterior
10  subcapsular cataract?
11      A.    Yeah.  My understanding from
12  briefly looking at this again; again, it's
13  been some time since I've reviewed this and
14  written my report.  So to be quizzed about
15  it, I'd have to read it again.  However,
16  that being said, it's my understanding is
17  that from just looking at the beginning of
18  it, they found individuals with
19  subcapsular -- posterior subcapsular lens
20  opacities in 25 steroid-treated group.  And
21  five in the nonsteroid group.  So that this
22  is a study that I believe was one of the
23  early studies that said, oh, steroids can
24  cause cataracts.  Now, I think it's a
25  misinterpretation to say that, oh, you

**Page 81**

1  know, only -- steroids only cause posterior
2  subcapsular cataracts.  No.  Steroids are a
3  risk for cataracts in general.  And
4  Dr. Shear's assertion that they're not a --
5  that they're not a source of risk for
6  development of cataracts in general is
7  inconsistent with what I just read to you
8  from the Merck Manual.  So the --
9      Q.    So the Merck Manual is your
10  reference that steroid-related cataracts go
11  beyond and have been found other than in
12  posterior subcapsular cataracts?
13      A.    Yeah.  Again, you look at the
14  Merck Manual.  They talk about the risk of
15  cataracts.  One of the risk factors for
16  cataracts is corticosteroids.  That
17  includes Prednisone.  They don't say one of
18  the risk factors for just posterior
19  subcapsular cataracts, as Dr. Shear is
20  asserting.  They say at risk for cataracts.
21  Now, I'll leave him to support his opinion
22  with literature that says that I'm wrong in
23  my opinion and my understanding.  I've just
24  cited literature that I believe
25  corroborates my opinion, okay?  If he

Dr. Ernest Chiodo
August 20, 2015

Page 82

1    thinks I'm wrong, then he can come up with
2    his literature that he thinks supports his
3    assertion that I'm wrong.  But I believe
4    this Merck Manual corroborates my assertion
5    and my knowledge based upon my training,
6    education, and experience that
7    corticosteroids, including Prednisone, are
8    a risk factor for cataracts.  Cataracts in
9    general, cataracts as they relate to
10   Mr. Simon.  But if Dr. Shear thinks that he
11   has some specialized knowledge that he's
12   going to oppose mine, I'll leave him to
13   render his opinion and come up with
14   literature that shows that what he's saying
15   is not just -- is not junk science and meet
16   his Daubert requirements.
17       Q.    Would you turn to Page 365 on
18   the article.  In the left-hand column about
19   a little more than three-quarters of the
20   way down there's a paragraph that starts,
21   Before Diagnosis.
22       A.    Bear with me for a second.
23   Now, by the way, if you want me to refer --
24   Let me put this as a general statement.
25   You're going through and referring me to

Page 83

1    certain lines in this document that I have
2    not read since June the 4th, 2015, the date
3    of my report.  Now this is now August the
4    20th, 2015.  So you may be cherry-picking
5    sections of that.  And I won't -- to quiz
6    me at it or to have me comment upon the
7    implication of any writing upon this, I
8    have to reread the entire document to see
9    if what you're reading is being taken out
10   of context.  With that being said, if you
11   want to address my attention to something
12   and see if you correctly read what you're
13   about to read, I'd be happy to do that.
14   But for me to comment and say that that
15   represents the total impact of this paper,
16   let alone the underlying question, I'd have
17   to reread this article.  So that being
18   said, I'm at your service.
19       Q.    Let me direct your attention to
20   the paragraph that starts before diagnosis.
21       A.    Right.
22       Q.    Would you just generally agree
23   with the statement that before a diagnosis
24   of steroid cataract can be made, other
25   causes of posterior subcapsular opacities

Page 84

1    have to be considered; e.g., familial,
2    traumatic, complicated, toxic, radiational,
3    and senile.  Would you agree with that
4    statement?
5        A.    I think I generally agree with
6    the assertion that if you're talking to --
7    as to causation, you need to do a
8    differential diagnosis of etiology.  And
9    I'm not aware of any risk factor that would
10   have produced the combination of problems
11   that Mr. Simon has suffered other than his
12   exposure to mold in the form of his bed and
13   his -- and the consequences of that
14   including chronic sinusitis, and his
15   treatment with steroids.  So I'm not aware
16   of any combination, any other cause that
17   would explain that combination or
18   presentation on his part.
19           So, yes, I believe that you
20   have to do a differential diagnosis of
21   etiology, and I'm the one that referenced
22   you to the Reference Manual of Scientific
23   Evidence, Third Edition, on or about, I
24   believe it was 6 -- Page 686.  So I do, in
25   general, agree with that.

Page 85

1        Q.    And you have ruled out
2    hereditary familial cataracts for
3    Mr. Simon?
4        A.    I'm not aware that -- I'm not
5    aware, as I say, testimony, as I've said,
6    cause, if not the sole cause.  Somebody
7    could have some genetic component that make
8    them particularly susceptible.  That
9    doesn't mean that they have a target
10   painted upon them.  And that means that
11   cause, if not the sole cause.  So one -- It
12   is very rare to have cataracts at a young
13   age -- It's rare to have cataracts at a
14   young age.  If you have some information
15   that says otherwise in the case of
16   Mr. Simon, that there's some rare genetic
17   defect that he has that caused him to have
18   early cataracts, fine.  Thank you.  I'd be
19   interested in hearing that.
20           And then the next question is,
21   okay, fine, so he's -- If that's the case,
22   then he's susceptible to cataracts and then
23   you have another exposure that's going to
24   make him have another risk factor for
25   cataracts.  That doesn't nullify the

**Dr. Ernest Chiodo**
**August 20, 2015**

### Page 86

1  causation analysis.  The only factor that
2  that would include would be caused by, if
3  not solely, by cataracts.  And, by the way,
4  that was my testimony.  If you go back in
5  my -- to the transcript before you begin
6  asking this line of questioning, I said
7  that I believe that his cataracts were
8  caused by, if not solely caused by,
9  corticosteroids.
10     Q.    Are you familiar with the lens
11  opacity grading system -- I'm sorry --
12  classification system.
13     A.    Not as I'm sitting here at this
14  moment.  I can go back and look that up if
15  that -- if that were germane to this issue,
16  I would be.  But I'm -- I'm not aware that
17  it is germane.  I know that he has
18  cataracts, he's been diagnosed with
19  cataracts.  And what grade he is on
20  cataracts doesn't impact the causal
21  analysis, from my perspective.  Maybe
22  Dr. Shear thinks so.  And I'll let him
23  explain why he thinks so, if, in fact,
24  that's what he thinks.  Because obviously
25  you're not testifying.  You have to have

### Page 87

1  some expert testify.  I anticipate he's
2  going to be the expert testifying on the
3  issue.  I'll let him explain why the
4  grading of the cataracts would be relevant
5  to his analysis contrary to mine.
6     Q.    Did you do any analysis with
7  respect to the dosing of the Prednisone
8  that Mr. Simon received?
9     A.    My understanding is he was on
10  Prednisone for some significant period of
11  time.  And that there is not -- You know,
12  dose response is a sigmoidal curve
13  typically.  Some people can develop an
14  adverse consequence at a low dose, and some
15  people can develop it at a high dose.  My
16  understanding that this was not a single
17  one-time dose; that this was somewhat of a
18  chronic medication.  If I'm incorrect, let
19  me know.  And that consequently there would
20  have been sufficient dose to have caused
21  the adverse effects, dose and duration to
22  cause the adverse effects.  And that's me
23  testifying not solely as a physician, but
24  as a physician and a toxicologist as the
25  qualifications of being a toxicologist

### Page 88

1  enumerated in the Reference Manual of
2  Scientific Evidence, Third Edition, on or
3  about Page 675.
4     Q.    So have you actually seen the
5  evidence that would allow you to determine
6  how large of doses, how many, and for what
7  length of time Mr. Simon actually
8  physically received Prednisone?
9     A.    I have his medical records.  I
10  reviewed them.  I don't have them
11  memorized.  If you're asking me to
12  enumerate what doses, when he took or
13  whatever, I can't -- I'd have to go back
14  through it.  I'd be happy to do that if you
15  want to start using your remaining
16  deposition time for me to go through that
17  exercise.  I can merely state that's my
18  understanding that he had a somewhat
19  prolonged course of steroids due to his
20  manifestation of disease.  And, quite
21  frankly, they couldn't figure out what was
22  causing his problem in that it is not
23  necessary in the analysis nor do I believe
24  that it would be generally accepted that I
25  have to know exactly what day he started --

### Page 89

1  Although we can work this out from the
2  records in the exact amount of dose.
3  Because toxicity is a sigmoidal curve.
4  Some people are susceptible at a low level.
5  Some people are susceptible at a high
6  level.  It tends to be a sigmoidal curve.
7  And that really doesn't get, in this
8  context, into the causation analysis.  It
9  just means if you're claiming that he has
10  some type of hereditary predisposition,
11  that you got the eggshell plaintiff.
12  That's all it means.
13     Q.    Let's move to -- Well, I'm
14  sorry.  Before I -- Are you aware of
15  Mr. Simon taking Prednisone for any other
16  reason other than what he alleges was
17  mold-related allergies?
18     A.    You know, again, you're asking
19  me to go back and through the medical --
20  the question that you want me to go back
21  through the medical records.  I'll start
22  leafing through this, these medical
23  records.
24     Q.    No.  Just as you sit here
25  today, do you recall seeing that for any

U.S. LEGAL SUPPORT
(619) 573-4883

Dr. Ernest Chiodo
August 20, 2015

Page 90

1    other reason?
2         A.   I, again, I don't have these
3    records that are probably the size of a
4    fairly good metropolis phonebook memorized.
5    If you want me to answer a specific
6    question to that issue, I have to go back
7    through them.  If you want to reference me
8    to some issue that you think is relevant,
9    then I'm happy to tell you whether I think
10   that affects my opinion or not.  But I
11   don't have that type of recall.  You know,
12   I am a pretty well-educated guy.  People
13   think I have a better memory than I have.
14   I don't have that type of photographic
15   memory.
16        Q.   All right.  Let's move to
17   another topic.  Let me give you another.
18             (Document marked as Dr.
19             Chiodo Exhibit No. 4 for
20             identification.)
21             THE WITNESS:  Again, if you're
22   going to quiz me about the specifics of it,
23   I'd have to reread it.  I offered this as
24   an assertion that the well-known fact
25   among -- that I knew based upon my training

Page 91

1    and experience probably going all the way
2    back to my days in medical school that
3    aminoglycosides are ototoxic.  So if you
4    want to address me to a specific point in
5    this article other than my use of this
6    article just corroborating my opinion based
7    upon my knowledge, training, and
8    experience, then I'd have to reread the
9    article to answer, you know, to answer any
10   type of quiz.
11        Q.   The first question is, you
12   referenced this article in your opinion,
13   correct?
14        A.   Yes.
15        Q.   And you rely on this article in
16   your opinion, correct?
17        A.   No, no, no.
18        Q.   You don't rely on this article
19   in your opinion?
20        A.   Ma'am, my opinion is based upon
21   my knowledge, training, and experience.  I
22   don't rely upon this.  I knew this -- I
23   knew that aminoglycosides were ototoxic
24   back when I was a medical student back in
25   the early 1980s.  What this article does is

Page 92

1    corroborate my opinion.  Why am I doing
2    that?  Because it's federal court.  It's
3    Daubert.  If I have to offer an opinion, I,
4    just like your experts, are supposed to
5    corroborate their opinion with citations
6    from the peer-reviewed literature.  But I
7    don't rely upon this.  This is -- I've
8    known about the ototoxicity of
9    aminoglycosides since sometime in the
10   either late 1970s or early '80s when I was
11   a medical student.
12        Q.   And that knowledge was based on
13   what you learned in medical school,
14   correct?
15        A.   Medical school, residency.  I
16   mean it's just -- It's just known.
17   Aminoglycosides are ototoxic.  If somebody
18   is saying something different, then they're
19   saying -- then it's -- I think that's
20   inconsistent with what would be generally
21   accepted.  But this article is just an
22   article that corroborates that opinion.
23   Why do I include it?  Daubert.  That's
24   what's required in federal court.
25        Q.   Can you direct me to any other

Page 93

1    peer-reviewed literature?
2         A.   Okay.  I'll get out my iPhone
3    and I'll start doing a literature search.
4         Q.   No.  If you know some off the
5    top of your head, you can point some out.
6    My question about this article is with
7    respect to the delivery method and dosage
8    of gentamycin.  Are you aware of any
9    differences in delivery methods and dosage
10   of gentamycin which would produce a
11   potential ototoxicity result?  Or is it any
12   drop delivered in any manner?
13        A.   It depends -- Again, obviously
14   you have to have -- the aminoglycoside have
15   contact with the relevant neural structures
16   within the ear to cause the ototoxicity,
17   which is essentially a deafness and also
18   tinnitus.  So you can have that happen via
19   IV infusion, you can have that happen with
20   topical application, with absorption, or
21   with diffusion.  I'm not aware that there's
22   a limitation to the method.  I'm not aware
23   that topical drops do not have ototoxicity.
24   That is not my understanding.  Now, if
25   somebody has a contrary opinion, I'll leave

24 (Pages 90 to 93)

Dr. Ernest Chiodo
August 20, 2015

**Page 94**

1  it to them to explain why and have
2  literature that supports their opinion. I
3  believe that this literature corroborates
4  my opinion.
5     Q.    I believe earlier you said you
6  didn't fault any of Mr. Simon's treating
7  physicians?
8     A.    I don't fault any of them. I
9  do not.
10    Q.    Are you aware that his ENT
11 treating physician was aware of his hearing
12 loss and prescribed the gentamycin anyway?
13    A.    Yeah. I'm not -- I'm not
14 faulting him. He was put into a very
15 difficult treatment dilemma that if he had
16 known about the mold contamination of the
17 bed, he would not have been put into that
18 difficult circumstance. You know, drugs
19 are used, some drugs are used even if they
20 are going to cause toxicity, because you
21 have no choice. And I am not faulting the
22 treating otolaryngologist in his clinical
23 decision that, yes, you know, I'd rather
24 not use something that is ototoxic in
25 somebody that has some preexisting hearing

**Page 95**

1  loss, but he's painted into a corner. So
2  I'm not faulting him. Now, if you have
3  somebody, one of your doctors that wants to
4  fault him, that's their business. But I --
5  I am not faulting him. He was put into a
6  difficult diagnostic -- diagnostic and
7  treatment dilemma because of the hidden
8  defect of the Select Comfort bed.
9     Q.    Are you aware that he testified
10 in his deposition that he didn't believe
11 that the delivery method and amount that
12 Mr. Ralph Simon received of this particular
13 drug would have any bearing on his hearing
14 at all?
15    A.    I understand that. The next
16 question is, is he a toxicologist? Because
17 we're talking about ototoxicity. Toxicity
18 means toxicology. So I'm a toxicologist.
19 He's not. So, you know, he deals with
20 ears, nose, and throat. You would think
21 that an ears, nose, and throat would know
22 everything about ears, nose, and throat,
23 but no. If they're not a toxicologist,
24 then I would say that he's not qualified to
25 give that toxicologic opinion. But I am.

**Page 96**

1  And you don't just have to take my word for
2  it. You can go to the Reference Manual of
3  Scientific Evidence, Third Edition, on or
4  about Page 675. I'm a toxicologist. I'm
5  qualified to talk about toxicity including
6  ototoxicity. He's an ear, nose, and throat
7  doctor. I find no reason to believe that
8  he's anything other than a very fine ears,
9  nose, and throat doctor. But he's not a
10 toxicologist. And I think he's -- if -- I
11 think he's wrong if he's making an
12 assertion on the toxicologic issues other
13 than what I'm saying.
14    Q.    How much time did you spend
15 with Mr. Simon when you performed his
16 examination?
17    A.    Maybe an hour, hour and a half.
18 I don't have an exact recall.
19    Q.    I'm going to hand you a new
20 exhibit that we're going to mark as No. 5.
21       (Document marked as Dr.
22       Chiodo Exhibit No. 5 for
23       identification.)
24 BY MS. FISHER:
25    Q.    This is not something I'm

**Page 97**

1  certain you've seen before, so I want to
2  give you some time.
3     A.    Okay. Then you want me to read
4  it. I'll read the whole thing. I have to
5  read the whole thing, so that will take
6  some time.
7     Q.    My first question is, have you
8  ever seen the article before? Are you
9  familiar with it at all?
10    A.    I don't recall. I mean if you
11 want me to comment upon an article that
12 I -- I have to read the -- Obviously I have
13 to read the whole article. And I'll tell
14 you it's going to take --
15    Q.    I'm not going to ask you to
16 read the whole article. My first question
17 was are you familiar with it at all?
18    A.    I may have heard of it. May
19 not have heard of it.
20    Q.    Okay. Are you familiar with
21 the AAAAI?
22    A.    American Academy of Allergy and
23 Immunology something. I think it's an
24 organization of allergists and
25 immunologists.

25 (Pages 94 to 97)

Dr. Ernest Chiodo
August 20, 2015

**Page 98**

1   Q.   And the journal that this was
2   published in, if you look at Page 2 in the
3   upper left-hand corner, was the Journal of
4   Allergy Clinical Immunology?
5   A.   I would differ with your
6   assertion. I don't know. It's not a
7   journal I subscribe to. Because I'm
8   internal medicine and occupational medicine
9   and public health and general preventative
10  medicine. But that being said, it's not --
11  This is not -- This article is not famous
12  to me.
13  Q.   Okay.
14  A.   What is famous to me, being an
15  expert in this area, is
16  Bioaerosols: Assessment and Control.
17  That's famous to me. But this article is
18  not famous to me.
19  Q.   Okay. Do you -- Would you --
20  And I know, understanding you have not read
21  this, but would you have any reason to
22  believe that this article published in the
23  journal of allergy and clinical immunology
24  is not authoritative?
25         MR. CORWIN: Objection.

**Page 99**

1         THE WITNESS: I have to read the
2   article to make any comment upon this. So
3   I'll be happy to read it. It starts on
4   Page 326. It goes all the way to --
5   actually, it's 333. I'll read it if you
6   wish, and then I can comment. But other
7   than -- until I read it, I obviously can't
8   comment upon an article that I haven't read
9   and that I'll say is not famous to me.
10        MS. FISHER: Okay.
11        THE WITNESS: It's not -- This
12  is not from occupational medicine doctors.
13  This is not from industrial hygienists.
14  This is from allergists and immunologists.
15  And I have a real question of how an
16  allergist and immunologist would be
17  specifically trained to deal with sorting
18  out causation of disease due to mold
19  exposures. It's not their area. They
20  don't have a master of public health. They
21  don't have training in biostatistics or
22  toxicology or epidemiology. That's why I
23  went into that long discussion about
24  doctors that are specifically trained to
25  sort out causation of disease due to an

**Page 100**

1   occupational environmental exposure
2   perspective. And -- But with that said, do
3   you want me to read it? I'll read it.
4   Q.   I do not want you to read it at
5   this time. I merely wanted to know if
6   you're familiar with the literature coming
7   out of the -- from the allergists and
8   pulmonologists field.
9   A.   Yeah. I mean allergists and
10  immunologists, in my opinion, is not
11  qualified to render an opinion in this
12  matter because they don't have the
13  requisite training to sort out causation in
14  this type of circumstance, in my opinion.
15  Now -- And I've given you the basis of my
16  opinion, and I've told you that the
17  reason -- that's -- My opinion is
18  corroborated by the fact, to my knowledge,
19  the only three specialties that you have to
20  have a degree beyond a medical degree in
21  order to sit for the boards are the three
22  specialties that are specifically trained
23  to sort out causation of disease and do it
24  as part of their normal practice due to an
25  occupational and environmental exposure,

**Page 101**

1   and that degree is a Master of Public
2   Health. I know that one can become board
3   certified in allergy and immunology without
4   that additional education. I'll let your
5   allergist and immunologist expert explain
6   why he's qualified and I'm not and why his
7   opinion is correct and mine is incorrect.
8         But, you know, this paper
9   from -- which I have not read or do not
10  recall reading from this journal is his
11  paper. It's not my paper, and I've
12  provided to you literature cites that I
13  believe corroborate my opinion. And if
14  this is his, I'll let him comment upon
15  that, but it's not mine.
16  Q.   So is it your testimony that
17  there are two or potentially more vastly
18  differing fields of study when it comes to
19  mold and its relationship to health?
20  A.   No. It's my testimony that the
21  proper medical specialty to sort out
22  causation in this matter is one of the
23  three preventative medicine specialties;
24  that being aerospace medicine, occupational
25  medicine, or public health and general

**26 (Pages 98 to 101)**

Dr. Ernest Chiodo
August 20, 2015

## Page 102

1  preventative medicine. And that is why
2  those three specialties are the, to my
3  knowledge, the only three specialties
4  within medicine that require an additional
5  degree in order to sit for the boards. And
6  that additional degree is a Master of
7  Public Health. I'll let somebody else
8  that's not board certified in that area
9  explain why they're qualified. I don't
10 think, if you're not one of those three
11 specialties, that you're really qualified
12 to sort out causation in this matter. And
13 let some -- Let whatever expert you're
14 going to have testify testify to what they
15 think the literature supports or doesn't
16 support. I know what I believe the
17 literature supports. And I have provided
18 corroboration of my opinion at every single
19 point with literature. And I believe that
20 if one is going to look a reliable
21 authority, the reliable authority on this
22 matter is the treatise Bioaerosols:
23 Assessment and Control from the American
24 Conference of Governmental Industrial
25 Hygienists.

## Page 103

1      Q.    After you created your rebuttal
2  report, have you been asked to do any
3  follow-up work?
4      A.    You mean as far as additional
5  reports?
6      Q.    Yes.
7      A.    No. That's my only additional
8  report.
9      Q.    Other than testifying, do you
10 intend to do any follow-up work?
11     A.    Not as of this point. I may be
12 called upon to review additional records,
13 evidence and testimony. And I will do that
14 if asked to do that by Mr. Corwin. I may
15 be called upon to formulate an additional
16 report or -- an additional report. If I'm
17 asked to do that by Mr. Corwin, I will do
18 that.
19     MS. FISHER: Off the record.
20
21     (Discussion had off the
22     record.)
23 BY MS. FISHER:
24     Q.    I want to turn back to where we
25 started here, which is your testimony list.

## Page 104

1  I see you don't have it in front of you,
2  because I'm the one who has it. And we
3  got -- We were talking about the cases --
4  you had X'd the cases, put an X in pencil
5  next to the cases that involved mold. And
6  we already discussed one of the cases.
7  Bobbie Vocke case. And I want to ask you a
8  quick question. I'm going to go through a
9  couple more.
10          Have you ever had a case that
11 was a product-related case -- Have you ever
12 had a mold case that was a product-related
13 case as opposed to a building case?
14     A.    I don't recall one offhand as
15 I'm sitting at this moment. That doesn't
16 mean it isn't the case, but I can't recall
17 one as I'm sitting here at this moment.
18     Q.    Okay.
19     A.    Obviously sort of an unusual
20 circumstance.
21     Q.    I'm looking at a case called
22 He Ma vs. Sigma Management Company in the
23 Superior Court of New Jersey. Is that a
24 case that you remember?
25     A.    Yes, ma'am.

## Page 105

1      Q.    Evidence deposition in 2014?
2      A.    Yes, ma'am.
3      Q.    Can you briefly tell me what
4  that case was about?
5      A.    That was an individual that
6  rented an apartment, and there was mold
7  contamination of the apartment building.
8  And that individual, in my opinion,
9  suffered disease causally connected to the
10 apartment building, allergic disease. I
11 can't recall specifically what in that
12 individual.
13     Q.    Okay. The next one I'm looking
14 at is Lori Budrow, who is the wife of
15 Kenneth Budrow who is deceased, versus Oak
16 Spur Hills. And that was in the State of
17 Missouri, the Circuit Court of St. Louis
18 County. Do you recall that?
19     A.    Yes, ma'am.
20     Q.    Can you please briefly tell me
21 about that case?
22     A.    Another apartment building, and
23 there were significant water intrusions
24 into his apartment with mold contamination.
25 He's an individual, my recollection, had

27 (Pages 102 to 105)

Dr. Ernest Chiodo
August 20, 2015

**Page 106**

1  preexisting respiratory disease, I believe,
2  in the form of chronic obstructive
3  pulmonary disease, and then had an episode
4  of respiratory arrest and died.  It was my
5  opinion that the respiratory arrest was
6  causally connected to the mold
7  contamination of his apartment.
8      Q.   The next one I'm looking at in
9  reverse chronological order is Lisa Labrake
10  vs. CEI Michigan, LLC and that was in the
11  state of Michigan.  You gave a deposition
12  December 13, 2011.  Do you recall that
13  case?
14      A.   Yes.  I -- obviously further
15  back in time, less accurate recall.  But I
16  believe that was a workers' compensation
17  case involving individuals that worked at a
18  telephone company, I think it was AT&T,
19  with mold contamination in the building.
20  And disease that, in my opinion, was
21  related to their mold exposure in that
22  particular circumstance.  More recall than
23  that, I don't have at this time.
24      Q.   Okay.  And the last one that
25  you've got noted here, at least, is -- And

**Page 107**

1  I should make clear for the record there is
2  one more that you X'd, but it looks like
3  it's also the same case we talked about
4  with Bobbie Vocke.  Looks like you gave two
5  depositions in that case:  One in 2011 and
6  one in 2014?
7      A.   One was a discovery deposition
8  and the other was an evidence deposition.
9      Q.   Okay.  And the last one is Sam
10  Aiello, if I'm pronouncing that correctly?
11      A.   Yes, ma'am.
12      Q.   A-I-E-L-L-O, vs. Speedwing
13  Investment Company, State of Michigan.  Do
14  you recall that case?
15      A.   Yes.  It was a case involving,
16  again, apartment occupant and disease due
17  to mold with the apartment occupants.  More
18  detail I can't recall because it's some
19  time ago.
20      Q.   Okay.  And was your opinion
21  that the occupants had disease related to
22  mold?
23      A.   Yes.
24      Q.   Okay.
25      A.   By the way, just to state, as

**Page 108**

1  luck would have it, the cases where I
2  actually testified are cases where I was
3  the plaintiff expert.  I am currently the
4  expert and have been expert in mold cases
5  where there's mold claims and I have been
6  the defense expert.  But based upon my
7  analysis in those cases, the claims were
8  not supported.  I'm currently an expert in
9  a mold -- defense expert in a mold case in
10  the area of Rockford, Illinois, where there
11  is a claim on the part of the claimants
12  that a child developed autism due to mold.
13  And based upon my analysis that that is
14  incorrect.  So I do expert witness work in
15  the mold -- in mold areas in both behalf of
16  plaintiff and defense if I believe that who
17  is retaining me is correct.  If I don't
18  think they're correct, I don't do the work
19  for them.
20      So that being said, if you're
21  trying to -- somebody is trying to make an
22  assertion based upon this testimony list
23  I'm only a plaintiff expert in mold cases,
24  that's incorrect.  Just luck as it has,
25  those are all cases that -- where there is

**Page 109**

1  actually to the point where there was
2  either deposition or evidence or trial
3  testimony, and luck would have it that
4  those are all plaintiff cases.
5      Q.   Can you direct me to any cases
6  that are not on the list?  Because I
7  understand this is -- only goes back four
8  years in which you did give trial testimony
9  or deposition testimony as a defense
10  expert?
11      A.   I can't.  Because that's one of
12  the advantages of having a list.  I can go
13  back and look at it.  So to ask me what my
14  testimony list says would have been more
15  than four years ago, I don't have that type
16  of recall.  And, again, it gets into the
17  same issue.  Well, I don't know.  Does --
18  the plaintiffs want the deposition.  Maybe
19  where I'm the defense expert they don't
20  need the deposition.  I don't know why that
21  would be the case, but I do expert witness
22  work, calling it as I see it.  And
23  sometimes plaintiff is right.  Sometimes
24  defense is right.
25      Q.   With respect to mold cases in

U.S. LEGAL SUPPORT
(619) 573-4883

Dr. Ernest Chiodo
August 20, 2015

Page 110

1  general, what's your general opinion? Do
2  you think more of them create health
3  effects to the occupants of the buildings,
4  or more of them do not?
5       MR. CORWIN:  Objection.  Vague.
6       THE WITNESS:  Yeah.  I mean
7  that's -- That question is not specific
8  enough for me to answer.  It depends upon
9  the circumstance.
10 BY MS. FISHER:
11      Q.   Do you --
12      A.   Sometimes I'm a plaintiff
13 expert, sometimes a defense expert.  It all
14 depends upon the specific circumstances of
15 a particular case.  I do believe that you
16 can get sick due mold exposure, okay?  But
17 it all has to do with what are the exposure
18 circumstances, what are the claimed
19 illnesses.  It'll be -- It's very much
20 dependent upon the particular case.
21      Q.   I'm going to hand you another
22 exhibit.
23           (Document marked as Dr.
24           Chiodo Exhibit No. 6 for
25           identification.)

Page 111

1  BY MS. FISHER:
2       Q.   State for the record it's a New
3  York Times article from 2008.  Are you
4  familiar with this article?
5       A.   Yes, ma'am.  I was quoted in
6  it.
7       Q.   If you need a second to
8  refamiliarize yourself.
9       A.   Well, just point to me where my
10 quote is.
11      Q.   It's on the very last page.
12      A.   Okay.
13      Q.   And there is a quote.  And
14 first you should let me know if that is an
15 actual quote.  I think you already
16 testified that it is, but let me know if
17 you were somehow misquoted.
18      A.   Personal injury lawyers are
19 already -- This is a -- This, by the way,
20 put it in context for somebody reading the
21 transcript, this is a quote from the New
22 York Times.  They called me up.  I guess
23 that indicates that I'm a pretty
24 well-qualified doctor.  New York Times
25 usually calls up guys that they think are

Page 112

1  pretty well qualified.  So I thank them for
2  the compliment.
3       And it was an issue about
4  whether or not there's adverse health
5  effects that people have to worry about
6  about radiation emitted from granite.
7  Because granite can emit radiation.  Some
8  granite and some granite countertops can be
9  from areas where there's very high
10 concentrations of radioactive materials.
11 So there can be substantial emission of
12 radiation from granite countertops.  And I
13 was asked to comment upon the following:
14 That personal injury lawyers are already
15 advertising on the web for clients who
16 think they may have been injured by
17 countertops.  And I said, and I don't think
18 they misquoted me, I think there would be a
19 lot of -- it would be a lot like mold
20 litigation a few years back, where some
21 cases were legitimate and a whole lot are
22 not.  And I'm no different.  Some mold
23 cases are legitimate.  A whole lot are not.
24 Some -- You can sit down and say, well, it
25 depends what you're looking at.  Maybe a

Page 113

1  lot are legitimate and a whole -- and
2  opposing mold cases, a whole lot of
3  opposition are not legitimate.  But, you
4  know, some are -- some are legitimate, some
5  are not.
6       Q.   And that's your view?
7       A.   That's my view.  Tell me the --
8  Give me the specific case, have me take the
9  time to formulate the opinion on that
10 particular case, and I'll tell you if I
11 think it's legitimate.  I'll tell you if I
12 think it's not legitimate.  That's why I
13 can be -- you know, some cases I'm the
14 expert for the plaintiffs.  Some cases I'm
15 the expert for the defense.
16      Q.   Did you ask in this particular
17 case for any particular materials when you
18 were contacted?
19      A.   You're asking me to recall my
20 conversation from a number of months ago.
21 I don't recall my conversation with any
22 specificity.  In general I say send me
23 everything you have.  And I think, to my
24 knowledge, that's been done.
25      Q.   Okay.  So the types of things

29 (Pages 110 to 113)

Dr. Ernest Chiodo
August 20, 2015

Page 114

1  you would want to review are medical
2  records?
3      A.   Yeah.  Medical records that
4  were sent to me.
5      Q.   Okay.  You'd want to -- at
6  least interview the patient and do a
7  patient history?
8      A.   Not necessarily.  Sometimes I
9  can do things based upon record reviews.
10     Q.   Okay.
11     A.   Because it gets into the whole
12 analysis of, you know, when you deal with
13 any exposure case, any toxic tort case,
14 because mold is basically toxic tort cases.
15 They're in that category.  Exposure,
16 general causation, specific causation.  So
17 sometimes I can sort out these different
18 issues based just upon the records.
19 Sometimes I have to see the individuals.
20 It all depends upon the individual
21 circumstance.
22     Q.   Do you need to see the
23 individual's home?
24     A.   No.  Not necessary -- Usually I
25 don't have to go -- Sometimes I'll be

Page 115

1  called upon and asked to do an inspection.
2  And if it's not too far away, I'll do that
3  for the stated fee.  If not, if I have to
4  travel some distance, it'll be an
5  additional fee.  But, no, I can -- I can do
6  that -- do an analysis based many times
7  upon just the industrial hygiene records
8  that I'm provided, such as in this case.  I
9  believe I have sufficient information to
10 render an opinion about whether or not --
11 about the issues in this matter without me
12 personally inspecting the mattress and
13 personally obtaining the samples.  And
14 usually I'm not the one called upon to do
15 that.
16     Q.   The person called upon to do
17 that, do you believe that should be an
18 industrial hygienist?
19     A.   It depends.  I think in this
20 context you need -- what you need is -- to
21 comment upon it you need an industrial
22 hygienist.  The person obtaining the
23 samples is usually not an industrial
24 hygienist.  Many times it's a technician.
25 And then you need an industrial hygienist

Page 116

1  to be able to critique and say, yeah, I
2  think this is satisfactory.  And in this
3  case I believe what was done by Ms. Duncan
4  was satisfactory.  So -- But usually the
5  person doing this -- obtaining the samples
6  is not an industrial hygienist.  Sometimes
7  it may be.  The analogy is in the hospital.
8  Say I need blood work done on Patient
9  Jones.  Who obtains the blood sample is not
10 the physician.  It's a phlebotomist.
11 Phlebotomist is a technician.  The blood
12 sample is obtained by somebody other than
13 the learned professional who's the
14 physician.  So very analogous in this
15 matter.
16          Now, I believe that I have
17 sufficient understanding of the
18 circumstances here in the process engaged
19 in by Ms. Duncan; that is, taking samples
20 from the visible mold, tape samples, I
21 believe they were, and then sending those
22 utilizing proper chain of custody, which I
23 understand she did, to a testing laboratory
24 for the testing laboratory to analyze the
25 samples and report back that the samples

Page 117

1  are indication of cladosporium and that
2  there was heavy infestation of the sample.
3  I believe that that is perfectly fine and
4  satisfactory.  I have absolutely no
5  questions, concerns, qualms about the mold
6  testing in this matter.
7      Q.   You say --
8      A.   And I'm saying that not just as
9  a doctor.  Because just a doctor wouldn't
10 be qualified.  I'm saying that as a doctor
11 that's also a certified industrial
12 hygienist and enough of a reputation in the
13 profession to be the president -- former
14 president of the first industrial hygiene
15 organization in this country, which was the
16 Michigan Industrial Hygiene Society.  Why
17 Michigan Industrial Hygiene Society?
18 Occupational medicine industrial hygiene
19 really got their start in the Detroit area
20 because of the auto plants.
21     Q.   At different times in your
22 answer both used -- used both the singular
23 and the plural for sample and samples.  Are
24 you -- Do you know how many samples
25 Ms. Duncan took?

30 (Pages 114 to 117)

Dr. Ernest Chiodo
August 20, 2015

**Page 118**

1      A.   I don't know. I don't think
2 it's -- If she went and took one tape
3 sample, that would be satisfactory. If she
4 took multiple, fine. But if she took one
5 tape sample and it was representative of
6 what she saw as the mold contamination, I
7 believe that's satisfactory. And I would
8 call upon somebody else that's rendering an
9 opinion contrary to be able to support
10 their opinion with what would be a
11 recognized treatise.
12      Q.   Do you believe it would have
13 been important for somebody to take an air
14 sample of Mr. Simon's bedroom while he was
15 in it, sleeping in it, at the time that he
16 alleges he was sleeping on a Sleep Number
17 bed and it was contaminated from mold?
18      A.   No. First off -- no. It's not
19 relevant. Air sample. Why would you get
20 an air sample in some other portion of the
21 room? He's sleeping on a moldy mattress.
22 Okay? You know, the question of the mold
23 levels some place away from his -- Let the
24 record reflect that me putting my head down
25 on this table like somebody laying on a bed

**Page 119**

1 with his mouth right down by the surface of
2 the mattress, his body, dermal exposure to
3 the -- to the moldy mattress. Doing air
4 samples just is not, in my opinion,
5 relevant.
6      Second problem with your
7 assertion is, wait a minute, how are we
8 going to go back in time? When he found
9 out that the -- By the time that he found
10 out that the mattress was moldy, my
11 understanding he stopped sleeping on it.
12 So how are we going to go back in time and
13 do air samples if they were, in fact -- had
14 any relevance prior to the time of his
15 discovery, because he didn't even know that
16 there was a moldy mattress. That's part of
17 the problem. He didn't know, and,
18 therefore, his doctors didn't know, and
19 that led him to have complication of
20 disease due to the inability of his doctors
21 to diagnose the cause or understand the
22 cause, because they didn't know about the
23 moldy mattress.
24      Q.   Would it be important to you if
25 somebody did mold samples on the surface of

**Page 120**

1 the bed? You mentioned contact surface,
2 contact dermatitis.
3      A.   Do you have such samples?
4 Somebody did that with this particular
5 mattress, with this identity of
6 circumstances versus the circumstance where
7 your industrial hygienist did a testing
8 that, in my opinion, was -- appears to be
9 designed to minimize the mold exposure.
10      Q.   Well, the question is, is would
11 it matter to you if somebody had taken mold
12 samples on the surface of Mr. Simon's bed
13 and other portions of the bed?
14      MR. CORWIN: Objection. Vague
15 as to time.
16      THE WITNESS: Yeah. I mean, the
17 bottom line is -- bottom line is that I
18 believe the samples that were obtained were
19 proper. I don't think that you have to say
20 that in order for them to be proper to
21 document the mold contamination that you
22 have to do mold contam -- sampling at
23 the -- on the surface of his sheets. I
24 don't think that would necessarily be
25 representative of what his exposure would

**Page 121**

1 be in over time, sleeping for now
2 apparently years on a moldy mattress. And
3 his manifestation of disease due to the
4 allergic exposure, and along with what your
5 expert allergist immunologist, Dr. Wedner,
6 believes that this is a highly-allergic
7 individual. If somebody is allergic to
8 mold, you can get manifestations of
9 allergic disease with minute exposures.
10 And his claim that somehow there's some
11 type of threshold, you need 3,000 -- It's
12 3,000 spores per meter cubed to have some
13 manifestation of disease, I just disagree
14 with that type of assertion.
15 BY MS. FISHER:
16      Q.   If an individual is highly
17 allergic to cladosporium mold, wouldn't
18 they have manifestation when they walk
19 outside on a high mold spore count day?
20      A.   Again, he's the one that's
21 saying he's highly allergic. I'm saying
22 that he's fine now because he's not
23 sleeping on a moldy mattress
24 contaminated -- contaminated with
25 cladosporium. He was fine as far as his

31 (Pages 118 to 121)

Dr. Ernest Chiodo
August 20, 2015

**Page 122**

1  allergic manifestations before he was
2  sleeping on a moldy mattress.  But when he
3  was sleeping on the moldy mattress, that's
4  when he developed manifestation of disease.
5  So that's my understanding of facts and
6  that allows -- that is part of the analysis
7  that allows me to opine in the, I believe,
8  the properly-trained specialty,
9  occupational and environmental medicine, to
10 determine causation of disease as it
11 relates to the mold exposure in this
12 matter.
13      Q.   If he was symptomatic to his
14 sensation -- sensitization.  And correct me
15 if I'm wrong.  I understand you can
16 allergic to something on a skin test.  That
17 doesn't necessarily mean you'll be
18 symptomatic when exposed to that allergen;
19 is that correct?
20      A.   Again, such a vague question.
21 Let me state it this way.  We know he was
22 symptomatic.  He had problems when he was
23 sleeping on the moldy mattress.  The
24 mattress was contaminated with
25 cladosporium.  We know that based upon the

**Page 123**

1  testing.  When he -- Before he started --
2  Before the time period where the mattress
3  was moldy and he was sleeping on it, he
4  didn't have the allergic problems that he
5  had.  Then when he stops -- When he
6  discovered the moldy mattress and he stops
7  sleeping on it, his symptoms either
8  completely resolved from allergic disease
9  or largely resolved.  I believe that
10 that -- that is consistent with my analysis
11 of causation.  That's the only way I can
12 answer the question.  Because otherwise the
13 question is just so vague, you know.
14 Again, we're not talking in vagaries.
15 We're talking about this particular case
16 and my analysis in this case.
17      Q.   Well, let me give you a
18 hypothetical that applies to Mr. Simon.
19 He's allergic to, according to his skin
20 test, multiple types of grass and tree
21 pollens.
22      A.   Mm-hmm.
23      Q.   Is it possible that he is
24 sensitized to grass and tree pollens, but
25 he may not be symptomatic when he

**Page 124**

1  encounters those grasses and tree pollens?
2      A.   I don't differ with the
3  assertion that he has some type of allergic
4  sensitization, but he didn't have allergic
5  manifestation; that is, I think you're
6  making my point.  He can be allergic to a
7  lot of things.  He was fine when he wasn't
8  sleeping on the mattress contaminated with
9  mold.  When he he's sleeping on the
10 mattress contaminated with mold,
11 unbeknownst to him, because it was a
12 latent, hidden defect, then he had
13 problems.  So that's the point.  And if, in
14 fact, he had problems -- if somebody is
15 trying to make an assertion, well, he's
16 allergic to pollen and he's allergic to
17 this and that, trees, and -- well, then why
18 isn't -- Why doesn't he still have the same
19 problems now because the same type of
20 pollens are -- the same type of pollens are
21 there that he was exposed to before he
22 bought the Select Comfort mattress, the
23 same type of pollens are there while he had
24 the Select Comfort mattress, and the same
25 type of pollens and tree allergens are

**Page 125**

1  there after he discovered the mold on the
2  Select Comfort mattress and stopped
3  sleeping on it.  So how does pollen, tree
4  allergens, how does that figure into that?
5  Now I'll leave that to your expert to
6  explain that, but the picture doesn't fit.
7  And it's a matter of having the picture
8  fitting that is part of the deductive logic
9  process of a differential diagnosis of
10 etiology.  Again, and that whole issue is
11 described in the Reference Manual of
12 Scientific Evidence, Third Edition.
13      Q.   Let me try to ask you the
14 question a little bit more clearly.
15           Mr. Simon is, I'm just going to
16 pick one that he is sensitized to,
17 according to the skin test that you just --
18 that you reviewed a little while ago.  I'm
19 going to pick spiny pigweed, because I like
20 how it sounds.  Is it your understanding of
21 the allergy response and the way that the
22 human body may or may not respond to
23 something that's sensitized to, that you
24 can have a reaction to spiny pigweed on
25 your skin, on your skin test that you

U.S. LEGAL SUPPORT
(619) 573-4883

Dr. Ernest Chiodo
August 20, 2015

Page 126

1  reviewed, but somebody can wave it all
2  under your nose and you actually won't be
3  symptomatic of that.  You won't -- you
4  won't have any outward symptoms of that
5  allergy.  Is that your understanding of
6  the --
7      A.    It all depends upon the amount
8  of allergic sensitization, what the
9  exposure is.  A lot of people aren't
10  allergic to tobacco, okay.  And they can be
11  allergic to it and be in a room by somebody
12  smoking a cigarette and have allergic
13  symptoms or not.  Maybe some people can
14  smoke and be allergic and have allergic
15  symptoms or not.  It depends on the extent
16  of their sensitization and a reaction to
17  the sensitization.  So, you know, it's --
18  it gets down to what are the facts.
19      Q.    So, in your opinion, Mr. Simon
20  is not only allergic on his skin test to
21  cladosporium, but also has -- when exposed
22  to cladosporium he has -- he's symptomatic.
23  He has allergic reactions to it?
24      A.    No.  This is my opinion.  My
25  opinion that he had symptomatology when he

Page 127

1  was sleeping on a mattress, moldy mattress,
2  that included clado -- that included,
3  appears to be, cladosporium contamination.
4  And then he had an allergic manifestation
5  due to that.  Now, there is cladosporium in
6  the environment.  There's cladosporium in
7  this air.  It's, I believe, the most common
8  mold, outdoor mold, in North America.
9  That's my recollection.  So he may be
10  allergic to cladosporium.  There may be
11  plenty of cladosporium in the air in
12  St. Louis.  There was plenty of
13  cladosporium in the air in St. Louis now
14  after he's no longer sleeping on the moldy
15  mattress.  There was plenty of cladosporium
16  in the air in St. Louis before he was
17  sleeping on the moldy mattress.  But its
18  manifestation of disease, allergic disease,
19  happened when he was sleeping on the moldy
20  mattress.  So somebody is trying to sit
21  down and say, well, you know -- I'll let
22  somebody -- I'll let your expert explain
23  why that factors into their analysis.  I've
24  just told you why I think that -- you know,
25  you can be allergic to cladosporium.  He's

Page 128

1  not having the problems that -- now that he
2  had when he was sleeping on the moldy
3  mattress.  He didn't have the problems that
4  he had when he was sleeping on the moldy
5  mattress before he was sleeping on the
6  moldy mattress.  What were the factors?
7  Sleeping on a moldy mattress with
8  cladosporium.  That's the difference in
9  exposure versus cladosporium in the air.
10  He had cladosporium in the air at the time,
11  if it's properly seasonal, when he was
12  sleeping on the moldy mattress.  He has
13  cladosporium in the proper season to
14  cladosporium in the air when he's not
15  sleeping on the moldy mattress.  But the
16  factor that led to the -- the circumstance
17  that led to his manifestation of disease
18  was sleeping on the moldy mattress.
19      Q.    So it's your opinion that it's
20  a matter of exposure level?
21      A.    No, no.  It's my opinion
22  it's -- In his case, it was sleeping on a
23  moldy mattress.  It isn't a matter of
24  exposure level or not.  It's that he was
25  sleeping on a moldy mattress and he's -- he

Page 129

1  is -- had allergic manifestation of disease
2  due to sleeping on the moldy mattress.
3  Now, he may have allergies to cladosporium,
4  but he's not sleeping on a moldy mattress
5  anymore, so he's not having problems.  It's
6  as simple as that.
7      Q.    Well, I don't find that simple
8  because you say it's not due to exposure
9  level.
10      A.    No, no, no, no, no.
11      Q.    But you say that the -- explain
12  to me why the cladosporium in the air will
13  not affect him, but the --
14      A.    I understand.  Okay.  I
15  understand.  I think I understand.
16          There are no exposure limits
17  for biologics.  If you go to OSHA, there is
18  a permissible exposure limit to chemicals.
19  Like carbon monoxide, the permissible
20  exposure limit to carbon monoxide is 35
21  parts per million.  Because we know that,
22  you know, some people are going to have
23  problems below that.  But from a societal
24  standpoint we have decided that, you know,
25  some people are going to have problems

33 (Pages 126 to 129)

Dr. Ernest Chiodo
August 20, 2015

---

**Page 130**

1  below 35 parts per million to carbon
2  monoxide, but we still have to have some
3  exposure to carbon monoxide in our society.
4       There are no such analogous
5  exposure limits for biologics such as mold.
6  Because if you're allergic to mold, even
7  one mold spore could cause you to have
8  adverse allergic reaction. Even one mold
9  spore could cause a susceptible individual
10  to have an anaphylactic reaction. Even one
11  exposure to other biologics could cause
12  such a reaction. That is why there are no
13  exposure limits within -- for biologics
14  within industrial hygiene. There are
15  exposure limits to other chemicals -- to
16  chemicals and other substances, but not to
17  biologics.
18       So your question can't be
19  answered that way because it assumes that
20  there are levels. That's not how the
21  analysis is done as far as biologics,
22  including mold. So there's a false premise
23  in your question. And I'm not saying that
24  to insult you. It's just that there's a
25  false premise in your question.

---

**Page 131**

1       Q.    Well, I think you may have
2  misunderstood the question. Because I
3  wasn't asking for a number or a cutoff.
4  I'm asking for a relative comparison.
5       So is it your opinion that a
6  relative -- with respect to relative
7  comparison he was exposed to a higher level
8  of mold by sleeping on the mattress than
9  he's exposed to when he goes outside during
10  the mold season?
11       A.    Level is the wrong word to use.
12  He had a different exposure circumstance.
13  There are no -- You don't use levels when
14  you're talking about biologics. That's
15  part of the problem with your expert's
16  opinion. His opinion is not consistent
17  with what would be generally accepted. It
18  is junk science, Dr. Wedner. He may be a
19  well-educated man, but it's junk science.
20  There are no levels for biologics. That's
21  part of the reason why what he's saying is
22  junk science. And let him defy that
23  opinion I've just said by showing me what
24  the exposure limits are for biologics from
25  an occupational environmental exposure

---

**Page 132**

1  standpoint, because there are none because
2  even a minute quantity of allergic
3  substance can cause somebody to have
4  serious disease or death. That's why when
5  you get on an airplane and some kid has
6  peanut allergies on the plane, they just --
7  the airline doesn't let the peanuts be
8  distributed. Because even a minute amount
9  could cause somebody that's -- that has a
10  severe allergy to peanuts to go into
11  anaphylactic shock and die. And I have,
12  contrary to what Dr. Wedner is saying, I've
13  seen that happen, okay? So even a small
14  amount of a substance to which somebody is
15  highly allergic to can cause serious
16  disease and death.
17       In this case, we're not talking
18  about Mr. Simon having anaphylactic shock.
19  We're talking about him having allergic
20  disease manifested from sleeping on a moldy
21  mattress for years because he didn't know
22  about it. But the serious disease like
23  anaphylaxis that can happen with even a
24  minute quantity is why there are no
25  biologic exposure limits to mold, other

---

**Page 133**

1  biologic substances, you know, organic
2  substances like that. And so when you
3  start using the term levels, it's just the
4  wrong use of the term. That's why your
5  wrong -- you got the wrong type of expert
6  in an allergist immunologist. If you'd
7  hired an occupational medicine doctor, I
8  think they'd probably have to agree with
9  me. And even if they didn't, they'd have
10  the right specialty. Dr. Wedner is the
11  wrong specialty. Because if he was the
12  right specialty, he would have never said
13  anything as absurd as he said. It's just
14  the wrong type of doctor. Not saying he
15  isn't a fine allergist and immunologist,
16  but he's not -- You picked the wrong
17  expert. If anybody is talking about
18  levels, it's the wrong use of word in this
19  matter.
20       Q.    Put aside the word level.
21  I'm still somewhat confused by an opinion
22  that would state that Mr. Simon was
23  symptomatic while he was laying on the
24  mattress but can -- would not be
25  symptomatic when exposed to cladosporium

---

Dr. Ernest Chiodo
August 20, 2015

---

Page 134

1  when he goes into the outside air?
2      A.   Why are you puzzled by that?
3  He was symptomatic when he was sleeping on
4  the mattress.  The mattress was
5  contaminated with mold.  Now he's not
6  sleeping on the mattress.  There's still
7  cladosporium in the air.  He's not
8  symptomatic.  That's the fact.  That's how
9  it is.  Why is that?  Sleeping on a moldy
10 mattress is a different circumstance than
11 having just cladosporium in the normal air.
12 I don't see what is so difficult with that
13 concept.  And I think a jury is going to
14 sit down and they're -- you know, the lay
15 jury is going to have the same thought that
16 I have in that context.  Now, you need an
17 expert to testify to these issues, but I
18 don't -- I'm surprised that you're
19 surprised.  I really am.
20     Q.   Can you explain to me how it's
21 a different circumstance?
22     A.   You're sleeping on a moldy
23 mattress.  The mattress is moldy.  That is
24 different than not sleeping on a moldy
25 mattress.

Page 135

1      Q.   Are you familiar with where the
2  mold was allegedly located in the mattress?
3      A.   Yes, I am.
4      Q.   You're familiar it was located
5  inside the mattress and not on the outside
6  of the mattress?
7      A.   Ma'am, I'm prepared to testify
8  as a biomedical engineer about the design
9  defects in this.  I have enough
10 understanding of the circumstance.  And I
11 believe in this context he would have had
12 exposure.  That you would have had from
13 compression of the mattress, being on the
14 mattress, the moldy mattress, the material,
15 that there's no -- there is no material
16 like an impermeable barrier between the
17 mold inside the mattress and his exposure.
18 Part of the reason why you have mold is
19 that there's an impermeable barrier to keep
20 vapor from penetrating through.  A normal
21 bed, it would just penetrate through.  It
22 would just continue to go through, and you
23 wouldn't have liquid water formation at the
24 point as you have with an impermeable
25 barrier.  So -- But he's going to have

Page 136

1  exposure due to this.  And I think any
2  assertion by an individual saying
3  otherwise, I leave them to sit down there
4  and support their opinion and support their
5  opinion with literature that would say
6  contrary.  I believe that this clearly
7  would have led to his exposure.  You push
8  down on that mattress, you push down on the
9  mattress, push down on any mattress, you
10 feel like a little whoosh of air come back
11 up.
12     Q.   So --
13     A.   That's what would have happened
14 with this mattress, and that little woof of
15 air would have had -- would have had fungal
16 particles coming back up, and you would
17 have had exposure.  And there is no
18 impermeable barrier between him, his
19 exposure to his skin, the respiratory
20 exposure, nasal and other airway to the
21 mold because this is different than your
22 initial analogy where you said you took a
23 moldy material and you put it into a bag,
24 impermeable bag, and had it wrapped up;
25 and, you know, is somebody going to get

Page 137

1  exposed.  That's not the case here.  The
2  case here is that there is no impermeable
3  barrier.
4      Q.   So it's your opinion then or
5  you theorize that the mold spores and
6  particles from inside the bed became
7  aerosolized and came outside the bed?
8      A.   No, no.  It didn't have to get
9  outside the bed.  All we had to do is have
10 skin contact to the substance that he's
11 allergic to.  Even in minute quantities you
12 can have allergic manifestation.  Now, I
13 don't say that it was minute quantities.
14 He's sleeping on a moldy mattress, and he
15 had allergic manifestations as a result.
16 So I know that there's some theory
17 that's -- your expert is trying to
18 formulate that says that, no, he would not
19 have had mold exposure to any mold
20 particles because it's deep in the
21 mattress.  And somehow Dr. Wedner is saying
22 that the mold spores have to germinate in
23 order for people to have any type of
24 allergic disease.  I think that's all --
25 that is junk science.  And I'll leave your

35 (Pages 134 to 137)

Dr. Ernest Chiodo
August 20, 2015

---

Page 138

1  experts to support their opinion with
2  peer-reviewed literature, just like I've
3  been able to do at every point of this
4  process when called upon do so.
5      Q.   I'm still -- I just want to
6  make sure I'm clear on what your testimony
7  is with respect to -- you've testified that
8  there has to be exposure in general?
9      A.   Yes.  You have to have exposure
10 in order to have the disease due to
11 exposure, yes.
12     Q.   And it's your testimony that
13 lying on the bed gave him exposure?
14     A.   Yeah.  A mattress contaminated
15 with mold gave him exposure.
16     Q.   And exposure was both through
17 contact through his skin, was one type of
18 exposure; and the other type of exposure
19 was breathing in the spores?
20     A.   And/or both.
21     Q.   And/or both.  So those are the
22 two methods of exposure that you're basing
23 your opinion on?
24     A.   The only one I can think of is
25 that.  I don't see any ingestion.  And I

---

Page 140

1  of disease that led to the issues in this
2  case.  And before he was sleeping on that
3  moldy mattress, he didn't have that
4  allergic manifestation of disease.  And
5  after he was done sleeping on the moldy
6  mattress, he did not have the same allergic
7  manifestation of disease.  So that ties in
8  with the differential diagnosis of
9  etiology, the recognized scientific
10 methodology for a physician to use in this
11 matter, and specifically an occupational
12 medicine physician to sort out and
13 formulate a differential diagnosis of
14 etiology as to the cause of the disease,
15 and that leads me to the mattress.
16         Now, I'll let your experts
17 explain what you're trying to say is, well,
18 gee whiz, Doc, I can't understand.  He's
19 allergic.  Why isn't he allergic when he's
20 out in the air and he's not sleeping on the
21 moldy mattress?  Well, he's not.  And
22 that's not -- That's not what's happening
23 to him.  So he doesn't have the same
24 manifestation of allergic disease if he's
25 not sleeping on the moldy mattress.  So,

---

Page 139

1  don't think he was injecting mold into him
2  intravenously.  So it's dermal and/or
3  respiratory.
4      Q.   If he was symptomatic when
5  coming in contact with mold spores, either
6  through dermal means or respiratory means,
7  he would be symptomatic if he came into
8  contact with cladosporium again in one of
9  those two or in combination?
10     A.   No.  Not necessarily.  Sleeping
11 on a moldy mattress is different than a
12 circumstance where you're not sleeping on a
13 moldy mattress.  So I think what you keep
14 on trying to come back to is he would have
15 some allergic manifestation of the same
16 time when he comes into contact with
17 cladosporium and there's cladosporium in
18 the air; and, therefore, this is all
19 nonsense.  That's what your experts are
20 saying.  And I'm saying, no, that's wrong.
21 Sleeping on a moldy mattress is different
22 than the same circumstance with him where
23 he's not sleeping on the moldy mattress.
24 And when he was sleeping on the moldy
25 mattress he had the allergic manifestation

---

Page 141

1  you know -- And that's how it is.
2  Sometimes, you know -- So he's not having
3  the same exposure circumstance not sleeping
4  on the moldy mattress as when he was
5  sleeping on the moldy mattress.
6      Q.   Do you have any cases in this
7  list in Exhibit 1 or others in your history
8  that you can tell me about in which you've
9  opined about some sort of disease or toxic
10 substance related to mattresses before?
11     A.   No.  I don't -- I don't recall
12 any.  If I -- if there is, I don't recall
13 any offhand.  I doubt -- Obviously I deal
14 with issues, and I deal clinically with
15 issues with mattresses, because I used to
16 be, in addition to caring for individuals
17 with catastrophic injuries, quadriplegics
18 and severe head injuries in the home care
19 setting, I was, for over ten years, the
20 medical director of the visiting nurses of
21 Southeast Michigan, which was the largest
22 and oldest not-for-profit nursing
23 organization in the state of Michigan.  It
24 was founded in 1898.  So I have more than
25 the average physician's understanding of

---

36 (Pages 138 to 141)

Dr. Ernest Chiodo
August 20, 2015

**Page 142**

1  beds. Because you have to have that if
2  you're dealing with home-bound people and
3  people that are susceptible to disease that
4  can be caused by beds like decubitus
5  ulcers. And I am, of course, a biomedical
6  engineer. But I don't recall offhand any
7  testimony on that testimony list that has
8  specifically to do with mattresses. But
9  then again, that doesn't mean that I don't
10  have my knowledge, training, and experience
11  that would be relevant in this matter if
12  called upon to testify about specifically
13  the mattress and the biomedical aspects --
14  biomedical engineering aspects of the
15  mattress. The fact that I haven't
16  testified on that issue before doesn't mean
17  I don't have expertise.
18      Q.  Let's go back to -- We had
19  talked about what you do, your different
20  practices. Do you try cases right now?
21      A.  Yeah. I have tried toxic tort
22  cases, and I have been an attorney in
23  various toxic tort cases. And I have tried
24  administrative law cases also.
25      Q.  Have you tried any in the last

**Page 143**

1  five years?
2      A.  Yes. The last five years. I
3  tried one in California in 2009. It was a
4  toxic court case in Sacramento, California.
5  Since that time I have not had a case that
6  went to trial. And it's not a major
7  portion of my practice. I do it from time
8  to time.
9      Q.  Okay. And I think that we
10  established that the majority of your
11  income is derived from expert services?
12      A.  Well, again, I don't -- That's
13  my impression. I won't differ with the
14  assertion that 90 percent or more comes
15  from being a forensic expert. But I don't
16  really know with absolute certainty that
17  that's the case, because I don't -- I'm a
18  numbers guy. I don't just guess at
19  percentages. That implies -- percentage
20  implies some type of precision.
21          (Document marked as Dr.
22          Chiodo Exhibit No. 7 for
23          identification.)
24  BY MS. FISHER:
25      Q.  Do you recall this article that

**Page 144**

1  it looks like you were interviewed for
2  earlier this year?
3      A.  Yes. It looks like I'm a
4  distinguished alumnus of Wayne State
5  University Law School.
6      Q.  Have you seen this before?
7      A.  Yes. Most definitely. I'm
8  very proud of this. Contact -- Wayne State
9  contacted me because they wanted to write
10  an article about me. Wayne State
11  University Law School.
12      Q.  So on the second page, and I
13  understand that this is a printout from
14  a -- from the internet, so the pages might
15  be a little funny. Just over halfway down
16  right after seven questions, this article
17  states that you actively practiced both
18  medicine and law. And it says, quote, but
19  his primary source of income is his work as
20  a forensic medical expert witness for
21  trials. Is that true?
22      A.  Isn't that consistent with my
23  testimony?
24      Q.  I'm not suggesting it isn't.
25  I'm just asking is that true?

**Page 145**

1      A.  Yeah. I believe so. That's my
2  impression.
3      Q.  And then the --
4      A.  Now, they didn't ask me under
5  oath to sit down and throw out a
6  percentage. But I think -- I think my main
7  focus is as a forensic medical expert; just
8  like a forensic pathologist, 100 percent of
9  their time is as a forensic expert.
10  Because you don't want to have a country
11  doctor figuring out if somebody was
12  murdered or not.
13          So I have expertise most
14  physicians don't have, and it comes into
15  play with forensic issues. So that's most
16  of what I do. I'm very proud of it. I'm
17  not an amateur doing this. I'm -- This is
18  what I do. It's like the guys on CSI.
19  They're doing -- They're not taking care of
20  sore throats and then going and doing their
21  forensic analysis. I do take care of a few
22  sore throats still, because I still have a
23  clinical practice. But most of what I do
24  is forensic medicine. Because that's --
25  because I have that type of background.

37 (Pages 142 to 145)

Dr. Ernest Chiodo
August 20, 2015

## Page 146

1    Q.    And the quote just below that
2  paragraph.  "That's my main activity and
3  it's very lucrative"?
4    A.    That's a fact.
5    Q.    That's your quote?
6    A.    That's my quote.  It is my --
7  That's my main activity and I would have --
8  I think anybody would agree $1,000 an hour
9  testifying is lucrative.  And I would agree
10  with that.
11    Q.    How many cases do you take on
12  in a year roughly?
13    A.    I don't keep a log.  I don't
14  know.  It's something I do.  I do a lot of
15  forensic work, but I can't quantify it.
16    Q.    Is it so many that you need to
17  have an agency manage your work?
18    A.    No.  I don't think an agency
19  manages my work.  There are different
20  companies and agencies that will look for
21  expert witnesses in different issues, and
22  there'll be a middleman between me and the
23  ultimate person desiring the expert witness
24  work.  But I'm -- I manage everything
25  myself.

## Page 147

1    Q.    Do you market your services?
2    A.    Who doesn't?  Who doesn't?
3  Hospitals market their services.  Doctors
4  market their services.  I mean who doesn't?
5  I mean we're, you know, that's -- Who
6  doesn't?  So yes, of course I market my
7  services.  I don't market a lot.  I mean I
8  don't spend a lot of time in marketing.  I
9  have the type of background the work comes
10  to me.  But I do have listed on expert
11  witness directories people are able to find
12  me via the internet.  And, of course, word
13  of mouth.
14    Q.    Do you know how the plaintiff's
15  attorney in this case found you?
16    A.    No.
17    Q.    Have you ever worked with him
18  before?
19    A.    No.
20    Q.    Have you ever worked for the
21  firm Sher Corwin Winters before?
22    A.    No.
23         (Document marked as Dr.
24         Chiodo Exhibit No. 8 for
25         identification.)

## Page 148

1         THE WITNESS:  Actually, I think
2  we're going over time.
3         MR. CORWIN:  We're fine.  I'll
4  monitor it.
5         THE WITNESS:  That's fine.
6         MR. CORWIN:  I appreciate you
7  thinking about me.
8         THE WITNESS:  Yes, ma'am.  I'm
9  at your service.  You go right ahead.
10  BY MS. FISHER:
11    Q.    Do you know who Prime Time
12  Legal Services Agency is?
13    A.    Yes.  This is -- This is an
14  interesting guy.  This is a classmate of
15  mine from business school, at the
16  University of Chicago Business School.  And
17  I ran into him.  Because I'm the -- I'm one
18  of the -- I'm the co-chairman of the
19  University of Chicago Booth Health Care and
20  Biopharma Round Table.  And -- I happen to
21  run into him at the University of Chicago's
22  Gleacher Center campus, and he asked me
23  what I did, and I told him.  He had known
24  of me before from business school.  And he
25  said, well, God, I'd like to market your

## Page 149

1  services.  I said, feel free to do so.  Now
2  more than that, I don't know.  He put out
3  whatever he put out.  This is not something
4  that I put together.  I haven't received
5  any work from him.  I don't know if he
6  defamed me in this at all.  Let me know if
7  you think he defames me.  But, you know,
8  somebody -- somebody marketing my services.
9  And I don't have a problem with somebody
10  doing that.  That's perfectly fine and they
11  put a markup on it.  That's called American
12  business.
13    Q.    In your South Florida business
14  do you have a web page in which people who
15  believe they've been injured by mold can
16  write in, fill out a questionnaire, and
17  send it in to you?
18    A.    If it's termed that people
19  injured, I would say people that have
20  issues concerning mold or toxins.  It's not
21  solely plaintiffs.  In fact, I do a lot of
22  work and analysis on behalf of defense in
23  Florida.  And they find me through that
24  website.  So your -- I disagree with your
25  assertion that it's somehow geared towards

38 (Pages 146 to 149)

Dr. Ernest Chiodo
August 20, 2015

**Page 150**

1 plaintiffs. It's geared towards anybody
2 that has this concern. It's pretty hard to
3 find somebody with the right expertise
4 concerning toxicology and mold anywhere,
5 and including South Florida. So I --
6          (Document marked as Dr.
7          Chiodo Exhibit No. 9 for
8          identification.)
9 BY MS. FISHER:
10     Q.   Is this a printout of the page
11 of your website in South Florida, Mold and
12 Toxicology Center?
13     A.   Yes, ma'am. It looks like it.
14 Exhibit 9. Yes, ma'am.
15     Q.   On the left-hand side our
16 focus, the first bullet is, or I guess it's
17 not a bullet, the first statement is mold
18 and building illness.
19     A.   Yes.
20     Q.   If you click on this link learn
21 more, is that where the, to your knowledge,
22 is that where the form pops up that people
23 can write to you and ask for your
24 consulting services?
25     A.   I don't know. I didn't put

**Page 151**

1 together the website. And I'm not a
2 techie. I'm not a web type of person,
3 so --
4     Q.   But you understand --
5     A.   I won't differ with your
6 assertion. I don't -- By the way, if
7 somebody tries to communicate with me
8 through via e-mail, that's not how I do it.
9 If they want to contact me -- and I guess
10 that's the modern way. Usually I prefer
11 somebody calls me. If somebody sends me
12 something about mold, I'll say -- you know,
13 call them up and say, I'd be happy to talk
14 to you. But I don't -- I don't communicate
15 back and forth with e-mail. If that's
16 contact access point, I'm not differing
17 with the assertion. I don't know. I
18 didn't put together the website, and I
19 don't spent a lot of time horsing around
20 with it. I do market, but I don't have to
21 put a lot of time into marketing. I do not
22 have to put a lot of time into market.
23     Q.   And I apologize. I lied when I
24 said I promise, because I actually do have
25 a copy of this, and I just want you to

**Page 152**

1 identify it.
2          (Document marked as Dr.
3          Chiodo Exhibit No. 10 for
4          identification.)
5 BY MS. FISHER:
6     Q.   Is this also a printout of the
7 website from South Florida Mold and
8 Toxicology Center?
9     A.   It looks like it.
10     Q.   Okay. Let's go off the record
11 for one minute.
12          (Discussion had off the
13          record.)
14          (Short break taken.)
15 BY MS. FISHER:
16     Q.   I have one question. Are you
17 familiar with what a confounder is?
18     A.   Confounder is an epidemiologic
19 term that has to do with one circumstance
20 going along with another circumstance that
21 is the actual cause. The classic example
22 of a confounder is if you look at the rates
23 of homicide in a city and the rates of ice
24 cream consumption, the rates of homicide
25 will go up as the rates of ice cream

**Page 153**

1 consumption go up. Well, in that case, ice
2 cream is not causing people to commit
3 homicides. It isn't the sugar rush. It's
4 because ice cream consumption goes up in
5 sales when the weather is hot. And when
6 the weather is hot, people are outside,
7 they're -- it's hot, they're agitated,
8 they're more likely to commit homicides.
9 That's an example of a confounder.
10     Q.   I have nothing further today.
11          MR. CORWIN: Read and sign or
12 waive?
13          THE WITNESS: I don't care.
14 It's up to you. I prefer to waive.
15          MR. CORWIN: Okay. We'll waive.
16          (Witness excused.)
17          * * * * * *
18
19
20
21
22
23
24
25

Dr. Ernest Chiodo
August 20, 2015

## Page 154

1    STATE OF ILLINOIS )
         ) SS.
2    COUNTY OF COOK    )
3
4        I, LAURA MUKAHIRN, Certified
5    Shorthand Reporter and Notary Public in and
6    for the County of Cook, State of Illinois,
7    do hereby certify that on August 20, 2015,
8    the deposition of the witness, DR. ERNEST
9    CHIODO, called by the Defendant, was taken
10   before me, reported stenographically, and
11   was thereafter reduced to typewriting under
12   my direction.
13       The said deposition was taken at
14   the offices of 227 West Monroe Street,
15   Chicago, Illinois, and there were present
16   counsel as previously set forth.
17       The said witness, DR. ERNEST
18   CHIODO, was first duly sworn to tell the
19   truth, the whole truth, and nothing but the
20   truth, and was then examined upon oral
21   interrogatories.
22       I further certify that the
23   foregoing is a true, accurate, and complete
24   record of the questions asked of and
25   answers made by the said witness, DR.

## Page 155

1    ERNEST CHIODO, at the time and place
2    hereinabove referred to.
3        The undersigned is not
4    interested in the within case, nor of kin
5    or counsel to any of the parties.
6        Witness my official signature
7    and seal as Notary Public, in and for the
8    County of Cook, State of Illinois, on this
9    25th day of August A.D., 2015.
10
11
12
13
14   _____
     LAURA MUKAHIRN, CSR
15   CSR NO. 084-003592
16
17
18
19
20
21
22
23
24
25

40 (Pages 154 to 155)

**Dr. Ernest Chiodo**
**August 20, 2015**

---

**A**

A-I-E-L-L-O 107:12
A.D 155:9
a.m 1:20
AAAAI 97:21
able 10:25 11:6
  12:23 22:4 36:2
  37:19 43:13 63:18
  65:21 116:1 118:9
  138:3 147:11
absent 57:25
absolute 143:16
absolutely 117:4
absorption 93:20
absurd 133:13
Academies 32:8,8
Academy 97:22
accepted 62:10
  88:24 92:21
  131:17
access 151:16
accordant 50:22
accumulate 63:11
accumulation 52:13
  54:15
accurate 40:3,10
  60:12 106:15
  154:23
actively 144:17
activity 16:1 146:2
  146:7
actual 18:18 19:1,4
  70:2 111:15
  152:21
acutely 52:24
addition 5:22 21:4
  43:6 48:16 54:12
  141:16
additional 21:3,4
  33:18,21 34:24
  56:21 67:3 68:9
  69:18,25 70:12
  101:4 102:4,6
  103:4,7,12,15,16
  115:5
additions 14:2,3
address 65:3 83:11
  91:4
addressed 25:7
administrative
  142:24
adopted 23:5
advantages 109:12
adverse 42:15 63:24
  87:14,21,22 112:4
  130:8

advertising 112:15
advise 22:23
advised 12:14
aerosolized 137:7
aerosols 24:4,25
aerospace 34:8 35:9
  35:14 36:1 101:24
affect 40:8 129:13
afield 34:16
age 75:12 77:6
  85:13,14
agencies 146:20
agency 146:17,18
  148:12
aggravated 18:24
aging 75:2
agitated 153:7
ago 107:19 109:15
  113:20 125:18
agree 28:24 29:8
  60:10 80:5 83:22
  84:3,5,25 133:8
  146:8,9
agreed 35:3
ahead 11:23 68:4
  148:9
Aiello 107:10
air 22:8 24:15
  25:15,16,20 26:1
  26:23 28:20 29:15
  30:11,14,18,20
  50:16,18 53:15,21
  55:1 118:13,19,20
  119:3,13 127:7,11
  127:13,16 128:9
  128:10,14 129:12
  134:1,7,11 136:10
  136:15 139:18
  140:20
aircraft 34:11
  35:17,22
airline 132:7
airplane 132:5
airway 136:20
alcohol 75:4 76:1
alleged 58:12
allegedly 135:2
alleges 89:16
  118:16
allergen 122:18
allergenic 18:13
  19:14,16
allergens 23:24
  124:25 125:4
allergic 17:25 18:2
  38:7,13,14 42:6
  42:11,13,17,19,20

42:25 43:6,20,21
  44:5 47:19 48:1
  48:10 49:10,11
  50:3,11 58:6 70:6
  73:9 105:10 121:4
  121:7,9,17,21
  122:1,16 123:4,8
  123:19 124:3,4,6
  124:16,16 126:8
  126:10,11,12,14
  126:14,20,23
  127:4,10,18,25
  129:1 130:6,8
  132:2,15,19
  137:11,12,15,24
  139:15,25 140:4,6
  140:19,19,24
allergic-mediated
  70:14
allergies 41:15,19
  41:22 42:3,4,6,9
  48:3 89:17 129:3
  132:6
allergist 20:20
  99:16 101:5 121:5
  133:6,15
allergists 97:24
  99:14 100:7,9
allergy 41:17 43:16
  44:2 69:11,14,19
  69:21,24 71:7,16
  97:22 98:4,23
  101:3 125:21
  126:5 132:10
allow 27:5 88:5
allows 50:10 122:6
  122:7
alter 58:19
Alternaria 46:4,15
alumnus 144:4
amateur 145:17
America 127:8
American 22:16,18
  23:6 33:14 35:21
  71:11 97:22
  102:23 149:11
aminoglycoside
  93:14
aminoglycosides
  91:3,23 92:9,17
amount 31:12 89:2
  95:11 126:7 132:8
  132:14
ample 52:9 56:10
analogous 21:6
  116:14 130:4
analogy 62:23 116:7

136:22
analysis 39:19
  43:14 44:7 52:17
  62:7 65:5 68:17
  86:1,21 87:5,6
  88:23 89:8 108:7
  108:13 114:12
  115:6 122:6
  123:10,16 127:23
  130:21 145:21
  149:22
analyze 116:24
anaphylactic 130:10
  132:11,18
anaphylaxis 132:23
and/or 138:20,21
  139:2
answer 4:23 16:15
  17:6 27:15 31:5
  39:10 68:4 75:21
  78:15 90:5 91:9,9
  110:8 117:22
  123:12
answered 130:19
answering 34:21,22
  34:23 35:5 41:21
answers 35:8 69:1
  78:3 154:25
antibody 20:7
anticipate 68:13,14
  87:1
antigens 19:20,21
  19:24
anybody 133:17
  146:8 150:1
anymore 129:5
anyway 94:12
apartment 105:6,7
  105:10,22,24
  106:7 107:16,17
apologize 151:23
apparently 121:2
Appeared 2:5,10
appears 13:23 17:16
  120:8 127:3
application 93:20
applies 76:14,23
  123:18
apply 26:24 39:8
appreciate 148:6
approach 20:9,11
appropriate 25:15
approximation 16:4
area 20:25 21:22,23
  21:23 54:25,25
  65:1 98:15 99:19
  102:8 108:10

**Dr. Ernest Chiodo**
**August 20, 2015**

117:19
**areas** 16:1 55:21
  65:2 68:10,18
  108:15 112:9
**arising** 54:17
**arrest** 106:4,5
**article** 79:20 80:6
  80:8 82:18 83:17
  91:5,6,9,12,15,18
  91:25 92:21,22
  93:6 97:8,11,13
  97:16 98:11,17,22
  99:2,8 111:3,4
  143:25 144:10,16
**aside** 133:20
**asked** 12:12 16:10
  59:15 103:2,14,17
  112:13 115:1
  148:22 154:24
**asking** 57:5 86:6
  88:11 89:18
  113:19 131:3,4
  144:25
**aspects** 142:13,14
**aspergillins** 46:16
**asserting** 81:20
**assertion** 16:7,13
  16:16,23 17:4,7
  19:8 47:23 50:20
  55:14 71:5 80:2,6
  81:4 82:3,4 84:6
  90:24 96:12 98:6
  108:22 119:7
  121:14 124:3,15
  136:2 143:14
  149:25 151:6,17
**asserts** 76:8
**assess** 32:14
**assessment** 12:13
  22:15 23:10,17
  55:15 98:16
  102:23
**associated** 75:13
**assumes** 130:19
**assumption** 53:5,7
**asthma** 19:19 36:15
  36:16,17,24
**AT&T** 106:18
**atopic** 47:19 50:13
  50:13
**attempt** 17:16
**attention** 47:13
  58:5,8 83:11,19
**attorney** 4:17 6:13
  6:15 142:22
  147:15
**attributes** 41:1

**August** 1:19 83:3
  154:7 155:9
**authoritative** 98:24
**authority** 23:15
  102:21,21
**autism** 108:12
**auto** 117:20
**average** 38:4 54:9
  141:25
**avoid** 63:24
**aware** 50:19,23
  52:21 53:2 59:6
  63:24 64:3 84:9
  84:15 85:4,5
  86:16 89:14 93:8
  93:21,22 94:10,11
  95:9

---

**B**

**B** 3:4 25:8
**back** 12:19 13:19
  14:11 30:22 31:8
  39:17 43:18 44:15
  48:11 65:15 86:4
  86:14 88:13 89:19
  89:20 90:6 91:2
  91:24,24 103:24
  106:15 109:7,13
  112:20 116:25
  119:8,12 136:10
  136:16 139:14
  142:18 151:15
**background** 20:21
  24:23 145:25
  147:9
**backtrack** 64:7
**bag** 27:5,7,9,11
  136:23,24
**barrier** 52:12 53:15
  54:21 55:19 136:16
  135:19,25 136:18
  137:3
**based** 15:25 42:21
  44:2 45:19 53:4,8
  60:8 79:3,6 82:5
  90:25 91:6,20
  92:12 108:6,13,22
  114:9,18 115:6
  122:25
**basically** 19:5
  114:14
**basing** 74:20 138:22
**basis** 42:8 79:5
  100:15
**battle** 27:18
**beach** 5:21 7:4,6,13
  27:3

**Bear** 82:22
**bearing** 95:13
**bed** 26:10,11,19
  30:5 40:25 41:2,5
  42:23 43:3 49:16
  50:4,8,10,23 51:1
  51:7,11,17,23
  52:3,8,10 54:8,17
  54:18,20,22 55:19
  55:23 56:8,11
  57:1,15,17,18
  58:7,10,24 62:21
  63:10,12 64:5
  77:11 84:12 94:17
  95:8 118:17,25
  120:1,12,13
  135:21 137:6,7,9
  138:13
**bedroom** 118:14
**beds** 51:12,13,13
  54:2,3,10,10,11
  142:1,4
**began** 40:25 41:5
**beginning** 80:17
**behalf** 2:5,10
  108:15 149:22
**believe** 12:18 18:18
  23:14 28:12 29:6
  29:8 41:13 43:4
  48:14 55:24 56:4
  58:1 60:6 62:8
  64:1,19 65:16,19
  67:11 72:1 76:19
  76:23 77:7,18
  80:22 81:24 82:3
  84:19,24 86:7
  88:23 94:3,5
  95:10 96:7 98:22
  101:13 102:16,19
  106:1,16 108:16
  110:15 115:9,17
  116:3,16,21 117:3
  118:7,12 120:18
  122:7 123:9 127:7
  135:11 136:6
  145:1 149:15
**believes** 121:6
**bell** 11:7
**benefit** 73:18
**Bermuda** 46:2
**best** 14:20 70:22
  78:4
**better** 36:11 39:4
  90:13
**beyond** 33:18,21
  81:11 100:20
**Bible** 23:17

**bilateral** 41:7
**billions** 35:23
**Bioaerosols** 22:15
  23:10,17 55:15
  98:16 102:22
**biologic** 132:25
  133:1
**biologics** 129:17
  130:5,11,13,17,21
  131:14,20,24
**biomechanics** 9:16
**biomedical** 7:1 9:14
  53:23,24 54:12
  55:24 56:5 135:8
  142:5,13,14
**Biopharma** 148:20
**biostatistical**
  37:11
**biostatistics** 34:3
  70:13 99:21
**bit** 6:18 21:24 31:3
  34:4 45:1 62:24
  64:7 125:14
**bladder** 53:15,16,21
  54:21
**blank** 45:9
**blood** 76:3 116:8,9
  116:11
**board** 33:14 37:22
  48:16 69:10,13,16
  69:20 70:1,2,15
  74:6 101:2 102:8
**boarded** 38:2
**boards** 33:20 37:7
  100:21 102:5
**Bobbie** 17:10 104:7
  107:4
**body** 54:18 62:22
  119:2 125:22
**body's** 19:21
**Boeing** 35:20
**book** 26:15 29:11
  78:19
**books** 26:11
**Booth** 148:19
**bottle** 27:17,20,22
  27:25 28:1
**bottom** 75:22 120:17
  120:17
**bought** 49:15 52:7
  124:22
**breach** 18:8
**break** 5:15 15:18,25
  28:4 77:21 78:10
  78:16 79:9,11
  152:14
**breaking** 15:16

Dr. Ernest Chiodo
August 20, 2015

**breath** 36:14 38:8 48:25 49:8,24
**breathing** 138:19
**brick** 55:3,4,6
**briefly** 80:12 105:3 105:20
**bring** 31:7
**broad** 73:13 74:1,2
**brought** 11:4 44:16 71:8 74:22 76:21 80:2
**Budrow** 105:14,15
**building** 24:2 25:17 26:20 30:7 54:24 55:4 104:13 105:7 105:10,22 106:19 150:18
**building-related** 44:1 70:11
**buildings** 24:1 26:16,18 28:15 30:1 55:12 61:24 110:3
**bullet** 150:16,17
**bunch** 45:14
**burning** 41:8
**business** 5:25 6:1,3 6:17 7:13 8:15 95:4 148:15,16,24 149:12,13
**businesses** 5:23,24
**bust** 51:13
**butcher** 73:1
**buying** 40:24 41:4

**C**

**C** 2:1 25:10
**C-H-I-O-D-O** 5:6
**California** 143:3,4
**call** 6:2,3 66:21,23 66:25 70:14 118:8 151:13
**called** 1:13 4:3 23:9 54:5 55:21 56:2 59:25 68:5,8 103:12,15 104:21 111:22 115:1,14 115:16 138:4 142:12 149:11 154:9
**calling** 66:23 109:22
**calls** 59:15 67:25 111:25 151:11
**Campbell** 2:7
**campus** 148:22
**canal** 49:5

**canned** 73:19
**capture** 60:19
**carbon** 60:22 61:6,7 129:19,20 130:1,3
**carboxyhemoglobin** 61:9,11
**cardiovascular** 71:13
**care** 49:16 51:17 54:6 64:7 141:18 145:19,21 148:19 153:13
**career** 54:5
**careful** 55:10
**caring** 141:16
**Carlson** 78:5,6
**Carondelet** 2:2
**case** 4:24 7:15 10:3 12:15 14:18,20 16:10,24 17:9,11 17:12 18:7,9,17 18:19 19:1,4,5 20:17 22:11 26:10 26:22 29:6 30:2 36:23 38:13 40:11 54:16 56:22 61:14 61:24 64:10 66:1 66:8 85:15,21 104:7,10,11,12,13 104:13,16,21,24 105:4,21 106:13 106:17 107:3,5,14 107:15 108:9 109:21 110:15,20 113:8,10,17 114:13,13 115:8 116:3 123:15,16 128:22 132:17 137:1,2 140:2 143:4,5,17 147:15 153:1 155:4
**cases** 9:3,13,14,16 9:17,18,20,21,24 10:4,5,8 11:3 12:7,8 15:5,6 104:3,4,5,6 108:1 108:2,4,7,23,25 109:4,5,25 112:21 112:23 113:2,13 113:14 114:14 141:6 142:20,22 142:23,24 146:11
**cataract** 74:19 76:23 80:9,10 83:24
**cataracts** 71:24 74:9,15,24,25

75:1,4,12 76:6,8 76:11,15,24,25 77:2,5,7,15 80:24 81:2,3,6,10,12,15 81:16,19,20 82:8 82:8,9 85:2,12,13 85:18,22,25 86:3 86:7,18,19,20 87:4
**catastrophic** 54:6 141:17
**category** 114:15
**causal** 18:23 19:10 86:20
**causally** 105:9 106:6
**causation** 20:23 31:8 33:3,11,23 34:6 36:2 37:2,15 37:20 84:7 86:1 89:8 99:18,25 100:13,23 101:22 102:12 114:16,16 122:10 123:11
**cause** 18:2 24:2 33:1 36:17,19,21 39:11 50:12 51:6 59:14 74:15 80:24 81:1 84:16 85:6,6 85:11,11 87:22 93:16 94:20 119:21,22 130:7,9 130:11 132:3,9,15 140:14 152:21
**caused** 18:24 22:6,6 33:6 39:4 59:15 62:20 70:11 71:24 77:7,15 85:17 86:2,8,8 87:20 142:4
**causes** 31:14 38:20 39:6 83:25
**causing** 34:12 35:16 38:9,14 75:3 88:22 153:2
**CDC** 37:12
**ceased** 57:16
**CEI** 106:10
**Center** 32:4 148:22 150:12 152:8
**central** 68:23 70:8 70:8
**certain** 79:1,3 83:1 97:1
**certainty** 143:16
**certificate** 70:3
**certification** 69:17

70:3,15
**certified** 37:23 48:16 69:11,13,20 70:1,19,20 74:6 101:3 102:8 117:11 154:4
**certify** 154:7,22
**chain** 116:22
**challenge** 24:23
**change** 50:21 51:14 59:12
**chapter** 23:22
**chapters** 23:21
**characterize** 19:15
**charge** 65:6
**charges** 65:3
**chart** 43:8,10 44:9
**checked** 23:12
**chemical** 36:21
**chemicals** 23:4 129:18 130:15,16
**cherry-picking** 83:4
**Chicago** 1:18 5:21 13:8 148:16,19 154:15
**Chicago's** 148:21
**chicken** 47:2
**child** 18:21 108:12
**Chiodo** 1:13 3:6,7,8 3:9,10,11,12,13 3:14,15 4:2,8,11 4:12 5:5,7,8 12:1 12:3 16:12 17:3 66:4 79:17 90:19 96:22 110:24 143:22 147:24 150:7 152:3 154:9 154:18 155:1
**choice** 94:21
**chronic** 75:10 84:14 87:18 106:2
**chronological** 106:9
**cigarette** 126:12
**Circuit** 105:17
**circumstance** 30:3,6 33:8,13 50:24 58:15 59:7,10,13 60:5 61:16,18 63:2 64:2 68:18 94:18 100:14 104:20 106:22 110:9 114:21 120:6 128:16 131:12 134:10,21 135:10 139:12,22 141:3 152:19,20
**circumstances** 21:16

**Dr. Ernest Chiodo**
**August 20, 2015**

54:14 56:16 62:1
62:19 64:4 110:14
110:18 116:18
120:6
**citations** 92:5
**cite** 22:11 74:12,12
74:13,18 76:20
77:18
**cited** 31:11 78:18
81:24
**cites** 79:5 101:12
**citing** 22:13
**city** 37:13 152:23
**clado** 127:2
**cladosporium** 46:17
46:17 50:15 53:13
117:1 121:17,25
122:25 126:21,22
127:3,5,6,10,11
127:13,15,25
128:8,9,10,14
129:3,12 133:25
134:7,11 139:8,17
139:17
**claim** 17:23 19:7
31:9 76:21 108:11
121:10
**claimants** 108:11
**claimed** 110:18
**claiming** 18:16
31:16 89:9
**claims** 28:16 108:5
108:7
**classic** 152:21
**classification**
86:12
**classmate** 148:14
**clean** 30:12
**clear** 15:4,10 69:8
107:1 138:6
**clearance** 30:14
**clearer** 14:12
**clearly** 16:25
125:14 136:6
**click** 150:20
**clients** 112:15
**Climates** 55:17
**clinic** 45:2
**clinical** 7:8 94:22
98:4,23 145:23
**clinically** 141:14
**clinician** 70:9
**Clinton** 6:4
**close** 61:11
**co-chairman** 148:18
**cold** 55:12
**College** 71:11

**column** 82:18
**combination** 84:10
84:16,17 139:9
**combined** 77:1
**come** 14:6 36:12
38:11 43:18 62:12
63:1 68:11 82:1
82:13 136:10
139:14
**comes** 10:22 16:8,14
17:5 18:4 101:18
139:16 143:14
145:14 147:9
**Comfort** 1:6,9 4:19
4:20,24,25 5:1,2
40:18,25 51:18,19
52:11 54:22 95:8
124:22,24 125:2
**coming** 29:23 55:2,5
62:22 100:6
136:16 139:5
**commence** 1:19
**comment** 47:14 56:7
83:6,14 97:11
99:2,6,8 101:14
112:13 115:21
**commit** 153:2,8
**common** 127:7
**commonly** 61:4,24
72:4
**communicate** 151:7
151:14
**community** 62:11
**comp** 8:2
**companies** 146:20
**company** 104:22
106:18 107:13
**compare** 19:25 30:25
**compared** 29:16
**comparison** 25:8,22
29:12,13 31:17
131:4,7
**compensation** 106:16
**complains** 49:23
**complete** 75:20
154:23
**completed** 71:15
**completely** 27:13
50:7 123:8
**complicated** 35:11
84:2
**complication** 119:19
**compliment** 112:2
**component** 85:7
**compositions** 25:9
**compression** 135:13
**conceal** 17:17

**concentration** 24:23
25:8 29:17,21
**concentrations**
29:14 112:10
**concept** 134:13
**concern** 150:2
**concerned** 28:3
46:18 63:19
**concerning** 17:23
18:19 20:22 22:25
41:22 63:13 68:17
69:24 71:7,22
72:14 73:15
149:20 150:4
**concerns** 117:5
**Condensation** 55:16
**conditioning** 55:1
**conditions** 24:9
**Conference** 22:16,18
23:6 102:24
**Confidential** 68:2
**confined** 78:3
**confirm** 43:5 62:16
**confirmation** 32:1
**confirmed** 24:13
26:7,21 59:1 60:2
60:8,12,14
**confirming** 42:22
44:4
**confounder** 152:17
152:18,22 153:9
**confused** 76:9
133:21
**congenital** 75:12
**connected** 105:9
106:6
**connection** 18:23
**consequence** 87:14
**consequences** 42:15
73:9 84:13
**consequently** 87:19
**consider** 39:5 71:20
**considered** 31:13
48:1 84:1
**consistent** 20:13
40:19 44:7 50:21
53:3 62:21 123:10
131:16 144:22
**consulting** 150:24
**consumption** 152:24
153:1,4
**contact** 93:15 120:1
120:2 137:10
138:17 139:5,8,16
144:8 151:9,16
**contacted** 64:9,17
65:17 113:18

144:9
**contain** 67:22
**contained** 27:25
28:9,10
**contam** 22:1 120:22
**contaminated** 42:23
53:12 118:17
121:24,24 122:24
124:8,10 134:5
138:14
**contamination** 17:15
17:17 21:13,15
22:1,2 24:12,15
24:20 25:13,14,20
25:25 26:7,9,12
26:15,21,22 27:7
28:25 30:10,17
31:13 32:20,22
43:2 50:8 52:18
52:22 53:10,16
58:23 59:1,21
94:16 105:7,24
106:7,19 118:6
120:21 127:3
**context** 70:6 83:10
89:8 111:20
115:20 134:16
135:11
**continue** 35:8
135:22
**continues** 24:21
75:15
**continuing** 69:10
71:6
**contrary** 87:5 93:25
118:9 132:12
136:6
**Control** 22:16 23:10
23:18 55:15,16
98:16 102:23
**controlling** 76:3
**conversant** 74:2
**conversation** 31:8
113:20,21
**Cook** 1:17 154:2,6
155:8
**copy** 11:15,17 44:12
65:25 151:25
**copyright** 23:11
74:23
**corner** 95:1 98:3
**CORP** 1:7
**Corporation** 1:9
4:20,21 5:2,2
**corporations** 36:10
**correct** 14:24 19:14
24:8 69:12 91:13

**Dr. Ernest Chiodo**
**August 20, 2015**

91:16 92:14 101:7
108:17,18 122:14
122:19
**correctly** 83:12
107:10
**corroborate** 40:13
40:20 62:14 79:6
92:1,5 101:13
**corroborated** 100:18
**corroborates** 77:18
81:25 82:4 92:22
94:3
**corroborating** 78:23
91:6
**corroboration**
102:18
**corticosteroid** 72:1
77:9
**corticosteroids**
71:25 72:5 75:9
76:2,14,25 81:16
82:7 86:9
**Corwin** 2:2,4 10:12
11:25 44:24 51:18
63:6 64:19 66:23
67:15,25 68:15
77:22,25 78:4,11
98:25 103:14,17
110:5 120:14
147:21 148:3,6
153:11,15
**Corwin's** 56:3
**cost** 35:23
**cough** 36:14 48:25
49:2
**Council** 32:5,6,7
**counsel** 154:16
155:5
**count** 121:19
**countertops** 112:8
112:12,17
**country** 71:3 117:15
145:10
**County** 1:16 105:18
154:2,6 155:8
**couple** 8:22,25 10:5
14:1 56:17 62:17
69:9 75:16,18
104:9
**course** 12:5 13:6
33:10 37:2 40:15
69:25 70:17 88:19
142:5 147:6,12
**court** 1:1 7:15
79:13 92:2,24
104:23 105:17
143:4

**cover** 13:5
**cream** 152:24,25
153:2,4
**create** 110:2
**created** 63:2 103:1
**crevices** 21:25
**criticism** 77:13
**criticizing** 77:12
**critique** 116:1
**cross-examination**
68:12,25
**CSI** 145:18
**CSR** 1:15 155:14,15
**cubed** 121:12
**culture** 24:15
**current** 11:12,13
23:13 73:15
**currently** 5:18
108:3,8
**curve** 87:12 89:3,6
**custody** 116:22
**cutoff** 131:3
**CV** 10:24,25 11:2,12
13:15 69:7

---

**D**

**D** 3:1
**D.O** 33:19
**dark** 75:9
**date** 9:22 10:3
41:10,12 56:24
57:5 58:12 66:17
66:25 83:2
**Daubert** 82:16 92:3
92:23
**DAVID** 2:4
**day** 29:16,17 57:19
61:12 88:25
121:19 155:9
**days** 56:17 62:17
91:2
**deafness** 93:17
**deal** 43:24 54:5
61:3 99:17 114:12
141:13,14
**dealing** 43:25 142:2
**deals** 70:6 95:19
**dealt** 7:18
**death** 132:4,16
**deceased** 105:15
**December** 106:12
**decided** 129:24
**decision** 56:4 94:23
**decubitus** 142:4
**deductive** 52:16
125:8
**deep** 137:20

**defamed** 149:6
**defames** 149:2
**defect** 30:4 52:11
55:23 56:8 58:24
63:11 64:5 85:17
95:8 124:12
**defective** 55:19
**defects** 135:9
**Defendant** 154:9
**defendants** 1:11,14
2:11 9:1
**defense** 9:2,5,11,17
9:20 10:4 12:24
108:6,9,16 109:9
109:19,24 110:13
113:15 149:22
**definitely** 144:7
**defy** 131:22
**degree** 21:4,5 33:18
33:18 34:1 36:6
100:20,20 101:1
102:5,6
**delays** 76:4
**delivered** 93:12
**delivery** 93:7,9
95:11
**denies** 41:15,17
49:5
**denominator** 15:23
**department** 37:14
**dependent** 110:20
**depends** 93:13 110:8
110:14 112:25
114:20 115:19
126:7,15
**depo** 68:2
**deposed** 5:9 7:23
**deposition** 1:12
4:23 34:25 63:5
67:14,19 71:9
88:16 95:10 105:1
106:11 107:7,8
109:2,9,18,20
154:8,13
**depositions** 5:13
107:5
**derived** 15:14
143:11
**dermal** 119:2 139:2
139:6
**dermatitis** 120:2
**dermatology** 73:25
**described** 43:16
125:11
**design** 34:11 35:16
52:11 54:1 56:7
63:11 135:8

**designed** 120:9
**desiring** 146:23
**detail** 64:24 107:18
**detect** 24:24
**determine** 18:3 19:9
29:18 33:2,11
56:19 88:5 122:10
**Detroit** 5:20,22
117:19
**develop** 77:2 87:13
87:15
**developed** 50:4
52:10,20,24 58:2
77:5 108:12 122:4
**developing** 54:23
**development** 81:6
**devoid** 69:23
**diabetes** 75:6 76:3
**diagnose** 33:4 36:15
119:21
**diagnosed** 86:18
**diagnosis** 38:6,8,12
38:17,18 39:10
40:8 82:21 83:20
83:23 84:8,20
125:9 140:8,13
**diagnostic** 95:6,6
**diarrhea** 37:16
**die** 132:11
**died** 106:4
**diet** 50:21
**differ** 16:7,12,16
16:22 17:3,7
47:22 98:5 124:2
143:13 151:5
**difference** 25:24
128:8
**differences** 93:9
**different** 16:1 20:5
20:6 27:14 30:25
31:24 38:4,9,11
40:6 45:25 47:20
59:17 60:20,21
62:8 66:22 76:17
92:18 112:22
114:17 117:21
131:12 134:10,21
134:24 136:21
139:11,21 142:19
146:19,21
**differential** 38:5,8
38:16,18 39:10
84:8,20 125:9
140:8,13
**differently** 4:14
**differing** 101:18
151:16

Dr. Ernest Chiodo
August 20, 2015

difficult 24:3
  94:15,18 95:6
  134:12
diffusion 93:21
dilemma 94:15 95:7
direct 68:16 83:19
  92:25 109:5
direction 154:12
director 141:20
directories 147:11
directors 36:9
  37:13
dirt 30:10
dirty 37:17
disagree 71:4 80:5
  121:13 149:24
discharge 49:5
discipline 71:17,19
discover 63:21
discovered 43:1
  50:6,7 52:23
  53:11 123:6 125:1
discovery 1:12
  52:15 58:12 60:15
  61:21 107:7
  119:15
discussed 104:6
discussing 26:14
discussion 99:23
  103:21 152:12
discussions 68:3
disease 18:5,5
  20:13 22:5 33:3,4
  33:11,23 36:2
  37:3,15 38:10,11
  38:14 39:3,4 44:1
  48:10 49:11 58:5
  58:6 70:10,14
  75:6 88:20 99:18
  99:25 100:23
  105:9,10 106:1,3
  106:20 107:16,21
  119:20 121:3,9,13
  122:4,10 123:8
  127:18,18 128:17
  129:1 132:4,16,20
  132:22 137:24
  138:10 140:1,4,7
  140:14,24 141:9
  142:3
diseases 75:14
dispense 5:11
distance 115:4
distinguished 144:4
distributed 132:8
distribution 25:4
DISTRICT 1:1,1

DIVISION 1:2
Doc 140:18
doctor 9:5 20:10
  22:4 33:17 34:5
  35:24 36:1,19
  37:1,6,19 43:15
  43:23 48:15,19
  63:15 72:2 73:5
  73:21 74:7 96:7,9
  111:24 117:9,9,10
  133:7,14 145:11
doctors 20:19 33:2
  33:3 34:9,9 35:14
  36:11,15,16 37:12
  38:5,15,16,17
  51:4 63:21,22,25
  64:2 72:3,4 73:12
  95:3 99:12,24
  119:18,20 147:3
document 12:2 13:25
  25:3 61:10 66:3
  79:16 83:1,8
  90:18 96:21
  110:23 120:21
  143:21 147:23
  150:6 152:2
documentation 50:2
documented 53:10
documents 66:14
doing 11:25 35:25
  78:4 92:1 93:3
  116:5 119:3
  145:17,19,20
  149:10
dollars 35:24
domicile 5:19
Donnelly 2:7 4:18
dosage 93:7,9
dose 87:12,14,15,17
  87:20,21 89:2
doses 88:6,12
dosing 87:7
doubt 63:16 141:13
Dr 1:13 3:6,7,8,9
  3:10,11,12,13,14
  3:15 4:2,8 5:8
  12:2 16:12 17:3
  42:18,20 43:3,8
  44:3,10 45:2,3
  47:5 48:13,21
  49:20 66:3 76:8
  76:21 78:25 79:16
  80:3 81:4,19
  82:10 86:22 90:18
  96:21 110:23
  121:5 131:18
  132:12 133:10

  137:21 143:21
  147:23 150:6
  152:2 154:8,17,25
draw 47:13
drawn 61:9
drop 93:12
drops 93:23
drug 95:13
drugs 71:23 72:14
  75:8 94:18,19
dry 41:8
due 17:24 18:6,14
  19:17,20 28:11
  32:25,25 33:11,23
  37:3,16 52:10
  54:15 58:6 63:11
  63:25 68:11 71:22
  74:9 76:6 77:9,16
  88:19 99:18,25
  100:24 107:16
  108:12 110:16
  119:20 121:3
  127:5 129:2,8
  136:1 138:10
duly 4:4 154:18
Duncan 57:15 59:2
  116:3,19 117:25
duration 50:22
  51:16,22 87:21
dust 51:9,10,12,15
dyspnea 49:7

————————————
        E
————————————
E 2:1,1 3:1,4
e-mail 151:8,15
e.g 75:6,8 84:1
ear 49:5 93:16 96:6
earlier 29:25 94:5
  144:2
early 23:3 76:10
  80:23 85:18 91:25
  92:10
ears 41:6,8 49:4,4
  73:5,8,24 95:20
  95:21,22 96:8
EASTERN 1:1,2
eat 27:4 37:17
edition 32:4 38:23
  51:6 61:1 72:11
  74:23 76:22 84:23
  88:2 96:3 125:12
educated 36:11
education 33:21
  69:10 71:6 82:6
  101:4
effect 19:10
effects 17:24,25

  18:2,14,17,23
  19:14,16,17,19
  31:16 63:24 71:22
  72:14,20 73:7
  87:21,22 110:3
  112:5
eggshell 89:11
eight 46:9
either 18:23 26:24
  49:15 92:10 109:2
  123:7 139:5
elicit 69:1
elimination 39:8
emission 112:11
emit 112:7
emitted 112:6
encounters 124:1
engaged 116:18
engineer 9:15 53:23
  54:12 55:24 56:5
  135:8 142:6
engineering 7:1
  32:9 53:25 142:14
ENT 73:1,2 94:10
entire 5:3 50:13
  73:18 83:8
entitled 13:16 16:3
  80:9
entity 22:21,22
entry 24:25
enumerate 88:12
enumerated 51:4
  69:2 88:1
enumeration 66:24
  67:7,16
environment 25:11
  50:18,19 51:11
  55:13 127:6
environmental 7:11
  9:13 20:19,24
  23:1 24:24 33:7
  33:12,24 36:3
  37:4 38:21 70:5
  100:1,25 122:9
  131:25
epidemic 36:24
epidemiologic
  152:18
epidemiological
  37:10
epidemiology 7:3
  34:2 70:13 99:22
episode 106:3
equipment 54:2
Ernest 1:13 4:2 5:5
  154:8,17 155:1
essence 28:8 48:22

**Dr. Ernest Chiodo**
**August 20, 2015**

65:15
**essentially** 93:17
**establish** 24:4
**established** 143:10
**etiology** 38:19
  39:11 74:25 75:1
  84:8,21 125:10
  140:9,14
**event** 26:20
**Everybody** 4:13
**evidence** 24:14 26:8
  32:3 38:23 51:5
  60:25 72:10 84:23
  88:2,5 96:3
  103:13 105:1
  107:8 109:2
  125:12
**exact** 89:2 96:18
**exactly** 88:25
**exam** 49:22
**examination** 1:14
  3:3 4:6 13:5
  65:23 68:16 96:16
**Examinations** 3:2
**examined** 4:4 154:20
**example** 28:15 30:1
  43:17 61:5 152:21
  153:9
**Excellent** 31:18
**exclude** 39:7
**Excuse** 34:14
**excused** 153:16
**exercise** 88:17
**exertion** 49:8
**exhibit** 3:6,7,8,9
  3:10,11,12,13,14
  3:15 11:24 12:3
  13:10 66:4 69:8
  79:14,15,17 90:19
  96:20,22 110:22
  110:24 141:7
  143:22 147:24
  150:7,14 152:3
**expect** 53:18 63:1
**expensive** 35:19
**experience** 43:25
  78:22 79:4,8 82:6
  91:1,8,21 142:10
**expert** 9:9,11,17,20
  10:2,4 12:9,12,12
  12:19,24 15:14,19
  16:9,15 17:6
  31:21 56:1 70:8
  72:13 87:1,2
  98:15 101:5
  102:13 108:3,4,4
  108:6,8,9,14,23

109:10,19,21
  110:13,13 113:14
  113:15 121:5
  125:5 127:22
  133:5,17 134:17
  137:17 143:11,15
  144:20 145:7,9
  146:21,23 147:10
**expert's** 131:15
**expertise** 7:1 21:3
  53:17 55:21 56:7
  63:13 65:2 68:10
  68:19 69:23 70:1
  70:12 73:10
  142:17 145:13
  150:3
**experts** 29:7 31:22
  32:15 67:12 92:4
  138:1 139:19
  140:16
**explain** 84:17 86:23
  87:3 94:1 101:5
  102:9 125:6
  127:22 129:11
  134:20 140:17
**exposed** 21:17 61:7
  122:18 124:21
  126:21 131:7,9
  133:25 137:1
**exposure** 18:24 20:1
  20:14 21:9,10,20
  22:6,8 23:1,4
  24:4,5 25:5,6
  28:2,6,10,12,19
  29:1,3,6,9,22,23
  31:15 32:25 33:7
  33:12,24 36:4
  37:4 38:14 50:24
  51:20 58:7 61:6
  61:12 70:9 75:5,6
  75:10 84:12 85:23
  100:1,25 106:21
  110:16,17 114:13
  114:15 119:2
  120:9,25 121:4
  122:11 126:9
  128:9,13,20,24
  129:8,16,18,20
  130:3,5,11,13,15
  131:12,24,25
  132:25 135:12,17
  136:1,7,17,19,20
  137:19 138:8,9,11
  138:13,15,16,18
  138:18,22 141:3
**exposures** 39:2
  60:21 73:10 99:19

121:9
**extent** 126:15
**external** 32:1
**extras** 44:17
**extreme** 45:12 46:22
  46:23,23,24,25
**eye** 72:16 75:8
**eyeglasses** 75:24
**eyelids** 49:4
**eyes** 41:8 49:3
  72:21,22 73:20
  75:9

---

**F**

**fact** 12:16 22:10,11
  27:14 31:24 44:5
  51:14 52:7,21
  53:3 60:2,8 61:19
  61:23 62:5,23
  64:25 70:7 71:8
  75:15 77:1 86:23
  90:24 100:18
  119:13 124:14
  134:8 142:15
  146:4 149:21
**factor** 82:8 84:9
  85:24 86:1 128:16
**factors** 75:2,11
  76:1 81:15,18
  127:23 128:6
**facts** 52:1 53:9
  122:5 126:18
**failure** 63:12
**fairly** 90:4
**false** 130:22,25
**familial** 84:1 85:2
**familiar** 54:3,8,9
  86:10 97:9,17,20
  100:6 111:4 135:1
  135:4 152:17
**family** 4:13 74:4
**famous** 98:11,14,17
  98:18 99:9
**far** 34:16 46:18
  70:12 103:4 115:2
  121:25 130:21
**fault** 94:6,8 95:4
**faulting** 94:14,21
  95:2,5
**favor** 65:12,14
**favorable** 65:22
**federal** 11:4,13
  12:6 32:4,12 92:2
  92:24
**fee** 12:17,22 13:1
  115:3,5
**feel** 42:10 136:10

149:1
**feels** 42:12
**field** 100:8
**fields** 101:18
**figure** 10:25 33:5
  34:10 35:15 36:16
  37:14 88:21 125:4
**figuring** 145:11
**file** 44:17
**fill** 149:16
**filled** 27:22
**find** 19:11 57:9
  96:7 129:7 147:11
  149:23 150:3
**finder** 31:24
**finding** 44:7
**findings** 62:2
**fine** 4:10 13:22
  14:13 30:12,16
  49:12 85:18,21
  96:8 117:3 118:4
  121:22,25 124:7
  133:15 148:3,5
  149:10
**finish** 34:21,23
  35:5,12 46:12
  49:18 77:25
**firm** 147:21
**first** 4:4 5:24 17:8
  21:11,18,19 33:1
  34:8 41:10 45:5
  48:11 52:4 64:9
  68:1 71:1 91:11
  97:7,16 111:14
  117:14 118:18
  150:16,17 154:18
**Fisher** 2:10 3:3 4:7
  4:17 10:14 11:23
  12:10 46:10 51:25
  63:16 66:6 69:3
  77:23 78:2,8,12
  79:12,19 96:24
  99:10 103:19,23
  110:10 111:1
  121:15 143:24
  148:10 150:9
  152:5,15
**fit** 125:6
**fitting** 125:8
**five** 10:9 36:22
  46:24 80:21 143:1
  143:2
**flat** 12:17,22 13:1
**floor** 21:19,21
**Florida** 5:22 6:17
  6:21 7:4,6,13 8:7
  8:14 9:8,11,22

**Dr. Ernest Chiodo**
**August 20, 2015**

10:12,13,15
149:13,23 150:5
150:11 152:7
**flows** 44:21
**flu** 37:17
**foam** 56:25 58:10
**focus** 7:5,7 68:23
73:19,19 145:7
150:16
**follow** 55:8
**follow-up** 103:3,10
**followed** 24:18
**following** 16:11
17:2 23:24 75:3
112:13
**follows** 4:5
**foregoing** 154:23
**forensic** 9:9 15:19
16:9,14 17:5
143:15 144:20
145:7,8,9,15,21
145:24 146:15
**form** 53:15 84:12
106:2 150:22
**formation** 135:23
**former** 117:13
**forming** 54:22
**formulate** 103:15
113:9 137:18
140:13
**formulated** 40:15
65:23
**forth** 151:15 154:16
**forward** 30:16 43:4
65:18
**found** 45:22 53:10
57:14 58:24 62:21
80:18 81:11 119:8
119:9 147:15
**founded** 141:24
**four** 14:24,25 40:24
41:4 45:14 46:3
46:24,25 57:15
59:2 61:20,25
62:5 109:7,15
**frankly** 88:21
**fraud** 18:8,19 19:5
**free** 149:1
**front** 11:17 66:2
104:1
**fumigatus** 46:16
**fungal** 23:25 24:4,6
24:9,14,17,19,25
24:25 25:6 26:8
136:15
**fungi** 23:23,24,25
**funny** 144:15

**further** 24:8 106:14
153:10 154:22
**Fusarium** 46:20

### G

**games** 16:18
**geared** 149:25 150:1
**gee** 36:13 140:18
**general** 8:5,6,8
10:11 27:16 28:14
28:15 29:3 31:1
37:9,18,24 42:10
42:12 48:18 50:18
59:22 67:11 69:14
69:18 70:16 72:22
73:11,12,16,20
74:6 76:14 77:1
81:3,6 82:9,24
84:25 98:9 101:25
110:1,1 113:22
114:16 138:8
**generalities** 64:8
**generally** 62:9
83:22 84:5 88:24
92:20 131:17
**genetic** 85:7,16
**gentamycin** 93:8,10
94:12
**germane** 86:15,17
**germinate** 137:22
**getting** 34:15
**give** 12:19 15:21
23:2 27:2 31:19
32:15 40:3,9 44:3
44:15 53:18 56:10
62:4 63:1 65:15
78:13 90:17 95:25
97:2 109:8 113:8
123:17
**given** 52:9,19 53:17
62:1 64:4 100:15
**gives** 39:21
**Gleacher** 148:22
**glucose** 76:3
**go** 11:6,8,23 25:16
29:25 30:6,16
32:2 45:13 49:25
60:24 61:7 65:18
68:3 72:9 79:9
81:10 86:4,14
88:13,16 89:19,20
90:6 96:2 104:8
109:12 114:25
119:8,12 129:17
132:10 135:22
142:18 148:9
152:10,25 153:1

**God** 148:25
**goes** 28:7 69:5 99:4
109:7 131:9 134:1
153:4
**going** 4:15,25 5:11
7:19,25 8:1,10
11:11 12:23 13:19
13:24 14:16 15:8
20:5 22:11 24:11
26:13 28:5,11
29:25 31:19 34:24
34:25 35:22 53:21
55:7 60:20 61:13
64:6 65:5,25 68:8
68:15 72:25 75:19
78:13 79:13 82:12
82:25 85:23 87:2
90:22 91:1 94:20
96:19,20 97:14,15
102:14,20 104:8
110:21 119:8,12
125:15,19 129:22
129:25 134:13,15
135:25 136:25
145:20 148:2
152:20
**good** 4:8 27:4 32:1
73:2,4 75:16 90:4
**government** 22:20,25
**governmental** 22:17
22:18,21 23:7
102:24
**governments** 22:24
**grade** 86:19
**grading** 86:11 87:4
**graduate** 56:5
**granite** 112:6,7,8,8
112:12
**grass** 46:3 123:20
123:24
**grasses** 124:1
**grew** 62:3
**gross** 15:23
**group** 80:20,21
**grow** 27:6 62:17,20
**growing** 30:7 56:13
56:14
**grown** 56:12
**growth** 24:1,6,9,14
24:17,25 26:8
52:14 59:5,11
**guess** 10:1 111:22
143:18 150:16
151:9
**guessing** 9:25 10:21
**guide** 22:23
**guy** 90:12 143:18

148:14
**guys** 36:8 111:25
145:18

### H

**H** 3:4
**half** 96:17
**halfway** 13:11
144:15
**hand** 11:11 13:19
44:11 65:25 96:19
110:21
**handed** 14:15 44:25
45:1
**handle** 15:9 19:5
**handled** 15:9
**handwritten** 45:18
**happen** 53:17,18,19
54:24 63:25 71:8
93:18,19 132:13
132:23 148:20
**happened** 12:20 60:7
62:19 127:19
136:13
**happening** 53:21
140:22
**happens** 14:19 45:7
71:13
**happy** 83:13 88:14
90:9 99:3 151:13
**hard** 9:24 150:2
**hash** 45:8,11,14
**hazard** 24:6 27:17
28:2
**hazardous** 27:24
**head** 49:6 93:5
118:24 141:18
**headache** 49:6
**health** 17:24 18:16
18:22 21:6,7 24:2
27:10 31:16 34:2
36:5 37:7,9,14,18
37:24 42:13,15
48:9,17 63:24
70:16 98:9 99:20
101:2,19,25 102:7
110:2 112:4
148:19
**health-issues** 18:13
**health-related**
18:10,12
**heard** 29:10 97:18
97:19
**hearing** 85:19 94:11
94:25 95:13
**hearts** 73:21
**heat** 75:5

Dr. Ernest Chiodo
August 20, 2015

heavy 117:2
Heidi 2:10 4:17
help 44:21,25
helpful 29:12
Hemmings 78:7
hemoptysis 49:2
hereditary 85:2
  89:10
hereinabove 155:2
herring 26:25
hidden 30:4 58:24
  64:5 95:7 124:12
high 35:16 87:15
  89:5 112:9 121:19
high-flying 34:11
  35:17
high-rise 21:19
higher 29:19 30:24
  131:7
highly 47:18 121:16
  121:21 132:15
highly-allergic
  121:6
Hills 105:16
hired 9:2,4 133:7
history 38:25 39:20
  40:4,10,14,18,21
  48:7 49:6,7,8,19
  57:25 114:7 141:7
hits 55:8
hitting 54:21
holding 27:19,21
home 17:9,13,21
  53:1 114:23
  141:18
home-bound 142:2
homes 5:20,23
homicide 152:23,24
homicides 153:3,8
horsing 151:19
hospital 61:8 116:7
Hospitals 147:3
host 40:25
hot 37:12 55:16
  153:5,6,7
hour 96:17,17 146:8
hours 35:2 61:13
human 125:22
Humid 55:17
hundreds 35:23
hygiene 7:2 20:22
  29:4 34:4 62:10
  71:1,2 115:7
  117:14,16,17,18
  130:14
hygienist 54:13
  63:18 70:19

115:18,22,24,25
116:6 117:12
120:7
hygienists 22:17,19
  23:7 70:21 99:13
  102:25
hypersensitivity
  19:18 20:14
hypothetical 27:2
  123:18

─────── I ───────

ice 152:23,25 153:1
  153:4
iceberg 36:24
idea 23:2 58:9
identification 12:4
  66:5 79:18 90:20
  96:23 110:25
  143:23 147:25
  150:8 152:4
identify 24:19
  59:21 152:1
identity 120:5
ill 34:13
Illinois 1:17,18
  108:10 154:1,6,15
  155:8
illness 150:18
illnesses 110:19
immediately 60:13
  60:15
immunologist 99:16
  101:5 121:5 133:6
  133:15
immunologists 97:25
  99:14 100:10
immunology 69:11,15
  69:20,22,24 71:7
  71:16 97:23 98:4
  98:23 101:3
impact 9:16 83:15
  86:20
impermeable 27:12
  52:12 53:14 54:21
  55:9 135:16,19,24
  136:18,24 137:2
implication 83:7
implies 143:19,20
important 36:18
  118:13 119:24
impression 143:13
  145:2
in-depth 74:3
inability 119:20
inappropriate 24:7
include 55:22 75:2

86:2 92:23
included 19:2 127:2
  127:2
includes 6:24 69:19
  81:17
including 22:24
  54:2 71:23 72:5
  74:14 82:7 84:14
  96:5 130:22 150:5
income 15:13,17,24
  16:6,8,14 17:5
  143:11 144:19
inconsistent 81:7
  92:20
incorrect 87:18
  101:7 108:14,24
indicate 24:16
indicated 26:2,3,6
  47:18
indicates 111:23
indicating 25:25
  58:4
indication 29:22
  30:15 41:23 46:20
  48:24 58:14 62:4
  117:1
indicator 25:10
individual 9:8
  17:13 19:22,24
  21:17,22 31:15
  36:23 39:1,2
  45:22 47:19 105:5
  105:8,12,25
  114:20 121:7,16
  130:9 136:2
individual's 114:23
individuals 7:10
  17:14 55:1 77:3
  80:18 106:17
  114:19 141:16
indoor 24:6,14,17
  24:24 25:6,11
  26:9 29:13,15,22
  30:20
indoor/outdoor 25:7
indoors 25:9,21,23
  29:19 30:24 31:2
  31:4
industrial 7:2
  20:22 22:17 23:7
  29:4 34:4 36:10
  54:13 62:10 63:17
  70:19,20,25 71:2
  99:13 102:24
  115:7,18,21,23,25
  116:6 117:11,14
  117:16,17,18

120:7 130:14
inevitable 24:22
infestation 117:2
inflammation 49:3
  75:7
inform 63:20,22
information 56:22
  57:25 58:1,18
  61:14 85:14 115:9
infrared 75:5
infrequently 10:22
infusion 93:19
ingestion 138:25
inhale 22:9
initial 12:13 61:21
  66:7 76:9 136:22
initially 65:20
injecting 139:1
injured 112:16
  149:15,19
injuries 141:17,18
injury 54:6 111:18
  112:14
inside 135:5,17
  137:6
inspecting 115:12
inspection 24:18
  115:1
Institute 32:9
instructions 5:12
insult 130:24
intend 103:10
intending 55:18,20
intentional 26:24
interested 44:20
  85:19 155:4
interesting 148:14
interior 35:17
  55:11
internal 8:5,6,8
  48:15,19 69:14,15
  69:19 72:2,3
  73:11,12,20 74:6
  98:8
internet 144:14
  147:12
internist 73:16
interpret 47:1
Interpretation 25:5
interrogatories
  154:21
interrupt 34:15
Interruption 63:4
interval 59:6
intervening 58:11
  59:11
interview 114:6

**Dr. Ernest Chiodo**
**August 20, 2015**

interviewed 144:1
intravenously 139:2
intrusion 52:25
  53:1 54:16
intrusions 54:15
  55:2,5 63:3,9
  105:23
Investment 107:13
involved 9:15 12:8
  23:16 104:5
involvement 28:16
involving 106:17
  107:15
iPhone 93:2
irritation 41:9
IRS 15:18
issue 18:21 42:16
  50:4 70:11 71:24
  86:15 87:3 90:6,8
  109:17 112:3
  125:10 142:16
issues 18:10,12
  23:16 61:3 70:6,9
  73:7,16 96:12
  114:18 115:11
  134:17 140:1
  141:14,15 145:15
  146:21 149:20
it'll 45:13 110:19
  115:4
items 47:6
IV 93:19

**J**

JAR 1:6
Jersey 104:23
joint 32:10,10
Jones 116:9
journal 98:1,3,7,23
  101:10
judge 31:25 35:1
judges 32:11,12,12
Judicial 32:4
July 48:21 49:12
June 41:13 64:12
  83:2
junk 62:15 82:15
  131:18,19,22
  137:25
jury 134:13,15

**K**

keep 11:16 15:16,24
  35:6 55:6 65:13
  71:17 78:3 135:19
  139:13 146:13
Kenneth 105:15

kid 132:5
kidneys 73:22
kin 155:4
kind 8:19 17:20
  19:12 32:13
knew 90:25 91:22,23
know 8:13 10:20
  12:21,23 14:7
  15:15,23,23 16:4
  16:9,24 18:18
  19:23 21:9,9 22:7
  25:1,19 27:8
  31:20,25 32:18
  36:19 42:5,13,17
  42:19,20 44:3,16
  44:19 52:5 54:25
  55:3 56:24 57:2
  58:19 59:6 64:3,6
  64:14,23 65:4,10
  65:10 67:13 68:10
  72:6 73:14,21,22
  73:23,23,24 74:1
  78:23 79:2 81:1
  86:17 87:11,19
  88:25 89:18 90:11
  91:9 93:4 94:18
  94:23 95:19,21
  98:6,20 100:5
  101:2,8 102:16
  109:17,20 111:14
  111:16 113:4,13
  114:12 117:24
  118:1,22 119:15
  119:17,18,22
  122:21,25 123:13
  126:17 127:21,24
  129:21,22,24
  132:21 133:1
  134:14 136:25
  137:16 141:1,2
  143:16 146:14
  147:5,14 148:11
  149:2,5,6,7
  150:25 151:12,17
knowing 64:1
knowledge 33:17
  69:23 70:23 71:5
  71:12 74:4,5
  76:13 77:10 78:21
  79:3,7 82:5,11
  91:7,21 92:12
  100:18 102:3
  113:24 142:10
  150:21
known 74:15 92:8,16
  94:16 148:23
knows 35:25 67:15

79:1

**L**

laboratory 116:23
  116:24
Labrake 106:9
lack 41:24 77:10
laid 23:20,20
large 88:6
largely 50:6 123:9
largest 141:21
late 92:10
latent 124:12
LAURA 1:15 154:4
  155:14
law 6:21,23 15:20
  15:21 23:5 142:24
  144:5,11,18
lawsuit 40:17
lawyers 111:18
  112:14
lay 134:14
laying 118:25
  133:23
layman 41:21 42:1,3
  60:4
lead 21:16 24:9
  52:13 54:14 58:16
  59:4 61:18,22
leads 22:3 51:2
  77:6 140:15
leafing 89:22
learn 34:3 35:13
  150:20
learned 92:13
  116:13
leave 81:21 82:12
  93:25 125:5 136:3
  137:25
led 42:15 53:16
  59:5,11 119:19
  128:16,17 136:7
  140:1
left 39:9
left-hand 82:18
  98:3 150:15
legal 6:8 148:12
legitimate 112:21
  112:23 113:1,3,4
  113:11,12
length 88:7
lens 76:12 80:19
  86:10
lenticular 76:7
let's 5:24 11:23
  14:5 17:8 30:18
  31:7 46:5 89:13

90:16 142:18
  152:10
level 29:19,20 61:9
  61:10 89:4,6
  128:20,24 129:9
  131:7,11 133:20
levels 30:24 118:23
  130:20 131:13,20
  133:3,18
licensed 6:21
lied 151:23
life 50:14 73:19
light 51:2 76:21
liked 27:4
likewise 72:17
limit 23:5 129:18
  129:20
limitation 93:22
limited 68:20
limits 23:4 129:16
  130:5,13,15
  131:24 132:25
line 36:22 78:9
  86:6 120:17,17
lines 19:1 83:1
link 150:20
liquid 52:13 54:22
  135:23
Lisa 106:9
list 11:3,5 14:7,9
  14:23 103:25
  108:22 109:6,12
  109:14 141:7
  142:7
listed 47:6 66:15
  147:10
listen 65:1
literature 31:10
  62:13 74:13,18,19
  74:22 76:20 77:18
  77:20 78:18 79:5
  81:22,24 82:2,14
  92:6 93:1,3 94:2
  94:3 100:6 101:12
  102:15,17,19
  136:5 138:2
litigants 7:14,14
litigation 4:21
  7:19 8:1,2,3,10
  112:20
little 6:18 10:23
  13:11 21:24 31:3
  34:3 45:1,8,18,24
  62:24 64:7 82:19
  125:14,18 136:10
  136:14 144:15
live 5:18

**Dr. Ernest Chiodo**
**August 20, 2015**

---

living 17:9 21:23
  50:14,16,17
LLC 106:10
LLP 2:7
locate 56:18
located 135:2,4
location 24:19
log 15:16,24 146:13
logic 52:16 125:8
long 11:9 49:13
  56:13,19 64:13
  79:2 99:23
longer 43:2 127:14
look 10:24 11:22
  13:21 44:20 47:15
  57:8 60:4 63:18
  65:20 81:13 86:14
  98:2 102:20
  109:13 146:20
  152:22
looked 57:6 59:24
looking 10:25 21:15
  44:23 45:24 47:2
  80:12,17 104:21
  105:13 106:8
  112:25
looks 13:15 14:2
  59:24 62:24 65:21
  66:9,12 107:2,4
  144:1,3 150:13
  152:9
loop 11:21
Lori 105:14
lose 61:13
loss 94:12 95:1
lot 16:5,6 36:14
  112:19,19,21,23
  113:1,2 124:7
  126:9 146:14
  147:7,8 149:21
  151:19,21,22
Louis 2:3 50:14,18
  105:17 127:12,13
  127:16
low 87:14 89:4
lower 31:3
luck 108:1,24 109:3
lucrative 146:3,9
lungs 73:23
lying 54:18 138:13

---

**M**

M.D 33:19
Ma 104:22
ma'am 4:10 5:10
  6:12 11:11 13:18
  14:21 31:6 34:20

35:4 46:12 49:18
  64:11 66:9 74:11
  75:19 91:20
  104:25 105:2,19
  107:11 111:5
  135:7 148:8
  150:13,14
magnitude 10:11
main 145:6 146:2,7
maintain 7:3
major 36:9 37:13
  143:6
majority 9:10
  143:10
making 44:20 62:9
  96:11 124:6
maladies 41:1
man 131:19
manage 146:17,24
Management 104:22
manages 146:19
manifestation 20:13
  22:2,5 42:25
  48:10 50:11 77:4
  88:20 121:3,13,18
  122:4 124:5 127:4
  127:18 128:17
  129:1 137:12
  139:15,25 140:4,7
  140:24
manifestations
  20:15 49:11 121:8
  122:1 137:15
manifested 132:20
manner 43:15 58:22
  93:12
Manual 32:3 38:22
  51:5 60:25 72:10
  74:23 76:22 80:1
  81:8,9,14 82:4
  84:22 88:1 96:2
  125:11
maple 46:1,1
mark 11:24 14:16
  45:11 79:14 96:20
marked 12:2 66:3
  69:7 79:16 90:18
  96:21 110:23
  143:21 147:23
  150:6 152:2
market 147:1,3,4,6
  147:7 148:25
  151:20,22
marketing 147:8
  149:8 151:21
marks 44:14 45:8,15
markup 149:11

master 21:5,7 34:1
  35:6,7 36:5 37:6
  99:20 101:1 102:6
matches 50:25 51:22
material 135:14,15
  136:23
materials 112:10
  113:17
matter 17:2,19 19:3
  25:2 26:19 27:15
  28:13 29:7 30:5
  32:18 35:19 53:9
  56:15,16 60:7
  64:15 68:24 70:10
  72:8 100:12
  101:22 102:12,22
  115:11 116:15
  117:6 120:11
  122:12 125:7
  128:20,23 133:19
  140:11 142:11
mattress 46:19 53:2
  53:6,8,14,14
  115:12 118:21
  119:2,3,10,16,23
  120:5 121:2,23
  122:2,3,23,24
  123:2,6 124:8,10
  124:22,24 125:2
  127:1,1,15,17,20
  128:3,5,6,7,12,15
  128:18,23,25
  129:2,4 131:8
  132:21 133:24
  134:4,4,6,10,23
  134:23,25 135:2,5
  135:6,13,14,14,17
  136:8,9,9,14
  137:14,21 138:14
  139:11,13,21,23
  139:25 140:3,6,15
  140:21,25 141:4,5
  142:13,15
mattresses 141:10
  141:15 142:8
mean 10:17 15:17
  34:14,25 51:11
  57:4 60:16 67:10
  68:6 78:25 85:9
  92:16 97:10 100:9
  103:4 104:16
  110:6 120:16
  122:17 142:9,16
  147:4,5,7
means 25:12 85:10
  89:9,12 95:18
  139:6,6

meant 32:11
measure 75:25
mediated 58:6
medical 6:7 7:3
  17:23 21:2,5
  33:18,22,25 36:9
  37:13 40:13,14,20
  54:1 58:4,5,7
  62:11 71:11 88:9
  89:19,21,22 91:2
  91:24 92:11,13,15
  100:20 101:21
  114:1,3 141:20
  144:20 145:7
medication 87:18
medicine 7:11,20,21
  8:4,6,7,8,21 9:13
  20:10,19,24 22:4
  32:9 33:15 34:8
  35:9,14 36:1,8,18
  36:25 37:5,9,11
  37:19,24,25 38:21
  43:15,23 48:15,17
  48:18,19 51:4
  63:14 69:14,15,19
  70:2,4,5,16 71:14
  72:2,3 73:12,13
  73:20 74:6 98:8,8
  98:10 99:12
  101:23,24,25
  102:1,4 117:18
  122:9 133:7
  140:12 144:18
  145:24
meet 41:10 72:11
  82:15
memorized 57:4,12
  88:11 90:4
memory 15:11 47:17
  90:13,15
mention 21:8
mentioned 56:9
  76:11 120:1
Merck 74:23 76:22
  80:1 81:8,9,14
  82:4
merely 88:17 100:5
met 4:16
meter 121:12
method 93:7,22
  95:11
methodologies 32:17
methodology 51:3
  140:10
methods 93:9 138:22
metropolis 90:4
Michigan 5:19 6:1,5

---

**Dr. Ernest Chiodo**
**August 20, 2015**

8:9 70:25 106:10
106:11 107:13
117:16,17 141:21
141:23
**micro** 17:24 18:6,15
**middleman** 146:22
**mild** 45:10
**million** 129:21
130:1
**millions** 35:23
**mine** 82:12 87:5
101:7,15 148:15
**minimize** 120:9
**Minneapolis** 2:9
4:19
**Minnesota** 2:9
**minor** 18:21 19:3
**minute** 119:7 121:9
132:2,8,24 137:11
137:13 152:11
**misinterpretation**
80:25
**misquoted** 111:17
112:18
**Missouri** 1:1 2:3
105:17
**misunderstand** 5:14
**misunderstood** 131:2
**mites** 51:9,10,13,13
51:15
**Mithun** 2:7
**mix** 46:2,3
**Mm-hmm** 123:22
**mobile** 17:12,21
**mode** 12:17
**modern** 151:10
**mold** 9:13,18,20
10:3,4,5,7 11:1
14:9,18,20 17:15
17:17,20,22,22,24
17:25 18:1,2,6,14
18:14,24 19:10,12
19:20,20,21,22,24
20:1,7,12 21:12
21:13,13,14,14,18
21:20,22,24,25
22:1,2,8 23:16
25:13,14,18,19,25
26:1,6,15,20,22
27:4,6,7,8 28:9
28:12,17,21,22,25
29:19,21 30:7,8,9
30:10,12,17,17
31:2,2,10,11,13
31:15 32:19,19,20
32:22,22,24,25
42:7,14,18,21,23

43:1,1,4,6,19,20
44:5 45:16,23
46:4,4,6,6,8 48:4
50:8,15 52:3,10
52:14,15,17,20,22
53:5,8,9,11,16
54:14,23 56:12,13
56:14,18,19 57:13
57:18 58:2,6,22
58:25 59:5,11,21
59:23,25 60:2,6,8
60:14,18 61:15,19
61:25 62:2,17,20
62:25 63:10,19,21
64:1,4 70:7,9
84:12 94:16 99:18
101:19 104:5,12
105:6,24 106:6,19
106:21 107:17,22
108:4,5,9,9,12,15
108:15,23 109:25
110:16 112:19,22
113:2 114:14
116:20 117:5
118:6,17,22
119:25 120:9,11
120:21,22 121:8
121:17,19 122:11
124:9,10 125:1
127:8,8 130:5,6,7
130:8,22 131:8,10
132:25 134:5
135:2,17,18
136:21 137:5,19
137:19,22 138:15
139:1,5 149:15,20
150:4,11,17
151:12 152:7
**mold-contaminated**
50:9
**mold-related** 89:17
**molds** 18:3 20:5,6,8
43:22 46:13,14,14
**moldy** 43:3 51:17,23
77:11 118:21
119:3,10,16,23
121:2,23 122:2,3
122:23 123:3,6
127:1,14,17,19
128:2,4,6,7,12,15
128:18,23,25
129:2,4 132:20
134:9,22,23,24
135:14 136:23
137:14 139:11,13
139:21,23,24
140:3,5,21,25

141:4,5
**moment** 47:24 57:3,6
60:19 86:14
104:15,17
**money** 12:20
**monitor** 148:4
**monitoring** 17:23
**monographs** 71:14
**monoxide** 60:22 61:6
61:7 129:19,20
130:2,3
**Monroe** 1:18 154:14
**month** 23:12
**months** 8:22,25
57:16 59:2 61:20
62:1,6 64:15
113:20
**Moore** 17:9
**morning** 4:8
**mortar** 55:6
**mouth** 119:1 147:13
**move** 4:16 89:13
90:16
**moved** 43:4
**movement** 28:20
**MUKAHIRN** 1:15 154:4
155:14
**multiple** 5:9 47:20
118:4 123:20
**murdered** 145:12

———————————

**N**

**N** 2:1 3:1
**name** 4:16 5:3
**NASA** 34:9,9
**nasal** 49:23 136:20
**National** 32:5,5,6,7
32:8
**nature** 19:7 26:17
55:19
**near** 25:1
**necessarily** 12:8
39:20 66:18 68:14
68:20 72:19 114:8
120:24 122:17
139:10
**necessary** 19:11
43:13,16 57:13
88:23 114:24
**need** 5:15 15:18
18:1,2 19:23
20:18 21:8 22:7
25:14 36:5 63:7
66:10 77:21 84:7
109:20 111:7
114:22 115:20,20
115:21,25 116:8

121:11 134:16
146:16
**needs** 34:5
**negative** 43:19
**neural** 93:15
**neurology** 73:25
**never** 133:12
**new** 13:14 36:21
96:19 104:23
111:2,21,24
**night** 49:1,24,24
**Ninth** 2:8
**nonsense** 139:19
**nonsteroid** 80:21
**normal** 29:20 33:10
37:1 48:9 100:24
134:11 135:20
**North** 35:21 127:8
**nose** 73:5,8,24
95:20,21,22 96:6
96:9 126:2
**not-for-profit**
141:22
**notary** 1:16 154:5
155:7
**notation** 45:5 46:21
**note** 41:14 45:25
48:20 49:19
**noted** 106:25
**notes** 45:18
**notice** 1:15
**nullify** 62:6 85:25
**number** 10:7 38:9
41:2 61:2,12
113:20 118:16
131:3
**numbers** 46:1 143:18
**numerous** 75:13
**nurses** 141:20
**nursing** 141:22

———————————

**O**

**O** 2:10
**o'clock** 1:20
**OAIs** 25:1,2
**Oak** 46:2 105:15
**oath** 145:5
**objection** 67:25
68:1 98:25 110:5
120:14
**obstructive** 106:2
**obtained** 116:12
120:18
**obtaining** 115:13,22
116:5
**obtains** 116:9
**obviously** 6:13

**Dr. Ernest Chiodo**
**August 20, 2015**

12:22 64:12 65:4
72:21 86:24 93:13
97:12 99:7 104:19
106:14 141:13
**occupant** 25:5
107:16
**occupants** 24:3 25:3
107:17,21 110:3
**occupational** 7:10
7:20,21 8:4,21
9:12 20:10,18,23
22:3 23:1 33:7,12
33:24 36:3,8,18
36:20,25 37:3,5
37:23 38:20 43:14
43:23 48:17 51:3
63:14 70:2,3,5
98:8 99:12 100:1
100:25 101:24
117:18 122:9
131:25 133:7
140:11
**occur** 24:10 75:1
**occurs** 24:5
**October** 49:20 58:8
**offer** 92:3
**offered** 90:23
**offhand** 10:6 44:19
104:14 141:13
142:6
**office** 6:4,7,8,8,10
7:4,18 8:16,17
13:8 43:8 44:10
**offices** 5:21 154:14
**official** 155:6
**oh** 10:17 19:17 62:2
80:23,25
**okay** 6:6,10 8:12,23
10:15 11:20 13:9
14:5,10 15:8
20:11 23:23 30:11
41:18 46:6 47:4
66:20 74:25 77:23
78:11,24 81:25
85:21 93:2 97:3
97:20 98:13,19
99:10 104:18
105:13 106:24
107:9,20,24
110:16 111:12
113:25 114:5,10
118:22 126:10
129:14 132:13
143:9 152:10
153:15
**oldest** 141:22
**once** 34:20 35:4

**one-time** 87:17
**ones** 11:1
**onset** 39:3 42:21
76:4
**opacities** 76:12
80:20 83:25
**opacity** 86:11
**open** 28:4
**opened** 7:17 8:15
58:23
**operating** 58:20
**ophthalmologist**
71:21 72:16,18
79:2
**ophthalmologists**
75:23
**ophthalmology** 71:19
73:17
**opine** 55:18,20 69:5
72:19 122:7
**opined** 141:9
**opinion** 53:4 58:20
59:12,19 65:4,10
65:11,13,24 67:24
74:8,20 76:17,19
76:19 77:19 79:6
79:6,21 81:21,23
81:25 82:13 90:10
91:6,12,16,19,20
92:1,3,5,22 93:25
94:2,4 95:25
100:10,11,14,16
100:17 101:7,13
102:18 105:8
106:5,20 107:20
110:1 113:9
115:10 118:9,10
119:4 120:8
126:19,24,25
128:19,21 131:5
131:16,16,23
133:21 136:4,5
137:4 138:1,23
**opinions** 67:23 68:7
68:9,11,22,23
69:1
**Oppenheimer** 2:7
4:18
**oppose** 82:12
**opposed** 29:23
104:13
**opposing** 113:2
**opposition** 113:3
**oral** 154:20
**order** 19:9 33:19
34:5 49:17 72:5
100:21 102:5

106:9 120:20
137:23 138:10
**organic** 133:1
**organization** 22:19
23:8 71:2 97:24
117:15 141:23
**originally** 67:23
**OSHA** 2:3 129:17
**otolaryngologist**
94:22
**otorhinolaryngol...**
72:25 73:6
**ototoxic** 91:3,23
92:17 94:24
**ototoxicity** 92:8
93:11,16,23 95:17
96:6
**outdoor** 29:13,17,20
29:23 30:20 127:8
**outdoors** 25:9,21,24
30:24 31:3,4
**outside** 27:8,10
31:11 121:19
131:9 134:1 135:5
137:7,9 153:6
**outward** 126:4

---

**P**

**P** 2:1,1
**padding** 54:20 56:25
**page** 3:2,5 13:14
38:24 61:1 66:15
69:4,6 72:11
74:24 82:17 84:24
88:3 96:4 98:2
99:4 111:11
144:12 149:14
150:10
**pages** 13:13 23:20
75:16,18,20
144:14
**pain** 49:2
**paint** 17:17
**painted** 85:10 95:1
**Palm** 5:21 7:4,6,13
**palpitations** 49:9
**panel** 46:5,5,6,7,9
**panels** 20:7 46:8
**paper** 28:23 83:15
101:8,11,11
**paragraph** 82:20
83:20 146:2
**parcel** 8:3
**pardon** 38:1
**part** 8:3 22:20
39:19,24,25,25
41:25 42:12 51:10

52:6 53:5,25 75:7
77:8,13,16 84:18
100:24 108:11
119:16 122:6
125:8 131:15,21
135:18
**particles** 136:16
137:6,20
**particular** 95:12
106:22 110:15,20
113:10,16,17
120:4 123:15
**particularly** 43:24
54:11 85:8
**parties** 155:5
**parts** 129:21 130:1
**passage** 25:12
**path** 29:1,5
**pathologist** 145:8
**patient** 7:25 37:15
39:21 40:3,9
49:22 114:6,7
116:8
**patients** 7:12 8:9
8:24 54:6
**pattern** 62:21
**Paul** 5:5
**pay** 15:17
**peanut** 132:6
**peanuts** 132:7,10
**peer-reviewed** 62:13
92:6 93:1 138:2
**pencil** 14:16 104:4
**penetrate** 135:21
**penetrating** 135:20
**people** 6:13,15 7:18
8:19,20 16:20
25:17 59:22,24
75:11 87:13,15
89:4,5 90:12
112:5 126:9,13
129:22,25 137:23
142:2,3 147:11
149:14,18,19
150:22 153:2,6
**percent** 7:17 16:7
16:13,19,20,23
17:4 143:14 145:8
**percentage** 7:12
15:22 16:18
143:19 145:6
**percentages** 143:19
**perception** 41:25
42:3
**perfectly** 117:3
149:10
**perform** 45:3

**Dr. Ernest Chiodo**
**August 20, 2015**

performed 60:13
96:15
period 52:8,19,24
58:11 59:12 65:17
87:10 123:2
permeate 28:1
permeating 54:19,19
permissible 23:4
129:18,19
person 22:8 32:25
37:16 38:6 42:11
115:16,22 116:5
146:23 151:2
person's 39:6,11
personal 111:18
112:14
personalities 8:5
personally 115:12
115:13
perspective 20:24
36:4 37:4 38:21
86:21 100:2
perspiration 54:17
62:22 63:1
phlebotomist 116:10
116:11
phlegm 49:1
phonebook 90:4
photographic 47:12
90:14
physical 49:22
physically 88:8
physician 6:14,14
6:24,25 15:20
32:24 36:12 38:4
53:24 54:9 56:6
87:23,24 94:11
116:10,14 140:10
140:12
physician's 141:25
physician/patient
7:9 9:7
physicians 21:1
54:4 70:18,22
71:11 77:10,12,14
77:14 94:7 145:14
pick 125:16,19
picked 133:16
picture 125:6,7
pigweed 125:19,24
place 118:23 155:1
plaintiff 1:4 2:5
10:2 12:24 89:11
108:3,16,23 109:4
109:23 110:12
plaintiff's 147:14
plaintiffs 8:25 9:2

12:14 17:18
109:18 113:14
149:21 150:1
plane 71:10 132:6
plant 36:11,12,22
36:25
plants 117:20
plastic 27:5,7,9,11
27:18,20,21
plausible 39:6
play 16:18 18:4
23:3 145:15
Plaza 2:2
pleadings 19:6
please 5:4,14 22:14
34:19 105:20
plenty 127:11,12,15
plural 117:23
point 24:12 34:19
40:21 47:5 91:4
93:5 102:19
103:11 109:1
111:9 124:6,13
135:24 138:3
151:16
points 61:2 72:12
pollen 124:16 125:3
pollens 123:21,24
124:1,20,20,23,25
pops 150:22
portion 13:10
118:20 143:7
portions 120:13
pose 27:9
possibility 63:20
possible 25:6 38:19
40:17 56:19 68:22
123:23
possibly 75:10
posterior 76:12
80:9,19 81:1,12
81:18 83:25
postocular 76:7
potential 7:14
31:15 93:11
potentially 101:17
practice 6:3,19,20
6:21,22,22,23,23
6:24 7:6,7 8:8,21
20:25 33:10 37:2
74:4 100:24 143:7
145:23
practiced 144:17
practices 6:11
142:20
practicing 15:20
precision 143:20

predisposition
89:10
Prednisone 71:25
72:6 74:10,14
77:9,16 81:17
82:7 87:7,10 88:8
89:15
preexisting 94:25
106:1
prefer 151:10
153:14
preliminary 5:12
premise 130:22,25
preparation 13:3
65:7
prepared 44:9 135:7
prescribed 94:12
prescription 77:8
presence 19:11
24:22 25:10
present 17:20 18:4
19:12 57:18 64:16
64:22 154:15
presentation 84:18
presents 49:21,22
president 117:13,14
presidents 70:25
pressure 41:7
pretty 34:15 90:12
111:23 112:1
150:2
preventative 33:15
37:9,19,25 48:18
70:16 98:9 101:23
102:1
prevention 75:23
preventive 75:25
previous 15:1,3
previously 4:16
13:25 154:16
primarily 32:11
primary 144:19
Prime 148:11
principal 29:4
printout 144:13
150:10 152:6
prior 119:14
privileged 68:2
probably 8:17 50:13
64:15,24 73:14
90:3 91:1 133:8
problem 39:6 52:6
88:22 119:6,17
131:15 149:9
problems 24:2 25:18
38:15 39:12 50:3
50:12,15 78:6

84:10 122:22
123:4 124:13,14
124:19 128:1,3
129:5,23,25
process 27:1 39:3,4
39:7,13 65:19
116:18 125:9
138:4
processes 38:10,11
proclaiming 72:9
produce 23:24,25
93:10
produced 84:10
product 18:9,20
product-related
104:11,12
production 49:1
profession 26:4,5
70:24 117:13
professional 6:4,7
6:19 116:13
Program 71:12
prolonged 88:19
promise 78:15
151:24
pronounces 4:13
pronouncing 107:10
proper 32:17 38:12
101:21 116:22
120:19,20 128:13
properly 30:19
128:11
properly-trained
122:8
properties 54:10,11
proud 144:8 145:16
provide 18:25 67:24
provided 12:7 13:25
15:5 40:14,19
77:17 101:12
102:17 115:8
public 1:16 21:6,7
34:2 36:5 37:6,8
37:18,24 48:17
70:15 98:9 99:20
101:1,25 102:7
154:5 155:7
publication 23:9,14
32:10,11
published 98:2,22
pulmonary 106:3
pulmonologists
100:8
purchase 56:10,11
purely 18:8
pursuant 1:14 14:22
push 136:7,8,9

**Dr. Ernest Chiodo**
**August 20, 2015**

put 10:8 14:7 45:11
45:13 55:10 82:24
94:14,17 95:5
104:4 111:20
133:20 136:23
149:2,3,4,11
150:25 151:18,21
151:22
putting 118:24
puzzled 134:2

**Q**

quadriplegics 54:7
141:17
qualifications
32:15 69:5 72:12
87:25
qualified 44:8
55:23 56:5 59:20
60:4 72:2,19,22
95:24 96:5 100:11
101:6 102:9,11
112:1 117:10
qualify 61:1
qualms 117:5
quantify 146:15
quantities 137:11
137:13
quantity 132:2,24
question 5:14 16:11
17:2 26:14 27:15
28:8 31:5,18
34:16 35:10,11
40:1,7,12 41:21
45:5 59:15,18
61:22,22 78:9,14
78:17 83:16 85:20
89:20 90:6 91:11
93:6 95:16 97:7
97:16 99:15 104:8
110:7 118:22
120:10 122:20
123:12,13 125:14
130:18,23,25
131:2 152:16
questioning 68:12
86:6
questionnaire
149:16
questions 4:23 35:7
68:15,25 117:5
144:16 154:24
quick 104:8
quickly 44:21
quite 10:17 88:20
quiz 83:5 90:22
91:10

quizzed 80:14
quote 111:10,13,15
111:21 144:18
146:1,5,6
quoted 111:5

**R**

R 2:1
radiant 55:8
radiation 112:6,7
112:12
radiational 84:2
radioactive 112:10
Rag 46:3
Ralph 1:3 4:24
38:13 49:21 67:19
95:12
ran 148:17
rapidly 56:15 61:8
rare 85:12,13,16
rash 19:19 48:24
rates 152:22,23,24
152:25
ratios 25:8
reacting 45:9
reaction 19:21
45:10,23 48:2
125:24 126:16
130:8,10,12
reactions 46:22
126:23
read 29:11 44:8
47:8,8 71:10
75:17,20 78:19
80:15 81:7 83:2
83:12,13 97:3,4,5
97:12,13,16 98:20
99:1,3,5,7,8
100:3,3,4 101:9
153:11
reading 23:19,22
83:9 101:10
111:20
reads 23:23
real 99:15
realize 26:9
really 13:6 29:3
49:14 65:7 70:18
75:17 77:4 89:7
102:11 117:19
134:19 143:16
reason 15:7 36:1,20
37:5 42:14 89:16
90:1 96:7 98:21
100:17 131:21
135:18
rebuttal 47:10

67:12 103:1
recall 4:15 10:1
12:21 43:9,10,11
47:21 64:11,17
67:14,20 89:25
90:11 96:18 97:10
101:10 104:14,16
105:11,18 106:12
106:15,22 107:14
107:18 109:16
113:19,21 141:11
141:12 142:6
143:25
received 87:8 88:8
95:12 149:4
recertification
69:17,18
recognize 16:3
recognized 51:2
118:11 140:9
recollection 14:12
14:20 64:16,23
105:25 127:9
recommend 75:24
recommendations
22:23
record 5:4 15:25
17:1 35:6 44:24
48:11 52:1 58:4
79:10 103:19,22
107:1 111:2 114:9
118:24 152:10,13
154:24
recorded 45:17
records 13:3 40:13
40:15,20 48:8,13
49:25 57:4,6,9
65:7,20 66:16,18
66:21,23,24,25
67:4 88:9 89:2,21
89:23 90:3 103:12
114:2,3,18 115:7
recurrent 41:6
red 26:24 46:1
redesign 35:21
reduced 76:1 154:11
refamiliarize 111:8
refer 5:1 28:14
82:23
reference 31:20
32:2 38:22 51:5
55:13 60:25 72:10
79:25 81:10 84:22
88:1 90:7 96:2
125:11
referenced 79:21,22
80:8 84:21 91:12

referred 70:4 155:2
referring 9:6 25:2
82:25
refers 28:13
reflect 118:24
refresh 47:17
regards 44:3
relate 14:19 48:9
72:15,21 82:9
related 11:1 14:9
18:13 25:18 42:25
48:3 106:21
107:21 141:10
relates 73:8 122:11
relating 51:15
relationship 7:8,9
9:7 101:19
relative 131:4,6,6
relevance 119:14
relevant 52:18
55:21 62:10 68:10
71:17 87:4 90:8
93:15 118:19
119:5 142:11
reliable 23:15
102:20,21
rely 39:20 91:15,18
91:22 92:7
relying 52:2 78:17
remaining 88:15
remember 104:24
remove 28:22
removed 24:7
render 68:9 82:13
100:11 115:10
rendering 118:8
rented 105:6
rephrase 5:15
report 41:3,12
43:12 47:3,5,9,10
47:11,11,13,17
65:13,24 66:1,7,8
66:13,17 67:1,3
67:22 68:20 69:2
79:23,24 80:14
83:3 103:2,8,16
103:16 116:25
reported 41:18
154:10
reporter 79:14
154:5
reports 13:3 67:12
67:13 103:5
represent 4:19
representative
58:25 118:5
120:25

**Dr. Ernest Chiodo**
**August 20, 2015**

represents 24:5
  83:15
reputation 117:12
request 64:21,23
requested 67:23
require 102:4
required 92:24
requirements 82:16
requires 33:17
requisite 100:13
reread 83:8,17
  90:23 91:8
Research 32:5,6,6
residency 92:15
resolution 42:24
resolve 39:5
resolved 50:5,6,7
  123:8,9
respect 5:13 8:12
  8:14,23 12:14
  13:9 19:10 47:25
  87:7 93:7 109:25
  131:6 138:7
respiratory 106:1,4
  106:5 136:19
  139:3,6
respond 125:22
response 87:12
  125:21
restaurant 37:18
result 93:11 137:15
results 45:2 60:19
  61:23
Retail 1:6 4:20 5:1
retained 12:9,11
  15:6 17:18
retaining 108:17
reverse 106:9
review 12:25 13:2
  14:8 43:7 44:18
  47:4,12 48:7,22
  65:7 67:18 103:12
  114:1
reviewed 66:15,16
  66:19 67:4,11,14
  80:13 88:10
  125:18 126:1
reviewing 13:24
reviews 114:9
rhinitis 19:19 38:7
  48:25 50:1
rid 30:13
right 4:9 11:9 14:4
  35:20 39:21 42:7
  56:16 66:1 83:21
  90:16 109:23,24
  119:1 133:10,12

142:20 144:16
  148:9 150:3
ringing 41:6 49:4
rings 11:7
risk 18:5 27:10
  75:2,11 76:1,13
  76:23 81:3,5,14
  81:15,18,20 82:8
  84:9 85:24
Rockford 108:10
Rockwell 35:21
room 21:18 118:21
  126:11
roughly 146:12
Round 148:20
rule 11:4,13 12:6
  13:16 14:23 31:14
  32:13,14 38:10
  39:16 48:2 51:8
  51:14
ruled 50:10 85:1
run 64:8 148:21
rush 153:3

_____

**S**

S 2:1,4 3:4
Sacramento 143:4
sales 17:10 153:5
Sam 107:9
sample 58:17 116:9
  116:12 117:2,23
  118:3,5,14,19,20
samples 115:13,23
  116:5,19,20,25,25
  117:23,24 119:4
  119:13,25 120:3
  120:12,18
sampling 24:13,15
  24:16,18,24 26:8
  26:21 120:22
satisfactory 116:2
  116:4 117:4 118:3
  118:7
saw 43:9,11,11
  58:23 76:6 118:6
saying 30:23 31:23
  60:16,24 62:7
  68:21 82:14 92:18
  92:19 96:13 117:8
  117:10 121:21,21
  130:23 131:21
  132:12 133:14
  136:2 137:21
  139:20,20
says 41:4,20 47:23
  70:3 75:1 81:22
  85:15 109:14

137:18 144:18
scenario 27:14
  28:13 52:21 53:3
  54:24 58:15 64:25
scheduled 1:19
school 21:2 33:22
  34:1 91:2 92:13
  92:15 144:5,11
  148:15,16,24
science 32:8 62:15
  82:15 131:18,19
  131:22 137:25
scientific 32:3,14
  32:16 38:22 51:5
  60:25 72:10 84:22
  88:2 96:3 125:12
  140:9
scope 64:20
scratch 47:2
seal 155:7
search 93:3
season 128:13
  131:10
seasonal 128:11
second 48:12 82:22
  111:7 119:6
  144:12
section 23:19,23
  24:21
sections 23:21,21
  83:5
see 11:7 13:25
  23:13 25:13,22
  27:6 30:8 31:9,12
  39:1 41:23 46:5
  59:24 60:2 65:11
  69:4 83:8,12
  104:1 109:22
  114:19,22 134:12
  138:25
seeing 8:19 48:23
  89:25
seeking 58:5
seen 8:24 43:10
  45:6,17,17 59:23
  80:7 88:4 97:1,8
  132:13 144:6
sees 61:25
Select 1:6,9 4:19
  4:20,24,25 5:1,2
  40:18,24 49:16
  51:17,19 52:11
  54:22 95:8 124:22
  124:24 125:2
Self-Assessment
  71:12
send 113:22 149:17

sending 116:21
sends 151:11
senile 84:3
sensation 41:7
  122:14
sensitization
  122:14 124:4
  126:8,16,17
sensitized 19:22,25
  47:7,20 123:24
  125:16,23
sent 65:19,19 67:16
  114:4
sequence 50:25
serious 132:4,15,22
service 83:18 148:9
services 143:11
  147:1,3,4,7
  148:12 149:1,8
  150:24
set 154:16
setting 8:18 141:19
seven 144:16
seventh 23:22
severe 132:10
  141:18
Shear 76:8 78:25
  80:3 81:19 82:10
  86:22
Shear's 76:21 81:4
sheets 54:19 120:23
Sher 2:2 147:21
shock 132:11,18
short 78:15 79:11
  152:14
Shorthand 154:5
shortly 49:15
shortness 36:13
  38:7 48:25 49:7
  49:23
shoulder 11:22
  13:22
show 47:14 52:2
shower 21:25 31:12
showing 131:23
shown 46:19
shows 57:17,22
  82:14
Shroud 62:24
sick 28:5,11,18
  35:18 110:16
side 29:7 31:23
  150:15
Sigma 104:22
sigmoidal 87:12
  89:3,6
sign 41:24 153:11

**Dr. Ernest Chiodo**
**August 20, 2015**

| | | | |
|---|---|---|---|
| **signature** 155:6 | 128:25 129:2,4 | **sounds** 125:20 | **St** 2:3 50:14,18 |
| **significant** 87:10 | 131:8 132:20 | **source** 24:13,18 | 105:17 127:12,13 |
| 105:23 | 134:3,6,9,22,24 | 26:7 81:5 144:19 | 127:16 |
| **similar** 25:23 78:5 | 137:14 139:10,12 | **sources** 25:1,4 | **standard** 28:21 |
| **Simon** 1:3 4:24 | 139:21,23,24 | 78:20 | **standards** 23:2 |
| 38:13 39:14 40:23 | 140:2,5,20,25 | **South** 2:8 149:13 | **standing** 27:10 |
| 41:5,11,15 47:6 | 141:3,5 | 150:5,11 152:7 | **standpoint** 49:10 |
| 47:18,25 49:21 | **small** 8:7 31:12 | **Southeast** 141:21 | 129:24 132:1 |
| 57:16 59:20 60:3 | 132:13 | **spacecraft** 34:12 | **start** 14:11 15:12 |
| 65:23 67:19 82:10 | **smoke** 126:14 | 35:18,22 | 16:17 34:21 35:4 |
| 84:11 85:3,16 | **smoking** 75:4 126:12 | **special** 71:18 | 56:13,14 57:8 |
| 87:8 88:7 89:15 | **snapshot** 57:24 | **specialized** 20:25 | 77:4 88:15 89:21 |
| 95:12 96:15 | **soak** 27:3 | 82:11 | 93:3 117:19 133:3 |
| 123:18 125:15 | **societal** 129:23 | **specialties** 7:22 | **started** 5:17 8:19 |
| 126:19 132:18 | **society** 71:1 117:16 | 33:9,14,16 34:7 | 8:19,20 88:25 |
| 133:22 | 117:17 130:3 | 37:22 38:1,2 | 103:25 123:1 |
| **Simon's** 56:11 57:1 | **sold** 17:13,14 | 100:19,22 101:23 | **starts** 13:14 82:20 |
| 58:12 74:9 94:6 | **sole** 56:1 85:6,11 | 102:2,3,11 | 83:20 99:3 |
| 118:14 120:12 | **solely** 39:23 74:21 | **specialty** 7:24 36:7 | **state** 1:17 5:3 |
| **Simons** 77:5 | 76:7,24 77:16 | 37:8,11 73:14,17 | 32:12 37:13 42:12 |
| **simple** 20:17 35:11 | 86:3,8 87:23 | 74:1,2 101:21 | 48:9 88:17 105:16 |
| 129:6,7 | 149:21 | 122:8 133:10,11 | 106:11 107:13,25 |
| **simply** 16:15 17:6 | **somebody** 20:6,12 | 133:12 | 111:2 122:21 |
| 26:23 | 21:21 23:15 25:17 | **speciate** 18:1 25:21 | 133:22 141:23 |
| **single** 87:16 102:18 | 26:25 28:11,16 | **species** 25:9,10,23 | 144:4,8,10 154:1 |
| **singular** 117:22 | 34:12 35:18 36:11 | 25:23 30:25 31:2 | 154:6 155:8 |
| **sinusitis** 19:18 | 43:18,19 45:9,10 | **specific** 12:21 | **stated** 16:25 115:3 |
| 38:7 41:6 48:24 | 46:2 60:1 61:5,24 | 24:12 30:22 57:5 | **statement** 26:25 |
| 84:14 | 62:7 63:9 72:18 | 90:5 91:4 110:7 | 30:23 41:16 42:9 |
| **sit** 33:19 37:7 | 85:6 92:17 93:25 | 110:14 113:8 | 62:9 74:18 82:24 |
| 89:24 100:21 | 94:25 95:3 102:7 | 114:16 | 83:23 84:4 150:17 |
| 102:5 112:24 | 108:21 111:20 | **specifically** 33:9 | **statements** 62:14 |
| 127:20 134:14 | 116:12 118:8,13 | 52:12 99:17,24 | **states** 1:1 144:17 |
| 136:3 145:5 | 118:25 119:25 | 100:22 105:11 | **stature** 70:23 |
| **sitting** 10:1 57:2 | 120:4,11 121:7 | 140:11 142:8,12 | **stay** 73:15 |
| 61:19 67:20 80:1 | 124:14 126:1,11 | **specificity** 113:22 | **stenographically** |
| 86:13 104:15,17 | 127:20,22 132:3,9 | **specifics** 90:22 | 154:10 |
| **situation** 65:14 | 132:14 136:25 | **speculate** 59:14 | **step** 31:19 |
| **size** 90:3 | 145:11 149:8,8,9 | **speculation** 59:16 | **steps** 24:8 |
| **skin** 19:19 41:8 | 150:3 151:7,11,11 | **Speedwing** 107:12 | **steroid** 74:19 80:9 |
| 43:7 44:9 45:1,6 | **somewhat** 87:17 | **spend** 96:14 147:8 | 83:24 |
| 45:22 46:21 48:24 | 88:18 133:21 | **spent** 151:19 | **steroid-related** |
| 122:16 123:19 | **sore** 145:20,22 | **spiny** 125:19,24 | 81:10 |
| 125:17,25,25 | **sores** 54:8 | **Spiro** 48:14,21 | **steroid-treated** |
| 126:20 136:19 | **sorry** 9:1 79:24 | 49:20 | 80:20 |
| 137:10 138:17 | 86:11 89:14 | **Spiro's** 48:13 | **steroids** 74:14 76:7 |
| **Sleep** 41:2 118:16 | **sort** 18:9 22:4 30:2 | **spoilage** 58:16 | 80:7,23 81:1,2 |
| **sleeping** 43:2 50:9 | 30:5 31:17 32:24 | 61:19 | 84:15 88:19 |
| 51:12,16,22 53:13 | 33:23 34:5 36:2 | **spoiled** 58:19 59:5 | **stopped** 50:9 119:11 |
| 63:10 77:11 | 37:2,20 99:25 | **spore** 121:19 130:7 | 125:2 |
| 118:15,16,21 | 100:13,23 101:21 | 130:9 | **stops** 123:5,6 |
| 119:11 121:1,23 | 102:12 104:19 | **spores** 28:20 121:12 | **stored** 58:10,15,21 |
| 122:2,3,23 123:3 | 114:17 140:12 | 137:5,22 138:19 | **street** 1:18 2:8 |
| 123:7 124:8,9 | 141:9 | 139:5 | 35:20 154:14 |
| 125:3 127:1,14,17 | **sorting** 20:22 70:9 | **sport** 24:16 | **Strike** 39:17 |
| 127:19 128:2,4,5 | 99:17 | **Spur** 105:16 | **strong** 60:5 |
| 128:7,12,15,18,22 | **sought** 58:7 | **SS** 154:1 | **structures** 93:15 |

**Dr. Ernest Chiodo**
**August 20, 2015**

student 91:24  92:11
studies 80:23
study 74:13  76:9,10
  80:8,22  101:18
stuffiness 49:23
subcapsular 76:12
  76:24  80:10,19,19
  81:2,12,19  83:25
Subject 68:3
subscribe 98:7
subsequent 67:2
subsequently 66:19
subspecialty 69:16
  69:21
substance 27:23,24
  132:3,14  137:10
  141:10
substances 48:4
  71:23  72:15,20
  73:8  130:16  133:1
  133:2
substantial 112:11
suburban 5:20,22
suddenly 52:24
sue 19:3
suffered 84:11
  105:9
suffering 40:25
  41:5
sufficient 56:21
  58:1  87:20  115:9
  116:17
sufficiently 59:20
sugar 153:3
suggesting 144:24
suggestion 14:11
Suite 2:3,8
sunglasses 75:25
superficial 74:5
Superior 104:23
support 76:17  81:21
  102:16  118:9
  136:4,4  138:1
supported 76:19
  108:8
supports 55:14  82:2
  94:2  102:15,17
supposed 9:25  55:10
  92:4
sure 30:13  44:20
  78:11  138:6
surface 119:1,25
  120:1,12,23
surprised 53:22
  134:18,19
susceptible 54:7
  85:8,22  89:4,5

130:9  142:3
suspicion 60:5
sweats 49:1
swelling 49:3
sworn 4:1,4  154:18
symptomatic 122:13
  122:18,22  123:25
  126:3,22  133:23
  133:25  134:3,8
  139:4,7
symptomatology
  42:22  50:23  51:1
  51:21  58:3  63:23
  126:25
symptoms 36:13  38:6
  42:24  48:3  123:7
  126:4,13,15
syndromes 75:13
system 86:11,12
systematic 48:22
systemic 75:6,8

---
**T**
---

T 3:4
table 118:25  148:20
take 5:15  10:23
  16:19  20:11  38:25
  56:13  57:7  63:7
  64:7  66:10  77:21
  78:10,16  79:9
  96:1  97:5,14
  113:8  118:13
  145:21  146:11
taken 1:15  24:8
  79:11  83:9  120:11
  152:14  154:9,13
talk 5:24  17:8
  53:20  81:14  96:5
  151:13
talked 76:10  107:3
  142:19
talking 11:9  13:17
  18:5  19:13  26:10
  84:6  95:17  104:3
  123:14,15  131:14
  132:17,19  133:17
Talks 74:24
tape 116:20  118:2,5
target 85:9
taught 21:2
taxes 15:17
teach 33:22,25
teaching 15:21
techie 151:2
technician 45:21
  115:24  116:11
telephone 106:18

tell 6:17  14:6
  15:13  17:11  22:12
  44:11  59:13  62:18
  67:9,11  90:9
  97:13  105:3,20
  113:7,10,11  141:8
  154:18
telling 41:21
temporal 20:15
  42:21  50:25
ten 43:21  141:19
tends 23:16  89:6
term 133:3,4  152:19
termed 31:13  149:18
test 20:6,17  29:15
  30:9  43:7,17  45:2
  57:17,19,21,23,24
  122:16  123:20
  125:17,25  126:20
tested 42:18  53:12
  57:1,14  58:13
  61:20,25
testified 4:5  29:24
  95:9  108:2  111:16
  138:7  142:16
testify 16:19  55:25
  56:3  87:1  102:14
  102:14  134:17
  135:7  142:12
testifying 56:1
  86:25  87:2,23
  103:9  146:9
testimony 9:19  11:5
  11:14  12:6,7  13:4
  13:4,16,17  14:23
  15:1,3,5,7  18:20
  18:25  32:14,16
  65:9  67:15,19,24
  85:5  86:4  101:16
  101:20  103:13,25
  108:22  109:3,8,9
  109:14  138:6,12
  142:7,7  144:23
testing 25:15,16,20
  26:2,23  30:11,14
  30:15,18,21  42:22
  43:5,16,19  44:2,6
  45:6,16,20,21,25
  46:18  52:4  59:2
  60:1,9,11  62:5
  116:23,24  117:6
  120:7  123:1
tests 45:3
thank 14:22  17:8
  85:18  112:1
thanking 44:4
theorize 137:5

theory 137:16
they'd 133:8,9
thing 29:10  31:21
  31:22  42:8  52:7
  97:4,5
things 8:18  15:10
  26:16,18  27:4
  47:20  69:9  79:1,3
  113:25  114:9
  124:7
think 5:16  7:16
  9:23  10:5,6  14:10
  16:5  18:11,20
  19:1,4,6  25:3,17
  27:13,16  28:7
  40:11  47:9  49:14
  52:8,15  57:23
  58:18  59:4,4,22
  59:23  62:15,19
  63:2,13  64:14,24
  68:4,22  72:17
  80:24  84:5  90:8,9
  90:13  92:19  95:20
  96:10,11  97:23
  102:10,15  106:18
  108:18  110:2
  111:15,25  112:16
  112:17,18  113:11
  113:12,23  115:19
  116:2  118:1
  120:19,24  124:5
  127:24  129:15
  131:1  133:8
  134:13  136:1
  137:24  138:24
  139:1,13  143:9
  145:6,6  146:8,18
  148:1  149:7
thinking 44:4  148:7
thinks 76:16,18
  82:1,2,10  86:22
  86:23,24
third 32:3  37:8
  38:23  51:6  61:1
  72:11  84:23  88:2
  96:3  125:12
third-party 8:2
Thomas 88:14
thought 40:17  78:1
  134:15
three 33:8,13,16
  34:7  35:2  37:21
  38:1  40:24  41:4
  45:14  46:3,8,23
  46:24  72:12
  100:19,21  101:23
  102:2,3,10

**Dr. Ernest Chiodo**
**August 20, 2015**

three-quarters
 82:19
threshold 23:5
 121:11
throat 73:5,9,24
 95:20,21,22 96:6
 96:9
throats 145:20,22
throw 145:5
ties 140:7
time 5:13 13:4,6,7
 29:16 35:1 43:12
 49:14 50:22 51:16
 52:8,9,19,20,24
 53:19 56:10 57:7
 58:2,11 61:11
 64:9 65:8,9,9
 66:10,11 67:2
 68:8 80:13 87:11
 88:7,16 96:14
 97:2,6 100:5
 106:15,23 107:19
 113:9 118:15
 119:8,9,12,14
 120:15 121:1
 123:2 128:10
 139:16 143:5,7,8
 145:9 147:8 148:2
 148:11 151:19,21
 151:22 155:1
times 5:9 12:21
 45:7 111:3,22,24
 115:6,24 117:21
tinnitus 93:18
tip 36:23
tobacco 76:2 126:10
today 4:23 13:7
 49:22 67:21 71:9
 74:22 80:2 89:25
 153:10
told 40:23 64:24,25
 65:6,16 100:16
 127:24 148:23
tools 34:4
top 93:5
topic 90:17
topical 93:20,23
tort 114:13,14
 142:21,23
total 10:7 15:17
 25:7 83:15
totality 68:22
towel 27:3
Tower 2:7
Township 6:5
toxic 27:23 84:2
 114:13,14 141:9

142:21,23 143:4
toxicity 72:7 89:3
 94:20 95:17 96:5
toxicologic 61:3
 71:22 72:14,20
 73:7 95:25 96:12
toxicologist 60:23
 61:2 72:7,13,23
 87:24,25 95:16,18
 95:23 96:4,10
toxicology 7:2,11
 29:5 34:3 95:18
 99:22 150:4,12
 152:8
toxin 9:12 60:21
toxins 17:24 18:6
 18:15 23:25
 149:20
trained 33:2,4,9
 37:1 38:5,16,18
 43:24 71:18,21
 99:17,24 100:22
training 33:21
 69:16 71:6 78:22
 79:4,7 82:5 90:25
 91:7,21 99:21
 100:13 142:10
transcript 86:5
 111:21
trap 24:16
trauma 49:6 75:3
traumatic 84:2
travel 13:5,7 65:8
 115:4
treat 33:4 36:15
treating 15:20
 63:22 77:14 94:6
 94:11,22
treatise 38:24 76:5
 80:1 102:22
 118:11
treatment 40:16
 84:15 94:15 95:7
tree 123:20,24
 124:1,25 125:3
trees 124:17
trial 16:11 17:1
 53:23 55:19 68:13
 109:2,8 143:6
trials 144:21
tried 142:21,23,25
 143:3
tries 151:7
true 15:2 26:17
 29:14 57:17 60:20
 144:21,25 154:23
truly 28:9 42:2

Trust 17:9
truth 154:19,19,20
truthfulness 41:24
try 4:15 16:20 18:3
 57:9 125:13
 142:20
trying 9:23 16:17
 57:8 108:21,21
 124:15 127:20
 137:17 139:14
 140:17
Turin 62:25
turn 82:17 103:24
two 17:14 23:12
 37:23,25 38:2
 45:13 46:2,6,22
 46:24 71:16
 101:17 107:4
 138:22 139:9
type 8:1 16:3 18:3
 21:3 33:6 39:1
 60:17 72:4 80:7
 89:10 90:11,14
 91:10 100:14
 109:15 121:11,14
 124:3,19,20,23,25
 133:5,14 137:23
 138:17,18 143:20
 145:25 147:9
 151:2
types 31:2 60:21
 113:25 123:20
typewriting 154:11
typically 12:18
 70:4 87:13

U

U.S 22:20,25
ulcers 142:5
ultimate 146:23
ultraviolet 75:10
ultraviolet-coated
 75:24
unbeknownst 124:11
uncomfortable 7:23
underlying 83:16
underneath 11:12
undernutrition 75:9
undersigned 155:3
understand 4:22 5:8
 26:19 27:1 69:6
 95:15 109:7
 116:23 119:21
 122:15 129:14,15
 129:15 140:18
 144:13 151:4
understanding 58:21

80:11,16 81:23
 87:9,16 88:18
 93:24 98:20
 116:17 119:11
 122:5 125:20
 126:5 135:10
 141:25
Understood 6:16
 15:8
undesirable 24:1
unique 59:7,23
 61:17
UNITED 1:1
University 144:5,11
 148:16,19,21
unusual 7:20 30:3,6
 104:19
upper 98:3
use 30:1,1 75:5
 91:5 94:24 131:11
 131:13 133:4,18
 140:10
usual 30:2
usually 9:13,19
 12:16 20:7 26:10
 31:3 45:7,16,21
 70:7 77:2 111:25
 114:24 115:14,23
 116:4 151:10
utilized 51:3
utilizing 6:25
 68:18 116:22
Uveitis 75:7

V

V-O-C-K-E 17:10
vagaries 123:14
vague 68:4 110:5
 120:14 122:20
 123:13
values 23:6
vapor 54:15,16,17
 55:2,4 63:3,8
 135:20
various 6:25 142:23
vast 9:10
vastly 101:17
vehicular 9:15
versus 15:19,20
 105:15 120:6
 128:9
view 113:6,7
vinyl 55:11
virtually 7:25
 32:21
visible 21:12,12,14
 21:18,22 22:1

Dr. Ernest Chiodo
August 20, 2015

24:12 25:13 26:1
26:6,20 27:7 30:8
30:12,17 31:11
58:22,25 116:20
visiting 141:20
visually 59:21
Vocke 17:10 104:7
107:4
void 57:24
vs 1:5 4:24 17:10
104:22 106:10
107:12

**W**

wait 61:12 119:7
waiting 65:8
waive 153:12,14,15
walk 121:18
wall 28:18,21,23
30:8 55:5
wallpaper 55:11
walls 26:16 55:3,3
55:7,11
want 7:24 11:6
13:21 25:19 28:4
30:12,13 35:24
44:21 47:12 57:7
69:8 75:17 82:23
83:11 88:15 89:20
90:5,7 91:4 97:1
97:3,11 100:3,4
103:24 104:7
109:18 114:1,5
138:5 145:10
151:9,25
wanted 100:5 144:9
wants 95:3
warm 54:25 55:12
warn 63:18
warning 63:12
warnings 63:14
warranty 18:8
wasn't 124:7 131:3
water 27:20,21,23
27:25 52:13,25
53:1 54:23 55:6,7
105:23 135:23
wave 126:1
way 14:5 15:9,16
33:15 37:22 38:22
49:13 53:20 60:23
63:13 71:19 82:20
82:23 86:3 91:1
99:4 107:25
111:19 122:21
123:11 125:21
130:19 151:6,10

Wayne 144:4,8,10
we'll 5:16 10:23
73:3 78:10 153:15
we're 11:9,25 26:10
34:15 46:18 95:17
96:20 123:14,15
132:17,19 147:5
148:2,3
we've 35:2 69:7
weather 153:5,6
web 112:15 149:14
151:2
website 149:24
150:11 151:1,18
152:7
Wedner 42:18 43:3
44:3 45:3 121:5
131:18 132:12
133:10 137:21
Wedner's 43:8 44:10
45:2 47:5
weed 46:3
well-educated 90:12
131:19
well-known 90:24
well-qualified
111:24
well-respected
22:22 23:8
went 39:14 50:19
60:22 99:23 118:2
143:6
West 1:17 5:21 7:4
7:6,13 154:14
whiz 36:13 140:18
whoosh 136:10
wife 105:14
Winters 2:2 147:21
wish 11:22 40:22
65:12,18 99:6
witness 4:1,3 10:13
12:5 14:15 27:19
44:25 45:1,4
51:19 63:8,17
68:6 78:2 90:21
99:1,11 108:14
109:21 110:6
120:16 144:20
146:23 147:11
148:1,5,8 153:13
153:16 154:8,17
154:25 155:6
witnesses 146:21
Wolff 2:7 4:18
woof 136:14
word 96:1 131:11
133:18,20 147:12

work 9:9,10 21:23
89:1 103:3,10
108:14,18 109:22
116:8 144:19
146:15,17,19,24
147:9 149:5,22
worked 106:17
147:17,20
workers' 8:2 106:16
works 14:13
world 22:24 70:18
70:21
worry 4:12 112:5
wouldn't 19:23 53:7
117:9 121:17
135:23
wrapped 136:24
write 26:11 65:12
144:9 149:16
150:23
writing 13:3 83:7
written 80:14
wrong 81:22 82:1,3
96:11 122:15
131:11 133:4,5,5
133:11,14,16,18
139:20
wrote 43:12 46:2
66:8 67:1,3

**X**

X 3:1,4 14:7,14,16
104:4
X'd 104:4 107:2
x-rays 75:5

**Y**

yeah 11:8 13:23
14:15 29:2 42:5
66:12 68:6 77:22
80:11 81:13 94:13
100:9 110:6 114:3
116:1 120:16
138:14 142:21
145:1
year 8:18 71:15
144:2 146:12
years 14:24,25
40:16,16,16,24
41:4 50:17 56:12
64:14 75:4 109:8
109:15 112:20
121:2 132:21
141:19 143:1,2
York 111:3,22,24
young 77:6 85:12,14

**Z**

zip 27:5
zone 37:12

**0**

084-003592 155:15

**1**

1 3:6 11:24 12:1,3
13:10,14 69:4,8
141:7
1,000 146:8
10 3:15 20:8 70:22
152:3
10.4.3.2 55:16
10:40 1:20
100 7:16 145:8
100,000 20:4,6
43:22 46:14
110 3:11
1100 2:3
12 3:6
13 106:12
143 3:12
147 3:13
150 3:14
152 3:15
16 48:21 49:12
71:14
17 71:12
1898 141:24
190 2:2
1968 23:7
1970s 23:3 92:10
1980s 91:25
1999 23:11 48:21
49:12 52:9
19th 74:23 76:22

**2**

2 3:7 66:4,15 69:6
98:2
20 1:19 20:8 43:21
154:7
2000 2:8
2002 49:20 52:3,5
53:6 58:8
2008 111:3
2009 143:3
2011 74:24 106:12
107:5
2012 52:16
2012/2013 52:23
2014 105:1 107:6
2015 1:19 41:13
64:13 83:2,4

**Dr. Ernest Chiodo**
**August 20, 2015**

```
 154:7 155:9
20th 83:4
222 2:8
227 1:17 154:14
24 46:13,14
25 80:20
25th 155:9
26 11:4,13 12:6
 13:13,16 14:23
```

```
              3
3 3:8 79:15,17
3,000 121:11,12
30 21:21
30-floor 21:19
30,000 13:1,2 65:6
 65:13,15
314)721-5200 2:4
326 99:4
333 99:5
35 129:20 130:1
365 82:17
```

```
              4
4 3:3,9 46:5 90:19
4:14-cv-1136 1:6
4th 41:13 64:13
 83:2
```

```
              5
5 3:10 46:6,15
 70:21 96:20,22
50 10:19
55402-3338 2:9
```

```
              6
6 3:11 46:7,16
 84:24 110:24
6,600 70:20
606 74:24
607 74:24 75:22
60s 77:3
612)607-7450 2:9
63105 2:3
66 3:7
675 61:1 72:11 88:3
 96:4
686 84:24
689 38:24
```

```
              7
7 3:12 46:16 143:22
7.4.2 23:23
70s 77:3
79 3:8
```

```
              8
8 3:13 46:19 147:24
80s 92:10
8th 49:20 58:8
```

```
              9
9 3:14 46:20 150:7
 150:14
90 3:9 16:7,13,19
 16:20,21,23 17:4
 143:14
96 3:10
```